Lorenzo R. Cunningham

D#98935 (Unit: D41/A-122)

California Health Care Facility (CHCF)

7707 S. Austin Road

P.O. Box 32050

Stockton California 95213

IN PRO SE:



FILED

OCT 30 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

(NORTHERN) DISTRICT OF CALIFORNIA

LORENZO R. CUNNINGHAM (PR)       )

                                 )

        Plaintiff                )

                                 )

        -v-                      )

                                 )

MEDTRONIC INC., et al.,          )
UCSF SPINE CENTER, et al.,       )
DR. SHANE BURCH, M.D.,           )

                                 )

        Defendants               )

                                 )

_____)

# CV 14 4814

# EMC

APPENDIX OF EXHIBITS TO THE
FEDERAL COMPLAINT WITH THE
STATE SUPPLEMENTAL CLAIMS

*42 USC 1983

*28 USC 1367

T  H  E

A  P  P  E  N  D  I  X

E X H I B I T
I N D E X

Attachment(Federal Court-Order: Cunningham v. UCSF,etal., #C-13-1978-EMC)

EX#A: Name Change Documents & Educational Credentials


EX#B: Work Compensation (Insurance Company Documents)


EX#C: Plaintiff (Back Surgery X-Rays: 2009-2012)


EX#D: Prison Grievance (CDCR#602)


EX#E: Calif. Victims Compansation & Gov't Claims Board
       (i.e. U.C. Regents Board/UCSF: San Francisco)


EX#F: UCSF Consultation Report (August/2011)


EX#G: UCSF Pre-Operation Report (October/2011)


EX#H: UCSF 1st Back Surgery (April/2012)


EX#I: UCSF Revision 2nd Back Surgery (September/2012)


EX#J: UCSF Follow-Up Back Surgery Visit (November/2012)
//

EX#K: UCSF Follow-Up Back Surgery Visit (September/2013)


//


///



1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                 NORTHERN DISTRICT OF CALIFORNIA

7

8    LORENZO R. CUNNINGHAM,                    No. C-13-1978 EMC (pr)

9              Plaintiff,

10        v.                                   **JUDGMENT**

11   UCSF SPINE CENTER; *et al.*,

12             Defendants.
                                        /
13

14        This action is dismissed without prejudice.

15

16        IT IS SO ORDERED AND ADJUDGED.

17

18   Dated: November 20, 2013

19
                                        EDWARD M. CHEN
20                                      United States District Judge

21

22

23

24

25

26

27

28

## UNITED STATES DISTRICT COURT

### FOR THE

### NORTHERN DISTRICT OF CALIFORNIA

LORENZO CUNNINGHAM,

Plaintiff,

v.

UCSF SPINE CENTER et al,

Defendant.

Case Number: CV13-01978 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 20, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lorenzo R. Cunningham D-98935
California Health Care Facility
P.O. Box 32050
Stockton, CA 95213

Dated: November 20, 2013

Richard W. Wieking, Clerk
By: Leni Hickman, Deputy Clerk

1

2

3

4

5            UNITED STATES DISTRICT COURT

6            NORTHERN DISTRICT OF CALIFORNIA

7

8  LORENZO R. CUNNINGHAM,                    No. C-13-1978 EMC (pr)

9            Plaintiff,

10       v.                              **ORDER OF DISMISSAL**

11  UCSF SPINE CENTER; *et al.*,

12            Defendants.
                                    /
13

14       Plaintiff's request for a voluntary dismissal without prejudice is **GRANTED**. (Docket # 27.)

15  This action is dismissed without prejudice. In light of the dismissal of this action, all pending

16  motions are dismissed as moot. The Clerk shall close the file.

17

18       IT IS SO ORDERED.

19

20  Dated: November 20, 2013

21
                                    EDWARD M. CHEN
22                                  United States District Judge

23

24

25

26

27

28

United States District Court
For the Northern District of California

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

LORENZO CUNNINGHAM,

Plaintiff,

v.

UCSF SPINE CENTER et al,

Defendant.

_____/

Case Number: CV13-01978 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 20, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lorenzo R. Cunningham D-98935
California Health Care Facility
P.O. Box 32050
Stockton, CA 95213

Dated: November 20, 2013

Richard W. Wieking, Clerk
By: Leni Hickman, Deputy Clerk

# EXHIBIT

# A



## SECRETARY OF STATE

I, BILL JONES, Secretary of State of the State of California, hereby certify:

On __October 19, 1994.__ , there was filed in this office pursuant to Section 1279 of the Code of Civil Procedure of the State of California, a certified copy of the decree of the court ordering that the name of _____ LORENZO RENELL CUNNINGHAM _____ be changed;

The file number on the decree changing said name which was filed and which hereafter shall be maintained by the Secretary of State is _____ 088342 _____;

The procedure prescribed by law for the changing of a name by judicial decree in the State of California has now been completed.

WHEREFORE, _____ LORENZO RENELL CUNNINGHAM _____ SHALL

HEREAFTER BE KNOWN AS

_____ ASKIA SANKOFA ASBANTI _____



IN WHEREOF, I execute this certificate and affix the Great Seal of the State of California this 30th day of May, 1997.

Bill Jones
Secretary of State

SF-437A

(TYPE OR PRINT, BLACK INK ONLY)

ATTORNEY OR PARTY WITHOUT ATTORNEY    TELEPHONE NUMBER                          , OR COURT USE ONLY)    `0dd8342`
(NAME AND ADDRESS)

$(909)622-8490$

LORENZO  CUNNINGHAM                                        FILED                        *FILED*
1054 BLAKELY COURT                             In the office of the Secretary of State   LOS ANGELES SUPERIOR COURT
                                               of the State of California
POMONA, CALIFORNIA  91767  OCT 1 9 1994                      O       SEP 23 1994

Attorney(s) For                                                          EDWAHU M RHILZMAN. CLERK

                                                          Tony Miller        BY M WIGGINS, DEPUTY

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

| IN THE MATTER OF THE PETITION OF (NAME): | CASE NUMBER |
|---|---|
| | BS28937 |
| LORENZO  RENELL  CUNNINGHAM | DECREE CHANGING NAME |
| | HEARING DATE: 9/23/94 |
| | TIME: 9:00 AM |
| FOR CHANGE OF NAME. | DEPT.: 1A |

(Lorenzo Renell Cunningham)

The petition of  LORENZO  RENELL  CUNNINGHAM
                                    (PRESENT NAME)

for an order of court changing  HIS  name(s) to
                               (HIS, HER, THEIR)       (Askia Sankofa Ashanti)
       ASKIA  SANKOFA  ASHANTI
                               (PROPOSED NAME(S))

in place of  HIS  present name(s) came on regularly to be heard in Department
            (HIS, HER, THEIR)

1A  of the above-entitled court on  9/23/94 , and proof having been made
                                    (MONTH, DAY, YEAR)

to the satisfaction of the court that notice of hearing was given in the manner and form required by law and order of this court, and no objections having been filed by any person, and evidence having been produced on behalf of petitioner(s) in support of the petition, and the court being satisfied that there is no reasonable objection to the petitioner(s) assuming the name(s) proposed; and it appearing to the satisfaction of the court that all the allegations of the petition are true and that the order sought should be granted;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that petitioner(s) name(s) of

       LORENZO  RENELL  CUNNINGHAM

is/are hereby changed to  ASKIA  SANKOFA  ASHANTI

Dated:    SEP 23 1994

                                        JUDGE/COMMISSIONER OF THE SUPERIOR COURT
                                        MURRAY GROSS

ABSTRACT OF JUDGMENT - PRISON COMMITMENT
INDETERMINATE SENTENCE

146  FORM OF 292

FILED
LOS ANGELES SUPERIOR COURT

APR 17 1996

JOHN A. CLARKE, CLERK

BY LOUISE HARGROVE DEPUTY

☐ SUPERIOR
☒ MUNICIPAL       COURT OF CALIFORNIA, COUNTY OF ___ LOS ANGELES
☐ JUSTICE

COURT (I.D.)  BRANCH OR JUDICIAL DISTRICT ___ CENTRAL CRIMINAL
1,9,0,0,0,1

PEOPLE OF THE STATE OF CALIFORNIA versus     ☒ PRESENT    BA118005
DEFENDANT: ASHANTI, ASKIA
AKA:                                          ☐ NOT PRESENT

COMMITMENT TO STATE PRISON             AMENDED
ABSTRACT OF JUDGMENT                   ABSTRACT ☐

| DATE OF HEARING (MO, DAY, YR) 03-29-96 | DEP. NO. 47 | JUDGE AURELIO MUNOZ | CLERK B MAYA |
| REPORTER JOHN INGEME | COUNSEL FOR PEOPLE SAM OBTA | COUNSEL FOR DEFENDANT K MARSHALL BOWMAN | PROBATION NO. OR PROBATION OFFICER XF29280 |

1  DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES:
☐ ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT _____ (NUMBER OF PAGES) _____

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | CONVICTED MO | DAY | YEAR | CONVICTED BY | | | | CONSECUTIVE | 654 STH |
| | | | | | | | | JURY TRIAL | COURT TRIAL | PLEA | | | |
| 1 | VC | 10851.A | UNLAWFUL/DRIVING/OR | 95 | 03 | 01 | 96 | X | | | | | |
| | | | TAKING/OF/A/VEHICLE | | | | | | | | | | |

2  ENHANCEMENTS charged and found true TIED TO SPECIFIC COUNTS (mainly in the § 12022-series) including WEAPONS, INJURY, LARGE AMOUNTS OF CONTROLLED SUBSTANCES, BAIL STATUS, ETC. For each count list enhancement horizontally. Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385. Add up time for enhancements on each line and enter total in right-hand column.

| Count | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Total |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

3  ENHANCEMENTS charged and found true FOR PRIOR CONVICTIONS OR PRIOR PRISON TERMS (mainly § 667-series) and OTHER:
List all enhancements based on prior convictions or prior prison terms charged and found true. If 2 or more under the same section, repeat it for each enhancement (e.g., if 2 non-violent prior prison terms under § 667.5(b), list § 667.5(b) 2 times). Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385. Add time for these enhancements and enter total in right-hand column. Also enter here any other enhancement not provided for in space 2.

| Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Total |
| | | | | | | | | | | |
| Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Total |
| | | | | | | | | | | |

4  Defendant was sentenced to State Prison for an indeterminate term:
A ☐ For LIFE WITHOUT THE POSSIBILITY OF PAROLE on counts _____
B ☐ For LIFE WITH POSSIBILITY OF PAROLE on counts _____
E ☐ For other term prescribed by law on counts _____
C ☐ For 15 years to life, WITH POSSIBILITY OF PAROLE on counts _____
E ☒ For 25 years to life, WITH POSSIBILITY OF PAROLE on counts ___1___
(Specify term on separate sheet if necessary)

PLUS enhancement time shown above.

E ☐ Indeterminate sentence shown on this abstract to be served  ☐ consecutive to  ☐ concurrent with any prior incomplete sentence(s)
6  Other Orders: (List all consecutive/concurrent sentence relationships, fines, etc. if not shown above)

PURSUANT TO 1170.12 (A)-(D)

3 STRIKE

25 YRS TO LIFE

(Use as additional page if necessary.)
7 ☒ The Court advised the defendant of all appeal rights in accordance with rule 470, California Rules of Court. (AFTER TRIAL ONLY)

8  EXECUTION OF SENTENCE IMPOSED
☒ A AT INITIAL SENTENCING HEARING
☐ E AT RESENTENCING PURSUANT TO DECISION ON APPEAL
☐ C AFTER REVOCATION OF PROBATION
☐ D AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT (PC § 1170(d))
☐ E OTHER

9  DATE OF SENTENCE PRONOUNCED 03-29-96
CREDIT FOR TIME SPENT IN CUSTODY 365
TOTAL DAYS 
INCLUDING
ACTUAL LOCAL TIME 243
LOCAL CONDUCT CREDITS
STATE INSTITUTIONS 122 ☐ CDC ☐ CDC

10  DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED
☒ X FORTHWITH
☐ AFTER 48 HOURS EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS
INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION/GUIDANCE CENTER LOCATED AT:
☐ CALIF INSTITUTION FOR WOMEN—FRONTERA
☐ WASCO
☐ OTHER (SPECIFY):
☐ COMM—CHINO/CHULA
☐ SAN QUENTIN
☒ CALIF INSTITUTIONS FOR MEN—CHINO
☐ R. J. DONOVAN
☐ DEUE VOC INST

CLERK OF THE COURT

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

DEPUTY'S SIGNATURE _____    DATE _____

This form is prescribed under Penal Code § 1213.5 et seq., the requirement of § 1213 to accomplish issuance. Attachments may be used but must be referred to in this document.

ABSTRACT OF JUDGMENT - PRISON COMMITMENT - INDETERMINATE
CR 292



**Ashworth**
COLLEGE • CAREER

**1-800-224-7234**

*Success Starts Here*

**AshworthCareerSchool.com**

Carpentry Program

**Askia Ashanti#d98935**
**JC1100263**

1108

PROGRAM
IN PROGRESS

A #

# Ashworth College

*In recognition of the completion of the prescribed course of study*

## The Professional Electrician Training

*this diploma is hereby awarded to*

## Askia Sankofa Ashanti

### Program
### With Honors

*In testimony whereof, this diploma has been conferred in Atlanta, Georgia, whereupon the undersigned have affixed their names on this Tenth day of November, One Thousand Nine Hundred Ninety Seven*

Rob Klapper, President, CEO

Dr. Leslie Gargiulo, Ph.D., Vice President, Education

ASHWORTH COLLEGE · DIVICM · SCIENTIA · VINCIT ·

AS



# The University of La Verne

The Trustees of
the University on the recommendation
of the Faculty and by virtue of the authority vested in them
have conferred upon

## Askia Senkofa Ashanti

the Degree of

## Associate in Arts
General Studies

with all the Rights, Privileges and Honors thereto pertaining.

Given at La Verne, California, Thirty-first day of January, nineteen hundred and eighty-three.



Chairman of the Board

President of the University

A6

# St. John's University

by authority of the Board of Directors and upon recommendation of the Faculty,
St. John's University confers upon

## Ashia Sankofa Ashanti

who has completed the required studies
the degree of

## Bachelor of Science

In Witness Whereof, the seal of the University and the signatures of the duly authorized officers
are hereunto affixed

this, the **Twenty Second** day of **January** 20 00

Member of Board of Directors

President



A7



# Kensington University



The Trustees of Kensington University on the recommendation of the Faculty
by virtue of the authority in them vested have granted to

## Askir S. Ashanti

who has satisfactorily completed the requirements therefor

### The Degree of

### Juris Doctor

with all Rights, Privileges and Honors thereunto appertaining
Given in Glendale, California, on the 10th day of October,
in the year of our Lord Two Thousand and Eight.

Dr. Ahmed H. Abdullah
Vice President

Alfred A. Calabro
President of the University

Maria A. Barcena
Branch of University

UNITED NATIONS ASSOCIATION
*of the United States of America*
A PROGRAM OF THE UNITED NATIONS FOUNDATION

New York, NY
801 Second Avenue
9th Floor
New York, NY 10017-4706
Tel.: 212.697.3515
Fax: 212.697.3316

Headquarters | Washington, DC
1800 Massachusetts Ave, NW
4th Floor
Washington, DC 20036
Tel.: 202.887.9040
Fax: 202.887.9021

www.unausa.org

April 2012

Dr. Askia S. Ashanti, J.D.
California Medical Facility (D98935)
Unit V-109
P.O. Box 2000
1600 California Drive
Vacaville, CA 95696-2000

Dear Dr. Ashanti,

Thank you for renewing your membership and your commitment to the work of the United Nations Association of the USA (UNA-USA), a program of the United Nations Foundation.

We greatly appreciate your interest and hope you will participate in the activities of your local chapter or division. Our goal is to help you explain the UN system to your friends in your community. Whether it is through our education or membership programs, or in our advocacy efforts to change U.S. policy at the UN, we want to assist you in helping your community understand its stake in international engagement and cooperation.

UNA-USA has more than 12,000 active members in over 120 chapters and divisions across the country. Your chapter/division affiliation is listed below. If you don't live in an area served by a UNA chapter or division, you are considered a national member-at-large. UNA's volunteer leaders from your area will be in touch to keep you informed about upcoming local meetings and activities.

UNA USA Membership.......................................................................................................................................... $10.00
Total Amount Received ....................................................................................................................................... $10.00

Also, be sure to follow both UNA-USA and the UN Foundation online on Facebook and Twitter to stay up-to-date on all of our grassroots campaigns and programs. You should bookmark the websites – www.unausa.org and www.unfoundation.org – so you can find quick links to information and resources to help you to advance our mission locally.

Your generosity is appreciated and will support our efforts to promote the ideals and work of the UN.

Sincerely,

*Patrick M. Madden*

Patrick M. Madden, Executive Director

*In compliance with United States Internal Revenue Service (IRS) requirements regarding charitable donations, we affirm that UNA-USA, a program of the UN Foundation/Better World Fund, has provided no goods or services to you in consideration for your contribution. The Better World Fund's tax identification number is 58-2366765. Please retain this letter for your records.*

| | |
|---|---|
| MEMBER SINCE | 1/1/2002 |
| VALID THRU | 3/31/2013 |
| CHAPTER/DIV | 452 - CA - N. California Div. |
| MEMBER ID | UNA-65251 |

## Dr. Askia S. Ashanti, J.D.

UNITED NATIONS ASSOCIATION
*of the United States of America*
A PROGRAM OF THE UNITED NATIONS FOUNDATION



A 9

# EXHIBIT

# B



REPUBLIC INDEMNITY COMPANY OF CALIFORNIA

15821 Ventura Blvd.
100 Pine Street
P. O. Box 85590
P. O. Box 13520

Encino, CA 91436-2936
San Francisco, CA 94111-5102
San Diego, CA 92186-5590
Sacramento, CA 95853-4520

(818) 990-9860
(415) 981-3200
(619) 292-7002
(916) 920-9110

October 10, 1995

ASKIA ASHANTI
1054 BLAKELY COURT
POMONA, CA 91767

RE: Claim No.   : 94153323   06/002
    Employee    : ASKIA ASHANTI
    Employer    : UNIQUE PLASTERING, INC.
    Injured Date: 12/12/94

Dear ASKIA ASHANTI

Dr. DAVID S. KIM, M.D. (ORTHO) indicates you have permanent limitations from your injury which we have rated at 25.00% or $15,128.50 under California permanent disability guidelines. The doctor also indicates there is need for future medical treatment.

We agree with this doctor.

Please contact your attorney to discuss your options, which include:   1.   Settlement based on this rating.   2. Agreed Medical Evaluation or Qualified Medical Evaluation.

Even though you are represented by an attorney, the following is mandated by the State and must be disclosed to you:

Please call me if you have any questions. If you want further information, or want your medical report rated by the Disability Evaluation Unit, you may contact the local State Information and Assistance Office by calling (909) 623-8568 or you may receive recorded information by calling 1-800-736-7401. You may apply to the Workers' Compensation Appeals Board to resolve a dispute.

You may consult an attorney of your choice, or file an Application at the WCAB. Should you decide to be represented by an attorney, you may or may not receive a larger Award, but, unless you are determined to be ineligible for an Award, the attorney's fee will be deducted from any Award you might receive for disability benefits. The decision to be represented by an attorney is yours to make, but it is voluntary and may not be necessary for you to receive your benefits.

If you have questions, please contact your attorney.

Sincerely,

Bessie Williams

BESSIE WILLIAMS
Claims Examiner

β(

# VOCATIONAL REHABILITATION PROGRESS REPORT # 1/Interupt

| | |
|---|---|
| Claim Administrator Republic Indemnity | Employee: Ashanti, Askia |

| | | |
|---|---|---|
| Address: 15821 Ventura Boulevard | Claim #: 94153323 8-2 | DOI: 12/12/94 |

| | |
|---|---|
| City/State/Zip: Encino, CA  91316 | Employer: Unique Plastering |

| | | |
|---|---|---|
| Contact Name: Aranda, Mauricio | Report Date: 07/19/1995 | Period Covered: 07/05-07/19 |

| | |
|---|---|
| Date Medical Eligibility: 5/8/95 | Date Vocational Feasibility: 6/30/95 |

| | | |
|---|---|---|
| Anticipated Plan Submission Date: | Plan Start Date: | Plan Completion Date: |

| Dates of Meetings / Appointments / Classes<br>Attended:<br>7/6, | Dates Missed Meetings / Appointments / Classes:<br>7/10 & 7/19/95 |
|---|---|

**Services Provided:**

7/6, Letter to Client: 7/14, Phone with Applicant Attorney: 7/12, 7/19, Phone with Client: 7/5, 7/10, 7/11, 7/12, 7/13, Phone with Carrier: 7/14, 7/19, Phone with School Representative: 7/7, 7/12, 7/14, Review of Medical Reports: 7/18,

**Summary of Activities and Comments:**

Mr. Ashanti did initial interview on 6/30/95. He wanted to attend Cal. Poly Pomona. Was given tasks & paper work to complete (see attached data & 7/5 called indicating it wouldn't work & discussed in meeting 7/6. Began Voc. Ex. using Ca. Occ. Guide & set school appts. On 7/7 talked to Complete Claims in Brea & Mr. Ashanti then set appt. for 7/10. He did not show & calls to him that date & after, indicated above, were negative. Msg's left w/mom, only. I did gather info. from school 7/12 in prep. for RU102. There were calls w/atty. office & ltr. to Mr. Ashanti 7/14 setting appt. for 7/19/95. No show & atty advised incarcerated and need to interrupt

**Recommendations / Plan of Action:**

I will be closing my file  until contacted by Mr. Ashanti, or appropriate parties to reopen services when Mr. Ashanti is available for services.

**Next Report Date:**

| QRR (Print Name):<br>Dennis A. Hopkins, B.S., C.R.C. | Signature: | Date:<br>07/19/1995 |
|---|---|---|

| Attachments:<br>School information<br><br>7/14/95 Ltr to Mr. Ashanti | Copies Sent To:<br>Moga & Hurley | Phase I:   487.00<br>Phase II:  175.50<br>Phase III:<br>Cum Total: 662.50 |
|---|---|---|

Report Preparation Time:  18  minutes

DWC Form RU-121 (02/95)

3250 Wilshire Blvd.
Suite 1604
LOS ANGELES, CA 90010

1543 E. Palmdale Blvd
Suite. E
PALMDALE, CA 93550

1730 W. Cameron Ave
Suite 100
WEST COVINA, CA 91790

6345 Balboa Blvd.
Suite. 390
ENCINO, CA 91316

1436 E. Cooley Drive
Suite. 111
COLTON, CA 92324

4001 Stockdale Hwy
Suite. 356
BAKERSFIELD, CA 93309

3745 West Chapman Ave
Suite. 108
ORANGE, CA 92668

# EXHIBIT
# C

# TRUXTUN RADIOLOGY MEDICAL GROUP, L.P.

## MRI – CT – PET – NUCLEAR MEDICINE
## MAMMOGRAPHY – DIAGNOSTIC RADIOLOGY - ULTRASOUND

Manjul Shah, M.D.              Girish Patel, M.D, D.A.B.R.,         Martha Wiedman, M.D.
                                        F.A.C.N.M.
John Roefs, M.D.               Godofredo Miranda, M.D.            David Suadi, D.O.
Tony Deeths, M.D.              Mark Williams, M.D.                 Howard Leventhal, M.D.

Patient:     Cunningham, Lorenzo          No:    470685
Physician:   Nicolas Aguilera M.D.         DOB:   11/04/1962
Prison       CMF Prison                    Date:  08/22/12
CDCR:        D98935                         HU:    V-109

EXAMINATION: X-RAY CHEST (READ ONLY)

HISTORY: CHF.

COMPARISON: Comparison is made with prior study of 08/13/12.

FINDINGS: (Read Only) Again noted is cardiomegaly. Lung markings are somewhat prominent, but no
evidence of congestive failure is seen. There is minimal blunting of the costophrenic angles, but
diaphragms are relatively flattened. Findings are stable. Mediastinum is unremarkable. Tension rod
fixation is seen in the lower thoracic and lumbar regions. Plate fixation is also seen over the lower
cervical area.

IMPRESSION:

1. No significant interval change.
2. Cardiomegaly.
3. Possible small effusions.

EXAMINATION: X-RAY LUMBAR SPINE (READ ONLY)

HISTORY:

COMPARISON: No prior films are available.

FINDINGS: Pedicle screw and rod fixation is present extending from T10 through S1. There is posterior
compression of L3. The left rod is fractured at approximately L3 level. There is also posterolateral bony
fusion changes extending from L3 through S1 and laminectomy changes are present at L4 and L5 and
probably also at L2 and L3. No other fracture is seen. There is L4-5 disc narrowing.

IMPRESSION:

1. Post-op changes as described above with fracture of the left rod.
2. L4-5 disc narrowing.

Images and reports are available online at www.truxtunrad.com

1817 Truxtun Avenue          3551 Q Street, #100          9330 Stockdale Hwy., Ste. 100
Bakersfield, CA 93301        Bakersfield, CA 93301         Bakersfield, CA 93311
(661) 325-6800 F(661) 325-6744   (661) 325-6200 F(661) 616-1213   (661) 616-1268 F(661) 616-1287
                             Page 1

# TRUXTUN RADIOLOGY MEDICAL GROUP, L.P.

MRI - CT - PET - NUCLEAR MEDICINE
MAMMOGRAPHY - DIAGNOSTIC RADIOLOGY - ULTRASOUND

| | | |
|---|---|---|
| Manjul Shah, M.D. | Girish Patel, M.D, D.A.B.R., F.A.C.N.M. | Martha Wiedman, M.D. |
| John Roefs, M.D. | Godofredo Miranda, M.D. | David Suadi, D.O. |
| Tony Deeths, M.D. | | Mark Williams, M.D. |

| | | | |
|---|---|---|---|
| Patient: | Cunningham, Lorenzo | No: | 470685 |
| Physician: | Kelly A. Sharrar M.D. | DOB: | 11/04/1962 |
| Prison | CMF Prison | Date: | 09/04/12 |
| CDCR: | D98935 | HU: | V-109 |

EXAMINATION: X-RAY LUMBAR SPINE, STANDING VIEWS (READ ONLY)

HISTORY:

COMPARISON: Comparison is made with prior study 08/22/12.

FINDINGS: (Read Only) Again noted are postop changes with rod and screw fixation with old posterior fracture of L3 with spacers in place. On the prior study, there was fracture of the left rod at roughly L3. On the current study, both rods are fractured at that level. Otherwise, there is no change.

IMPRESSION: Interval fracture, right. Otherwise, there is no change.

Dictated by: Tony M. Deeths M.D., F.A.C.R. 09/05/2012
Transcribed by Sunil P – TIS 09/05/2012

Electronically approved by: Tony Deeths M.D.    Date: 09/05/2012 15:37

ORIGINAL
PLEASE
RETURN SIGN
MEDICAL TO
REC

2012 SEP 6 AM 10 34

Images and reports are available online at www.truxtunrad.com

1817 Truxtun Avenue
Bakersfield, CA 93301
(661) 325-6800 F(661) 325-6744

3551 Q Street, #100
Bakersfield, CA 93301
(661) 325-6200 F(661) 616-1213
Page 1

9330 Stockdale Hwy.,Ste. 100
Bakersfield, CA 93311
(661) 616-1268 F(661) 616-1287



( AKA: Askia Onkofa Ashanti)

UCSF Medical Center
Spine Center

*47823013*        *Lorenzo Cunningham*        *11/2/2012*



NOV 0 2 2012

C3



B40735

UCSF Medical Center
Spine Center

47823013      *Lorenzo Cunningham*      *10/14/2011*



C6.

Aug. 17. 2011 11:29AM     e Center                                    No. 3838   P. 5

UCSF Medical Center
Spine Center                    47823013        Lorenzo Cunningham        8/16/2011

D98935





# EXHIBIT

# D



CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES



### EMERGENCY APPEAL REJECTION
#### First Level HC Appeal

**Date:** 9/7/2012

**To:** CUNNINGHAM, LORENZO (D98935)
A V 1109001LP
California Medical Facility
P.O. Box 2000
Vacaville, CA 95696-2000

**Tracking/Log #:** CMF HC 12037047

The Health Care Appeals Office has received your appeal dated 9/4/2012, requesting emergency processing.

## Pursuant to the California Code of Regulations, Title 15, Section 3084.9(a)(1):

(1) When circumstances are such that the regular appeal time limits would subject the inmate or parolee to a substantial risk of personal injury or cause other serious and irreparable harm, the appeal shall be processed as an emergency appeal. Emergency circumstances include, but are not limited to:

A. Threat of death or injury due to enemies or other placement concerns.
B. Serious and imminent threat to health or safety.

## Pursuant to the Court Ordered Armstrong Remedial Plan:

If the request for accommodation involves a matter that presents an immediate threat to the inmates/paroles' safety, health or well being, or may result in other serious or irreparable harm, the request shall be processed according to the expedited appeal process described in CCR, Title 15, Section 3084.9. Appeals that qualify for an expedited appeal may include, but are limited to, the following:

• Providing appliances or aids that are essential to performing major life activities.
• Providing equipment or modifications essential to safety.
• Providing assistance to permit effective communications in due process settings or for health care provider communications.

Careful review of your submitted CDCR 602-HC Inmate Appeals/CDCR 1824 Request for Accommodation reflects that this complaint does not warrant emergency/expedited processing. It shall be processed as a regular appeal pursuant to the California Code of Regulations, Title 15, Section 3084.7.

D. Douglas

Douglass, D
Health Care Appeals Office
California Medical Facility



CALIFORNIA CORRECTIONAL
# HEALTH CARE SERVICES



**Date:** 8/28/2012

**To:** CUNNINGHAM, LORENZO (D98935)
A V 1109001LP
California Medical Facility
P.O. Box 2000
Vacaville, CA 95696-2000

**REJECTED**

**Tracking/Log #:** CMF HC 12037047

Your appeal is being rejected and returned to you for the following reason(s):

**Excessive Verbiage or Documentation:** CCR, Title 15, Section 3084.6(b)(9) states, "The appeal issue is obscured by pointless verbiage or voluminous unrelated documentation such that the reviewer cannot be reasonably expected to identify the issue under appeal. In such case, the appeal shall be rejected unless the appellant is identified as requiring assistance in filing the appeal as described in subsection 3084.1(c)."

Please remove all documentation marked with a pink "X" on it. This information is unnecessary in the appeals process as the reviewer can access this information from your Unit Health Records (UHR.) Once said documents are removed, please resubmit your appeal to the Health Care Appeals Office for immediate review and assignment.

This screening action may not be appealed unless you allege that the above reason(s) is inaccurate. In such case, return this form and your appeal to the Health Care Appeals Office with the necessary information.

Robinson, S.
Health Care Appeals Coordinator
Health Care Appeals Office
California Medical Facility

*Note: Resubmitted for compliance per CMF/Appeals Office of Health Care*

Note:
Be advised that you cannot appeal a rejected appeal, but should take the corrective action necessary and resubmit the appeal within the timeframes, 30 calendar days as specified in CCR 3084.6(a) and CCR 3084.8(b) Pursuant to CCR 3084.6(e), once an appeal has been cancelled, that appeal may not be resubmitted. However, a separate appeal can be filed on the cancellation decision. The original appeal may only be resubmitted if the appeal on the cancellation is granted.

STATE OF CALIFORNIA                                         DEPARTMENT OF CORRECTIONS AND REHABILITATION

**PATIENT/INMATE HEALTH CARE APPEAL**      **NON EMERGENCY**

CDCR 602 HC (REV. 04/11)                                                                    Side 1

| STAFF USE ONLY | | Institution: CMF HC | Log #: 12037047 | Category: Medical |
|---|---|---|---|---|
| Emergency Appeal | ☐ Yes  ☒ No | | | |
| Signature: | Date: 9/5/12 | | FOR STAFF USE ONLY | |

You may appeal any California Prison Health Care Services (CPHCS) decision, action, condition, omission, policy or regulation that has a material adverse effect upon your welfare. See California Code of Regulations, Title 15, Section (CCR) 3084.1. You must send this appeal and any supporting documents to the Health Care Appeals Coordinator (HCAC) within 30 calendar days of the event that lead to the filing of this appeal. If additional space is needed, only one CDCR Form 602-A will be accepted. Refer to CCR 3084 for further guidance with the appeal process. No reprisals will be taken for using the appeal process.

Appeal is subject to rejection if one row of text per line is exceeded.          WRITE, PRINT, or TYPE CLEARLY.

| Name (Last, First): CUNNINGHAM, Lorenzo | CDC Number: D.90935 | Unit/Cell Number: V-109-Single | Assignment: IMD/Unassign |
|---|---|---|---|

State briefly the subject/purpose of your appeal (Example: Medication, To See Specialist, etc.):
HEART MEDICAL TREATMENT & REVISION BACK SURGERY ON HARDWARE

A. Explain your issue (If you need more space, use Section A of the CDCR 602-A):  I've received
3-back surgeries in 2001/2007/2012. From Oct/2011-Aug/2012
I've been diagnosed with heart disorder. After Apr/2012 back
surgery, an Aug/2012 x-ray revealed broken-hardware.

B. Action requested (If you need more space, use Section B of the CDCR 602-A):  I am requesting
for (CMF) to treat heart-disorder (ASAP); and to schedule
a (UCSF) revision surgery to fix the broken hardware inside
the body due to excruciating pain; U.S. Const., Amend. 8.

☒ Supporting Documents: Refer to CCR 3084.3.

List supporting documents attached (e.g. Trust Account Statement; CDCR 7410, Comprehensive Accommodation Chrono; CDCR 7362, Request for Health Care Services; etc.):

UCSF Spine Ctr. Med-Records    QVH/Napa Med-Records

CDCR/CMF Med-Records

☐ No, I have not attached any supporting documents. Reason :_____

Patient/Inmate Signature: _____          Date Submitted: 8/24/2012

☐ By placing my initials in this box, I waive my right to receive an interview.

**C. First Level - Staff Use Only**          Staff – Check One: Is CDCR 602-A Attached? ☐ Yes  ☒ No
This appeal has been:                            NON EMERGENCY

☐ Bypassed at the First Level of Review. Go to Section E.

☑ Rejected (See attached letter for instruction) :   Date: 8-28-12 Date: _____ Date: _____ Date: _____

☐ Cancelled (See attached letter):       Date: _____

☑ Accepted at the First Level of Review
Assigned to: Dr. Aguilera _____ Title: MD ___ Date Assigned: 9-4-12 Date Due: 10-15-12

First Level Responder: Complete a First Level response, Include Interviewer's name, title, interview date, location, and complete the section below.
Date of Interview: 9/27/2012      Interview Location: CTC
Your appeal issue is:   ☐ Granted   ☐ Granted in part   ☐ Denied   ☒ Other: Withdrawn
See attached letter, If dissatisfied with First Level response, complete Section D.
Interviewer: _____ (Print Name)  Title: PTS  Signature: _____  Date completed: 9/27/2012
Reviewer: F. RADING (Print Name)  Title: LVN  Signature: _____

HCAC Use Only

STATE OF CALIFORNIA

**PATIENT/INMATE APPEAL**

CDCR 602 HC (REV. 04/11)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

Side 2

D. If you are dissatisfied with the First Level response, explain the reason below, attach supporting documents and submit to the Health Care Appeals Coordinator for processing within 30 calendar days of receipt of response. If you need more space, use Section D of the CDCR 602-A.

_____

_____

_____

_____

_____

Patient/Inmate Signature: _____ Date Submitted: _____

**E. Second Level - Staff Use Only**     Staff – Check One: Is CDCR 602-A Attached?    ☐ Yes ☐ No

This appeal has been:
☐ By-passed at Second Level of Review. Go to Section G.

☐ Rejected (See attached letter for instruction):   Date: _____ Date: _____ Date: _____ Date: _____

☐ Cancelled (See attached letter):   Date: _____

☐ Accepted at the Second Level of Review

Assigned to: _____ Title: _____ Date Assigned: _____ Date Due: _____

Second Level Responder: Complete a Second Level response. Include Interviewer's name, title, interview date, location, and complete the section below.

Date of Interview: _____ Interview Location: _____

Your appeal issue is:   ☐ Granted   ☐ Granted in part ☐ Denied    ☐ Other: _____

See attached letter. If dissatisfied with Second Level response, complete Section D.

Interviewer: _____ Title: _____ Signature: _____ Date completed: _____

  (Print Name)

Reviewer: _____ Title: _____ Signature: _____

  (Print Name)

Date received by HCAC: _____

HCAC Use Only

Date mailed/delivered to appellant: __/__/__

F. If you are dissatisfied with the Second Level response, explain reason below; attach supporting documents and submit by mail for Third Level Review. It must be received within 30 calendar days of receipt of prior response. Mail to: Chief, Office of Third Level Appeals – Health Care, California Prison Health Care Services, P.O. Box 4038, 660 Suite 400, Sacramento, CA 95812-4038. If you need more space, use Section F of the CDCR 602-A.

_____

_____

_____

_____

Patient/Inmate Signature: _____ Date Submitted: _____

**G. Third Level - Staff Use Only**

☐ Rejected (See attached letter for instruction):   Date: _____ Date: _____ Date: _____ Date: _____

☐ Cancelled (See attached letter):   Date: _____

☐ Accepted at the Third Level of Review
Your appeal is   ☐ Granted    ☐ Granted in part ☐ Denied    ☐ Other: _____

See attached Third Level response.

Third Level Use Only

Date mailed/delivered to appellant: __/__/__

Request to Withdraw Appeal: I request that this appeal be withdrawn from further review because; State reason. (If withdrawal is conditional, list conditions.) *Appeal W/Drawn Due To Basic & Higher Issues Being Addressed & Remedied.*

Patient/Inmate Signature: _____    Date Submitted: 7/27/12

Print Staff Name: *N. Aguilera*   Title: *PTS*   Signature: _____   Date: 9/27/12



Cunningham, Ashanti
ID: D9955

01/03/2012 10:52:40    Sinus rhythm with bigeminal PVCs
                        ST junctional depression is nonspecific

Meds:
Class:
Dr:        Dr Osman
Tech:      Rnr

Vent. Rate:         80 bpm     Abnormal ECG
RR Interval:       750 ms
PR Interval:       176 ms
QRS Duration:       96 ms
QT Interval:       382 ms
QTc Interval:      417 ms
QT Dispersion:      24 ms
P-R-T AXIS:  68°   68°   63°

* Unconfirmed Analysis: *

QTc=Hodges          California Medical Facility ER
BURROUGH RECORDER NO REF 716-0237-00

L:  10 mm/mV
C:  10 mm/mV
F: 0.05Hz.K

25 mm/s
~STABLE 40 Hz



B4 0935

**UCSF Medical Center**
*Spine Center*

47823013          *Lorenzo Cunningham*          10/14/2011



# EXHIBIT E

*Attn:(UC Regents)*
*(Chein)*

**Government Claim Form**
**California Victim Compensation and Government Claims Board**
**P.O. Box 3036**
**Sacramento, CA 95812-3035**

**1-800-955-0045 • www.governmentclaims.ca.gov**

State of California

For Office Use Only
Claim No.:

## Is your claim complete?

| | |
|---|---|
| X | *New!* Include a check or money order for $25 payable to the State of California. |
| x | Complete all sections relating to this claim and sign the form. Please print or type all information. |
| x | Attach receipts, bills, estimates or other documents that back up your claim. |
| X | Include two copies of this form and all the attached documents with the original. |

## Claimant Information

**1** Cunningham (Last name)  Lorenzo (First Name)  (MI)  **2** Tel: N/A

**3** Email:

**4** California Medical Facility
POB 2000 (Mailing Address)  Vacaville (City)  Calif (State)  95696-2000 (Zip)

**5** Best time and way to reach you: Via US Mail

**6** Is the claimant under 18? ☐ Yes ☒ No   If YES, give date of birth: [ ] MM [ ] DD [ N/A ] YYYY

## Attorney or Representative Information

**7** None (Last name)  (First Name)  (MI)  **8** Tel: N/A

**9** Email:

**10** N/A (Mailing Address)  N/A (City)  N/A (State)  N/A (Zip)

**11** Relationship to claimant: None (N/A)

## Claim Information

**12** Is your claim for a stale-dated warrant (uncashed check) or unredeemed bond? ☐ Yes ☒ No

State agency that issued the warrant: N/A   If NO, continue to Step **15**

Dollar amount of warrant: N/A   Date of issue: [ ] MM [ ] DD [ N/A ] YYYY

Proceed to Step **22** N/A

**13** Date of Incident: 8/25/2012 & 9/4/2012

Was the incident more than six months ago? ☐ Yes ☒ No
If YES, did you attach a separate sheet with an explanation for the late filing? ☐ Yes ☒ No

**14** State agencies or employees against whom this claim is filed:

UCSF Spine Center (San Francisco University of California)

**15** Dollar amount of claim: $1,000,000 (One-Million Dollars)

| If the amount is more than $10,000, indicate the type of civil case: | ☐ Limited civil case ($25,000 or less) |
|---|---|
| | ☒ Non-limited civil case (over $25,000) |

Explain how you calculated the amount:
Claimant estimates are based on life time damage of mobility and excruciating pain suffered daily from broken back surgery hardware.

E1

**16** Location of the incident:

California Med. Fac#/POB 2000/Vacaville, CA 95696-2000 (cellroom)

**17** Describe the specific damage or injury:

Claimint suffered a broken Harrington-Rod/Hardware placed inside body from April/2012 back surgery. After hardware broke/snapped in half, Claimint suffers daily spasms and back pain from injury.

**18** Explain the circumstances that led to the damage or injury:

Claimint in late August/2012 hardware broke in half while putting a sock on foot. Claimint on 9/4/2012 2nd hardware rod broke in half while performing a logroll to get out of bed to use the restroom.

**19** Explain why you believe the state is responsible for the damage or injury:

UCSF SPINE CENTER placed Harrington-Rods (titanium steel) and/or (celium chrome steel) broke in half on no fault of Claimint due to hardware from Manufacture Co. being deficient or defective.

**20** Does the claim involve a state vehicle? ☐ Yes ☒ No

If YES, provide the vehicle license number, if known:

## Auto Insurance Information

**21** N/A

Name of Insurance Carrier

| N/A | N/A | N/A | N/A |
|---|---|---|---|
| Mailing Address | City | State | Zip |

| Policy Number: N/A | | Tel: | N/A |

Are you the registered owner of the vehicle? _N/A_ ☐ Yes ☒ No

If NO, state name of owner: _N/A_

Has a claim been filed with your insurance carrier, or will it be filed? ☐ Yes ☒ No

Have you received any payment for this damage or injury? ☐ Yes ☒ No

If yes, what amount did you receive? N/A — N/A

Amount of deductible, if any: N/A

Claimant's Drivers License Number N/A   Vehicle License Number N/A

Make of Vehicle: None N/A   Model: N/A   Year: N/A

Vehicle ID Number: N/A

## Notice and Signature

**22** I declare under penalty of perjury under the laws of the State of California that all the information I have provided is true and correct to the best of my information and belief. I further understand that if I have provided information that is false, intentionally incomplete, or misleading I may be charged with a felony punishable by up to four years in state prison and/or a fine of up to $10,000 (Penal Code section 72)

_[signature]_ (Larry Cunningham)        12/12/12 (2012)

Signature of Claimant or Representative        Date

**23** Mail the original and two copies of this form and all attachments with the $25 filing fee or the "Filing Fee Waiver Request" to: Government Claims Program, P.O. Box 3035, Sacramento, CA, 95812-3035. Forms can also be delivered to the Victim Compensation and Government Claims Board, 630 K Street, Sacramento

## For State Agency Use Only

**24**

Name of State Agency        Fund or Budget Act Appropriation No.

Name of Agency Budget Officer or Representative        Title

Signature        Date





STATE OF CALIFORNIA
EDMUND G. BROWN JR , Governor

GOVERNMENT CLAIMS PROGRAM
400 R Street, 5th Floor • Sacramento, California 95811
Mailing Address  P.O. Box 3035 • Sacramento, California 95812
Toll Free Telephone Number 1-800-955-0045 • Fax Number  (916) 491-6443
Internet  www.vcgcb.ca.gov

ANNA M. CABALLERO
Secretary
State and Consumer Services Agency
Chairperson
JOHN CHIANG
State Controller
Board Member
MICHAEL A. RAMOS
San Bernardino County District Attorney
Board Member
JULIE NAUMAN
Executive Officer

Lorenzo Cunningham D98935
PO Box 2000
Vacaville, CA  95696-2000

February 21, 2013

RE:  Claim G609036 for Lorenzo Cunningham, D98935

Dear Lorenzo Cunningham,

The Victim Compensation and Government Claims Board (VCGCB) received your claim on February 14, 2013 which states the date of incident that forms the basis of your claim is August 25, 2012.

We have reviewed your claim and determined that the VCGCB has no jurisdiction to consider the claim for the following reason(s):

Your claim is against the University of California.  Therefore, you can file your claim directly with:
University of California Regents
1111 Franklin Street, 8th Floor
Oakland, CA  94607-5200
Phone:  (510) 987-9800

The VCGCB will take no further action on your claim. If you have questions about this matter, please mention letter reference 97 and claim number G609036 when you call or write your claim technician/analyst at (800) 955-0045.

Sincerely,


Government Claims Program
Victim Compensation and Government Claims Board

cc:


Ltr 97 No Jurisdiction

THE REGENTS OF THE UNIVERSITY OF CALIFORNIA
OFFICE OF THE GENERAL COUNSEL



1111 Franklin Street, 8th Floor • Oakland, California 94607-5200 • (510) 987-9800 • FAX (510) 987-9757

Charles F. Robinson
VICE PRESIDENT AND GENERAL COUNSEL

March 5, 2013

Lorenzo Cunningham
D#98935 (Unit: D-Domm #141)
California Medical Facility
POB 2000
Vacaville, CA 95696-2000

Re:    Notice of Government Claim – Cunningham, Lorenzo

Dear Mr. Cunningham:

Please be advised that California Government Code section 905.6 exempts The Regents of the
University of California from claim-filing provisions of the Tort Claims Act. For this reason, the
Regents of the University of California simply acknowledges that it has received your claim.

Sincerely,

Richard Wilson
Senior Counsel -Litigation

slg

cc:    B. Lillington

E4



sedgwick®

March 06, 2013

Lorenzo Cunningham
D# 98935 (Unit: D-Domm # 141)
California Medical Facility
POB 2000
Vacaville, CA 95696-2000

| | |
|---|---|
| **CLAIMANT:** | Lorenzo Cunningham D# 98935 |
| **FILE NO:** | 2013007348 |
| **DATE OF LOSS:** | 08/25/2012 |
| **FACILITY:** | UCSF Medical Center |

Dear Mr. Cunningham:

Please be advised that Sedgwick CMS is the third party administrator for the professional and hospital liability program of the Regents of the University of California. Accordingly, our office is in receipt of your letter of February 26, 2013, forwarded to Office Of the General Counsel. Contact information for the claim specialist who is handling this matter is as follows:

Tim Rebbert
Sedgwick
P.O. Box 14665
Lexington, KY 40512-4665

Our office is commencing an investigation and will contact you in the near future. We note and want to be sure you are aware that under California law there is a time limit for commencement of legal action. We will investigate your claim and attempt to do so in a reasonable time period, though the length of time required varies. **Our investigation of your claim does not waive or extend this statutory period for commencement of legal action.** Should you have any questions regarding the limitations period or your rights with respect to commencing an action, you should consult an attorney. Neither Sedgwick CMS nor any University or campus representative can advise you in this regard.

Sincerely,

Jennifer J. Kaplli

Jennifer Kaplli
Professional Liability Claims Assistant
Sedgwick

E 5



sedgwick.

April 08, 2013

Lorenzo Cunningham
D# 98935 (Unit: D-Domm # 141)
California Medical Facility
POB 2000
Vacaville, CA 95696-2000

RE:     **CLAIMANT:**     **Lorenzo Cunningham D# 98935**
         **FILE NUMBER:**     **2013007348**
         **DOI:**     **08/25/2012**
         **FACILITY:**     **UCSF Medical Center**

Dear Mr. Cunningham:

We are the administrators of the Professional Medical and Hospital Liability Program for the Regents of the University of California. The above-referenced claim was referred to us for handling.

This letter is to inform you that we are unable to recommend that the University consider any settlement or compensation in this matter. Investigation failed to identify any liability on the part of the Regents of the University of California, its officers, agents or employees. Specifically, there is no evidence of any deviation from standard practices for surgical technique or medical management during the time of your care and treatment at the UCSF Medical Center.

Per your request, please find enclosed excerpts from your medical record that include the identities of manufacturers of the hardware used during the procedure at issue. Sedgwick does not represent that this is a complete list and is not able to further assist you with any follow up questions or any elaboration regarding the attached documents, however. You will need to direct further inquiry to UCSF's Health Information Management Services (i.e., medical records department).

Please note that this letter is in no way intended to waive or extend the applicable statute of limitations. You may wish to consult an attorney regarding this matter.

Thank you in advance for your courtesy.

Very truly yours,

Tim Rebbert
Professional Liability Claims Specialist

P.O. Box 14665 | Lexington, KY 40512-4665 | PHONE (510)302-3000 | FAX (510)302-3280

# EXHIBIT

# F

# UCSF Medical Center
## Spine Center

UCSF Spine Center
400 Parnassus Avenue, 3rd Floor
Box 0332, Room A311
San Francisco, CA 94143-0332
tel: 415/353-2739
fax: 415/353-2248
TTY: 415/885-3889
www.ucsfhealth.org

University of California
San Francisco

Dr. Manuel Sabin,
1600 California Dr,
Vacaville, CA,
95696-2000

8/16/2011

RE: Lorenzo Cunningham
MRN:47823013  DOB: 11/4/1962
VISIT NUMBER: 19489165

Dear Dr. Sabin:

REASON FOR VISIT
FOLLOW UP TO DISCUSS TREATMENT OPTIONS

SURGICAL DIAGNOSIS
LUMBAR SPONDYLOSIS
FLATBACK SYNDROME
PSEUDARTHROSIS
CHIEF COMPLAINT
He presents with the following:
AXIAL LUMBAR PAIN

HISTORY OF PRESENT ILLNESS
The patient is a very pleasant 48 year old male who returns for follow up. Patient was seen last June, 2010 and is an inmate. At that time the plan was to proceed with XLIF L2/4 and PSF 2/4 and removal of bone stimulator for ASD and pseudoarthrosis at L3/4. He was scheduled to have surgery however it was not authorized by the Sacramento office as he is an inmate. He returns today an attempt to have procedure reauthorized.

In general he states that the pain is progressive and has gotten quite a bit worse since he was last seen in clinic. The pain now radiates all the way down the posterior aspect of his legs b/l. And has essentially constant penetrating back pain that is worse when he changes positions. He has previously failed non-operative management for these symptoms. He states the symptoms are getting worse. His right leg pain is rated as 8/10.Left leg pain is rated as 8/10. His back pain is rated as 9/10. Lorenzo is able to walk between 10 and 20 minutes. Non-operative therapies have been used and include Narcotic Pain Medications / Anti-Inflammatories (Nsaids) / Epidural Injections since the last visit for pain control and functional improvement. Overall improvement is rated as -70%.

SOCIAL HISTORY
Working status: permanent disability.

PHYSICAL EXAM
The patient was pleasant and appeared the stated age. Lorenzo's affect appeared normal. The patient was not in any acute distress throughout the encounter and the respirations were between 12-15 breaths per minute.

He currently stands with his knees bent to obtain any erect posture.
A neurological examination demonstrated that there were no gross deficits identified in the myotomes or dermatomes of the upper and lower extremities. Gait was within normal limits.

RE: Lorenzo Cunningham

47823013

# UCSF Medical Center
### Spine Center

UCSF Spine Center
400 Parnassus Avenue, 3rd Floor
Box 0332, Room A311
San Francisco, CA 94143-0332
tel: 415/353-2739
fax: 415/353-2248
TTY: 415/885-3889
www.ucsfhealth.org

University of California
San Francisco

**MOTOR R/L:**
iliopsoas 5/5, qaudriceps 5/5, tibialis anterior 5/5, extensor hallucis longus 5/5, gastroc-soleus 5/5.

**SENSORY R/L:**
L2 normal/normal, L3 normal/normal, L4 normal/normal, L5 normal/normal, S1 normal/normal.

**REFLEXES R/L:**
patellar 1+ / 1+, ankle 1+ / 1+, Babinski absent / absent.

**IMAGING**
During the encounter the results of the CT L spine were reviewed.

**ICD9 DIAGNOSIS CODES**
LUMBOSACRAL SPONDYLOSIS 7213

**PLAN**
I currently recommend the following for Lorenzo:
SURGICAL MANAGEMENT.

**SUMMARY**
He has a diagnosis of lumbar spondylosis, flatback syndrome, pseudarthrosis. He reports that since the last encounter he has noticed a -70% change in his overall condition. The patient's symptoms are getting worse. Overall, Mr. Cunningham's symptoms have progressed and seem to continue to worsen with respect to his back and leg pain. He has previously failed nonoperative treatment options. Given that his symptoms are progressive we believe that he would still benefit from XLIF L2/4 and PSF L2/4 with PSO for his psudarthrosis at L3/4 and ASD at L2/3 and flatback deformity. This would serve as the patient's preoperative visit and we will see him on the morning of surgery in the hospital. I feel that Lorenzo will benefit from surgical management. If Lorenzo wishes to proceed with XLIF L2/4 followed by PSF L2/4 with pedicle subtraction osteotomy and removal of bone stimulator pre-operative teaching will be performed. The risks and benefits of the surgery have been explained to the patient. Risks included paresis, paralysis, infection, need for revision surgery, pain, vascular injury and medical and anesthetic complications like DVT and PE. Clearance for the surgery will be coordinated with the patient's primary care physician and the PREPARE clinic here at UCSF.

Sincerely Yours,

Shane Burch, MD, MSc, FRCS(C)
Spine Surgeon

RE: Lorenzo Cunningham

47823013

# UC<sub>SF</sub> Medical Center
Spine Center

**UCSF Spine Center**
400 Parnassus Avenue, 3rd Floor
Box 0332, Room A311
San Francisco, CA 94143-0332
tel: 415/353-2739
fax: 415/353-2248
TTY: 415/885-3889
www.ucsfhealth.org

University of California
San Francisco

Assistant Professor in Residence
Dept. Orthopedic Surgery
UCSF Medical Center

Seen by Patrick Horst, MD
I have reviewed and discussed the case with Patrick Horst, MD and agree with the findings and
treatment plan as I have documented above.
Digitally Reviewed and Signed by: Shane Burch MD 8/16/2011 3:07:10 PM

RE: Lorenzo Cunningham

47823013

FRONT    BACK

R    L    L    R

UCSF Medical Center
Spine Center

47823013    *Lorenzo Cunningham*    8/16/2011

098935



Aug. 17. 2011 11:30AM    e Center                                        No. 3838    P. 6

UCSF Medical Center
*Spine Center*

**47823013**       *Lorenzo Cunningham*                      *8/16/2011*





BACK PAIN

Aug. 17. 2011 11:31AM atc       : Center                          No. 3838   P.  7
400 Parnassus Avenue
San Francisco, CA  94143
(415) 353-2666

Medical Record Number: 478 23 01-3
Patient Name:            Cunningham, Lorenzo
Date of Birth:           11/04/1962
Location:                ORTH

Requesting Physician:    Sabin, Manuel Allen
Attending Physician:     Burch, Shane
Accession Number:        7789154
Exam Date:               08/16/2011


L SPINE AP AND LATERAL    8/16/2011 9:45 AM

COMPARISON:  6/15/2010

CLINICAL HISTORY:    PAIN

IMPRESSION:

1.  No significant interval change since 6/15/10.
2.  Posterior spinal fusion from L3 through sacrum is again
seen with posterior decompression.  Lucency surrounding right L3
transpedicular screw and left sacral screw suspicious for
loosening are similar to previous study.
3.  Mild left convex curvature and mild straightening of
normal lordotic lumbar lordosis is again present.
4.  Fracture of distal wire of presumed neural stimulator at
posterior L2-3 level is again seen, unchanged from previous
study.
5.  Sclerotic lesion in the right ilium near the sacroiliac
joint, unchanged since 2009, is most likely fibrous dysplasia.


I attest that I have personally reviewed the images for this study
and/or supervised this procedure and agree with the report.


Transcribed: 08/16/2011   12:22 PM  by Voice Recognition
Last Edited: 08/16/2011   12:29 PM  by Voice Recognition
  Finalized: 08/16/2011   12:29 PM  by Dr. Thomas M Link
                    Contributor      Dr. Lee, Sonia


                    UCSF Department of Radiology
                REPORT OF RADIOLOGIC CONSULTATION

# EXHIBIT

# G

# UC**SF** Medical Center
## Spine Center

**UCSF Spine Center**
400 Parnassus Avenue, 3rd Floor
Box 0332, Room A311
San Francisco, CA 94143-0332
tel: 415/353-2739
fax: 415/353-2248
TTY: 415/885-3889
www.ucsfhealth.org

University of California
San Francisco

Dr. Manuel Sabin,
1600 California Dr,
Vacaville, CA,
95696-2000

09893 5

10/14/2011

RE: Lorenzo Cunningham
MRN:47823013  DOB: 11/4/1962
VISIT NUMBER: 19791389

Dear Dr. Sabin:

<u>REASON FOR VISIT</u>
PRE-OP VISIT

<u>SURGICAL DIAGNOSIS</u>
LUMBAR SPONDYLOSIS
FLATBACK SYNDROME
PSEUDARTHROSIS

<u>CHIEF COMPLAINT</u>
He presents with the following:
BILATERAL BUTTOCK PAIN

<u>HISTORY OF PRESENT ILLNESS</u>
The patient is a very pleasant 48 year old male who returns for follow up. Patient complains of stabbing pain in lower back that is constant but aggravated by movement. Of note, when he stands he will intermittently have a shock that goes down the back of each leg to the knee and makes him sit down immediately. Overall his symptoms have worsened over the last year but are consistent with his last visit in 8/2011.

Patient also comes from the anesthesiology Pre-Op appointment. The anesthesiologists noted concerns for PVCs and RBBB on EKG and have requested a stress test and cardiology appointment prior to surgery. From the response to the EQ5D questionnaire there are some difficulties with getting around and there are no problems with self care. There are some difficulties with usual activities and there is severe pain. Mild anxiety / depression is reported. He reports overall global health as 92/100. Right sided arm pain is rated as 0/10. Left sided arm pain is rated as 0/10. His right leg pain is rated as 8/10.Left leg pain is rated as 8/10. Neck pain is rated as 0/10. His back pain is rated as 8/10. Lorenzo is able to walk between 10 and 20 minutes. Non-operative therapies have been used and include Narcotic Pain Medications / Anti-Inflammatories (Nsaids) / Home Exercise Program since the last visit for pain control and functional improvement. Overall improvement is rated as 0.

<u>CURRENT PAIN MEDICATIONS</u>
CODEINE
TYLENOL
BACLOFEN
IBUPROFEN

*Nicolas Aguilera M.D.*

RE: Lorenzo Cunningham
47823013



# UCSF Medical Center
## Spine Center

**UCSF Spine Center**
400 Parnassus Avenue, 3rd Floor
Box 0332, Room A311
San Francisco, CA 94143-0332
tel: 415/353-2739
fax: 415/353-2248
TTY: 415/885-3889
www.ucsfhealth.org

University of California
San Francisco

D98935
Nicolas Aguilera M.D.

## SOCIAL HISTORY
Working status: permanent disability. Lorenzo denies the use of tobacco.

## PHYSICAL EXAM
The patient was pleasant and appeared the stated age. Lorenzo's affect appeared normal. The patient was not in any acute distress throughout the encounter and the respirations were between 12-15 breaths per minute.
Mr. Cunningham stands with both legs in flexion to achieve an upright posture.
A neurological examination demonstrated that there were no gross deficits identified in the myotomes or dermatomes of the upper and lower extremities. Gait was within normal limits.
## MOTOR R/L:
iliopsoas 5/5, qaudriceps 5/5, tibialis anterior 5/5, extensor hallucis longus 5/5, gastroc-soleus 5/5.

## SENSORY R/L:
L2 normal/normal, L3 normal/normal, L4 normal/normal, L5 normal/normal, S1 normal/normal.

## REFLEXES R/L:
patellar 1+ / 1+, ankle 1+ / 1+, Babinski absent / absent.

## IMAGING
During the encounter the results of the lumbar XRAY were reviewed. The instrumentation is intact. flat back deformity is noted the lumbar spine. There is no lumbar lordosis and the pseudarthrosis is noted at L3-4.

## ICD9 DIAGNOSIS CODES
LUMBOSACRAL SPONDYLOSIS 7213

## SUMMARY
He has a diagnosis of lumbar spondylosis, flatback syndrome, pseudarthrosis. He reports that since the last encounter he has noticed a zero percent change in his overall condition. Lorenzo filled out the EQ5D VAS and EQ5D survey, the results of which are as follows: EQ5D-VAS, 92 EQ5D UTILITY SCORE, 0.397. Mr. Cunningham is a 48 yo M h/o pseudarthrosis and s/p PSF, presents for pre-op appointment prior to PSO L3 and PSF T10-S1

1. Anesthesia has requested that Mr. Cunningham receive a stress test before surgery to evaluate an abnormal EKG. Mr. Cunningham will follow-up with cardiology at Queen of the Valley MC for his stress test in the next 10 days.
2. We will proceed with the current plan for the fusion and PSO pending the result of his cardiology exam.

3. There is evidence of a non-aggressive lesion in the right iliacus that appears unchanged over last 15

RE: Lorenzo Cunningham

47823013

# UC<sub>SF</sub> Medical Center
## Spine Center

**UCSF Spine Center**
400 Parnassus Avenue, 3rd Floor
Box 0332, Room A311
San Francisco, CA 94143-0332
tel: 415/353-2739
fax: 415/353-2248
TTY: 415/885-3889
www.ucsfhealth.org

University of California
San Francisco

months since the last exam  We will consider intra-op evaluation.

Sincerely Yours,



*Nicolas Aguilera M.D.*

Shane Burch, MD, MSc, FRCS(C)
Spine Surgeon
Assistant Professor in Residence
Dept. Orthopedic Surgery
UCSF Medical Center

Seen by Whitney Halgrimson, MSIV and Shane Burch MD.
I have reviewed and discussed the case with Whitney Halgrimson, MSIV  and agree with the findings and treatment plan as documented.
Digitally Reviewed and Signed by: Shane Burch MD  10/25/2011 8:35:06 AM

B98935

RE: Lorenzo Cunningham

47823013

Bc.0935

**UCSF Medical Center**
Spine Center

47823013          *Lorenzo Cunningham*          *10/14/2011*



G4.

# EXHIBIT

# H

RESULT REVIEW REPORT
NOT FOR PERMANENT STORAGE IN MEDICAL RECORD

Patient: ND98935, Cunningham   .
MRN: 47823013                    Visit: 0020583719

Report Name:  OPERATIVE REPORT
Result Date/Time: 11Apr12  0:01am

Report Requested by: BREITBARTH, LINDA
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PATIENT NAME:  Nd98935, Cunningham
MEDICAL RECORD #:  478-23-01-3                *1ST DAY SURGERY 4/11/12 H*

DATE OF OPERATION:        04/11/2012

PREOPERATIVE DIAGNOSES:
1.  Flat back deformity.
2.  Pseudoarthrosis.
3.  Status post L3 to S1 posterior spinal fusion x2.

POSTOPERATIVE DIAGNOSES:
1.  Flat back deformity.
2.  Pseudoarthrosis.
3.  Status post L3 to S1 posterior spinal fusion x2.

OPERATION:
1.  Pedicle subtraction osteotomy L3.
2.  Posterior based osteotomies T10-T11, T11-T12, T12-L1, L1-L2.
3.  Revision posterior spinal fusion T10 to S1.'
4.  Segmental instrumentation T10 to S1.
5.  Left iliac bolt through a separate fascial incision.
6.  Left iliac crest bone graft.
7.  Revision laminectomy L2, L3 (2 levels).
8.  Removal of old instrumentation L3 to S1.
9.  Exploration of fusion mass.
10.  Separate procedure was removal of bone stimulator.

ANESTHESIA:

CLINICAL INDICATIONS:      The patient is a 49-year-old incarcerated
gentleman who had 2 prior back procedures, the last 1 being revision
posterior spinal fusion for pseudoarthrosis from L3 to S1.  He returns
to clinic with persistent back pain and a sense that he was positively
sagittally balanced.  CT scan demonstrated pseudoarthrosis at L3-L4 and
a bone stimulator was identified.  He also had a benign lesion in his
iliac wing which he wanted biopsied.  The risks and benefits of the
surgery were explained to the patient.  The indications for the surgery
included a realignment procedure of his lumbar spine with a pedicle
subtraction osteotomy, repair of the pseudoarthrosis with extension of
fusion from T10 down to the ilium.  Risks included paresis, paralysis,
infection, requirement for further surgery, blood loss, deep vein
thrombosis, pulmonary embolus, myocardial infarction, and risks for
further surgery including pseudoarthrosis.  Informed consent was
obtained.

H1

RESULT REVIEW REPORT
NOT FOR PERMANENT STORAGE IN MEDICAL RECORD

Patient: ND98935, Cunningham
MRN: 47823013                    Visit: 0020583719

Report Name: OPERATIVE REPORT
Result Date/Time: 11Apr12  0:01am

Report Requested by: BREITBARTH, LINDA
-------------------------------------------------------------------------------

DESCRIPTION OF PROCEDURE:  The patient was brought to the operating
room, where he was intubated under general anesthetic.  Preoperative
antibiotics, 2 g of Ancef IV, were given preoperatively.  He was placed
in the prone position on the Jackson table and well padded on all
extremities.  He was prepped and draped in the standard sterile fashion
and a time-out was performed.  His old incision was utilized.  A
longitudinal incision from T10 down to S1 was made with a #10 blade.
The subcutaneous tissue was dissected with a cautery, and the deep
fascia was incised with the cautery.  Subperiosteal dissection was
carried out over the spinous processes from T10 to the transverse
processes and the thoracic spine and out over the instrumentation in the
lumbar spine.  With this being performed, Gelpi retractors were used for
exposure and the old instrumentation (Xia) was removed.  Of note, the L3
screws were loose but there were no signs of infection, although
cultures were sent.  There was clearly a pseudoarthrosis when the fusion
mass was explored at L3-L4.  The rest of the fusion mass appeared to be
solid.  Large scar tissue was encountered over the prior laminectomy of
L3 and down.  Following the instrumentation being removed, we copiously
irrigated the wound with normal saline.  We then proceeded with
posterior based osteotomies with a Capner gouge and mallet and a high
speed bur from T10-T11, T11-T12, L1-L2, L2-L3, and L3-L4.

With this being performed, we then took both a large and small curette
and released the scar tissue off the lamina of L2 and the lateral edges
of L3.  Using a coarse diamond bit bur, we thinned out the pars around
the pedicle of L3.  Before going further, we placed pedicle screws from
T10 down through L2 using anatomical landmarks and cannulated the
pedicles with a blunt tipped awl. We then probed the pedicle channels,
tapped them and placed 6.5 mm Solera screws of the appropriate length in
each of the pedicles.  We then replaced the screws distally with Solera
instrumentation.  Through a separate fascial incision, we identified the
posterior superior iliac spine and osteotomized the posterior superior
iliac spine and took bone graft from the left iliac crest.  Then, using
a blunt tipped awl, we cannulated the iliac wing, tapped, and placed an
8.5 x 70 mm screw within the iliac wing on the left side.  With this
being performed, we continued with the revision laminectomy of L2 and L3
using a 3 mm Kerrison rongeur, and decompressed the central canal.  We
then performed foraminectomies at L2-L3 and L3-L4, and identified the L3
and L4 nerve roots respectively bilaterally.  We then cut across the
fusion mass/transverse processes of the L3 pedicle and identified the
lateral aspect of the vertebral body.  We then placed a Ray-Tec sponge
laterally against the lateral aspect of the vertebral body bilaterally.
We then retracted the nerve roots proximally and distally, and using the
osteotomes performed wedge osteotomy at L3.  We completed the osteotomy
from both sides, and then osteotomized the lateral walls of the L3
vertebral body.  We placed a temporary rod to stabilize the spine before
completing the osteotomy and then placed a rod from the iliac bolt on

RESULT REVIEW REPORT
NOT FOR PERMANENT STORAGE IN MEDICAL RECORD

Patient: ND98935, Cunningham   .
MRN: 47823013                    Visit: 0020583719

Report Name:  OPERATIVE REPORT
Result Date/Time: 11Apr12  0:01am

Report Requested by: BREITBARTH, LINDA
-------------------------------------------------------------------------

the left side, and in a cantilevered fashion closed the osteotomy site
after the temporary rod was loosened.  Following this, we placed a
permanent rod on the patient's right side.  Set screws were placed and
the screws were tightened.  An x-ray was performed and final tightening
occurred once the x-ray was deemed acceptable.  We then decorticated the
fusion mass, decorticated the transverse processes and the lamina of the
thoracolumbar spine, and placed autogenous local bone graft, iliac crest
bone graft, Grafton boats and allograft along the posterolateral spine.
Epidural venous plexuses were cauterized with the bipolar cautery.

A deep drain was placed.  Vancomycin powder, 1 g, was placed in the
wound.  The wound was then closed in layers with interrupted and running
#1 Vicryl followed by 0 Vicryl followed by 2-0 popoffs, followed by
staples for the skin.  The patient was then placed in the supine
position, remained intubated, and returned to the intensive care unit
without complication.

There were no changes on the neuromonitoring throughout the case.

ESTIMATED BLOOD LOSS:      2 L.

IMPLANTS:                  Solera (Medtronic).

NEUROMONITORING:           EMG, motor evoked potentials, somatosensory
evoked potentials.

DISPOSITION:               Intensive care unit, intubated.

ASSISTANT SURGEON(S):      Anuj Prasher, M.D.
     Michael Feldstein, M.D.


EXTRA COPIES:

CARBON COPIES:             Manuel Allen Sabin, MD
                           P O Box 2000
                           Vacaville CA 95696-2000


DICTATED BY:               Shane Burch, MD 49580

H3

RESULT REVIEW REPORT
**NOT FOR PERMANENT STORAGE IN MEDICAL RECORD**

**Patient: ND98935, Cunningham**   .
MRN: 47823013                     Visit: 0020583719

**Report Name: OPERATIVE REPORT** .
Result Date/Time: 11Apr12  0:01am

Report Requested by. BREITBARTH, LINDA
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

RESPONSIBLE SURGEON     Shane Burch, MD 49580

_____

D:   04/12/2012 01:21 P
T:   04/12/2012 02:51 P d12  CS#: 2959663

$H4$

RESULT REVIEW REPORT
NOT FOR PERMANENT STORAGE IN MEDICAL RECORD

Patient: ND98935, Cunningham       .
MRN: 47823013                  Visit: 0020583719

Report Name:  OPERATIVE REPORT
Result Date/Time: 12Apr12  0:01am

Report Requested by: BREITBARTH, LINDA

----------------------------------------------------------------------

PATIENT NAME:  Nd98935, Cunningham
MEDICAL RECORD #:  478-23-01-3

DATE OF OPERATION:     ( 04/12/2012 )

PREOPERATIVE DIAGNOSIS:    Flat back deformity, pseudarthrosis L3-4,
status post two prior lumbar procedure, status post pedicle subtraction
osteotomy with revision posterior spinal fusion T10 to S1, 4/11/12.

POSTOPERATIVE DIAGNOSIS:    Flat back deformity, pseudarthrosis L3-4,
status post two prior lumbar procedure, status post pedicle subtraction
osteotomy with revision posterior spinal fusion T10 to S1, 4/11/12.

OPERATION:
1.  Lateral lumbar interbody fusion L2-3, L3-4 (two levels).
2.  Lateral lumbar interbody fusion cage L2-3, L3-4.
3.  Anterior fusion L2-3, L3-4.

ANESTHESIA:                  General anesthesia, neural monitoring, EMG
and motors.

CLINICAL INDICATIONS:       The patient is a 49-year-old gentleman who is
status post revision posterior spinal fusion surgery from T10 to S1 with
a pedicle subtraction osteotomy 4/11/12.  He did well during the
surgery, but remained intubated overnight in the ICU.  The risks and
benefits of the surgery had been explained to the patient the day before
and informed consent was obtained to do the XLIF procedure to prevent
pseudarthrosis at L2-3 and L3-4 as the patient has had several back
operations for the same.  Informed consent was obtained.

DESCRIPTION OF PROCEDURE:  The patient was brought to the operating
room.  He was already intubated and was placed in the left lateral
decubitus position with an axillary roll and well secured onto the table
and well padded in all extremities.  Neural monitoring was applied.  He
was then positioned accordingly to A-P and lateral x-rays.  Longitudinal
incision was made over the L2-3 and L3-4 disk spaces and dissection
carried down through the external oblique fascia, the internal oblique
and the transversalis fascia into the retroperitoneal space.  A neural
monitoring equipped dilator was then placed over the L3-4 disk space
over the psoas and stimulated and then gently penetrated the psoas onto
the disk space.  A guidewire was then placed within the disk space and
then sequential dilation occurred with the NuVasive dilation system with
a retractor being placed over the L3-4 space.  A 15 blade was then used
to incise the annulus of the L3-4 disk and the pituitary rongeur was
used to remove the annulus.  A box osteotome was used to remove the

RESULT REVIEW REPORT
NOT FOR PERMANENT STORAGE IN MEDICAL RECORD

Patient: ND98935, Cunningham
MRN: 47823013                        Visit: 0020583719

Report Name: OPERATIVE REPORT
Result Date/Time: 12Apr12  0:01am

Report Requested by: BREITBARTH, LINDA
--------------------------------------------------------------------

majority of the disk along with a Cobb elevator and curet and the disk
was spaced to a size 10 straight.  A rasp was used to roughen the end
plates and Osteo cell (NuVasive) was placed in the size 10 XLIF cage
which was inserted under fluoroscopy.  Correct position of the cage was
confirmed on x-ray throughout the procedure.

We then turned our attention to performing the same procedure at L2-3
and this was done in exactly the same fashion.  The cage was placed
posteriorly in the L2-3 level, but was in an acceptable position.  A
size 12 lordotic cage was placed at L2-3 after the disk was accessed
through a similar approach, identifying the previous disk level.  No
neural monitoring changes were encountered throughout the case and the
motor evoked potentials were stable.  The wound was copiously irrigated
with normal saline and the internal and external oblique fascia was
closed with interrupted 0 Vicryl.  Subcutaneous tissue was closed with
20-0 pop-off Vicryl and the skin was closed with 3-0 Biosyn, followed by
Steri-Strips.

IMPLANTS:                        XLIF (NuVasive L2-3, L3-4, right side up)

ESTIMATED BLOOD LOSS:        50 cc.

COMPLICATIONS:               None.

ASSISTANT SURGEON(S): Anish Prasher, M.D.


EXTRA COPIES:

CARBON COPIES:

DICTATED BY:            Shane Burch, MD 49580




                        _____

RESPONSIBLE SURGEON     Shane Burch, MD 49580




                        _____


D:    04/12/2012 01:27 P
T:    04/12/2012 08:33 P d28  CS#: 2959884

H6

RESULT REVIEW REPORT
NOT FOR PERMANENT STORAGE IN MEDICAL RECORD

Patient: ND98935, Cunningham       .
MRN: 47823013                      Visit: 0020583719

Report Name:  OPERATIVE REPORT
Result Date/Time: 12Apr12  0:01am

Report Requested by: BREITBARTH, LINDA

RESULT REVIEW REPORT
NOT FOR PERMANENT STORAGE IN MEDICAL RECORD

Patient: ND98935, Cunningham    D.98935
MRN: 47823013                    Visit: 0020583719

Report Name: Transfer Summary
Result Date/Time: 17Apr12 11:59pm

Report Requested by: BREITBARTH, LINDA
--------------------------------------------------------------------------------

ADMITTED: 04/11/2012                DISCHARGED:   04/17/2012

IDENTIFICATION/CHIEF COMPLAINT:  Patient is a 49-year-old male with a
history of several back surgeries complicated by pseudarthrosis and flat
back deformity with persistent back pain and positive sagittal balance.
Given the patient's pain, his failure of conservative management,
surgery is recommended.  The patient knows the risks and benefits and
wished to proceed.

PAST MEDICAL HISTORY:  Diabetes, chronic back pain, hepatitis C,
polysubstance abuse, hypertension.

PAST SURGICAL HISTORY:  Posterior spinal fusion L3 to sacrum in 2007,
unspecified lower back surgery 2001, cardiac catheterization 2012.

SOCIAL HISTORY:  Patient is currently incarcerated.  He has a history of
tobacco use, history of cocaine and marijuana use.

ALLERGIES:  No known drug allergies.

MEDICATIONS ON ADMISSION:  Amlodipine, enalapril, ibuprofen, metformin,
miconazole powder, vitamin A, baclofen, petroleum ointment, Xopenex,
Tylenol No.3.

HOSPITAL COURSE:  Patient was admitted for a planned 2-stage procedure
on 04/11/2012.  On 04/11/2012, he underwent a pedicle subtraction
osteotomy at L3, posterior osteotomies at T10-T11, T11-T12, T12-L1, and
L1-L2 with revision posterior spinal fusion from T10-S1 with segmental
instrumentation from T10-S1, a left iliac bolt placed through a separate
fascial incision, as well as left iliac crest bone graft performed
through a separate fascial incision with revision laminectomy at L2 and
L3, removal of hardware from L3-S1, exploration of fusion mass, and
removal of prior bone stimulator.  Please see separate dictated
operative report for full details by Dr. Shane Burch.  Patient tolerated
the procedure well.  Given the length of the procedure, the patient's
blood loss during the procedure, as well as his anticipated pain needs
after the procedure, he was admitted to the intensive care unit
overnight and was kept intubated and sedated.  The patient received
preoperative and perioperative antibiotics, as per protocol.  Sequential
compression devices were placed on the patient's bilateral lower
extremities for DVT prophylaxis.  The patient was stable in the ICU
overnight and after discussion with the intensive care team and Dr.

H8

RESULT REVIEW REPORT

NOT FOR PERMANENT STORAGE IN MEDICAL RECORD

Patient: MD98935, Cunningham
MRN: 47823013

Visit: 0020583719

Report Name: Transfer Summary
Result Date/Time: 17Apr12 11:59pm

Report Requested by: BREITBARTH, LINDA

----------------------------------------------------------------

Burch, it was felt that the patient was stable enough to return to the operating room for his planned 2nd-stage procedure on 04/12/2012. The patient was taken back to the operating room by Dr. Burch where he underwent a lateral lumbar interbody fusion from L2-L3 and L3-L4 with cages placed in both disk spaces, as well as anterior fusion from L2-L3 and L3-L4. The patient again tolerated the procedure well. There were no immediate complications, and the patient was taken back to the ICU in stable condition. The patient again received perioperative and postoperative antibiotics as per protocol. The patient was extubated in the ICU after his operation. A drain was placed in the operating room and output was closely monitored. The patient's electrolytes and hematocrit were closely monitored. During his operation, as well as perioperatively, the patient experienced asymptomatic bigeminy. Upon discussion of the ICU team, it was felt that this was a normal postoperative finding and did not require treatment other than monitoring of the patient's electrolytes. Patient remained stable throughout his episodes of bigeminy. The patient became transiently hypotensive in the ICU on postoperative day 2; however, this responded well to volume resuscitation. The patient received several transfusions given his acute blood loss anemia, as well as his tachycardia and hypotension and responded well. He was started on insulin sliding scale postoperatively to control his diabetes. On 04/13/2012, the patient was deemed to be stable out of the intensive care unit and was transferred to the floor. He received another 2 units of packed red blood cell transfusion for acute blood loss anemia. His electrolytes were closely monitored, and his hypokalemia and hypomagnesemia were repleted. He experienced 1 more episode of bigeminy on the floor on 04/14/2012, which was asymptomatic and hemodynamically stable. The medicine team was consulted again and felt that this, again, required no treatment other than management and control of his electrolytes. Patient worked with Occupational and Physical Therapy observing his spinal precautions. He was deemed to be safe for transfer to acute care facility rehabilitation or back to his facility with physical therapy available at the facility on 04/17/2012.

PHYSICAL EXAMINATION ON DISCHARGE: Temperature 36.6, heart rate 50, blood pressure 149/74, respirations 16, saturation 97% on room air. His incision is clean, dry, and intact. His bilateral lower extremities show motor function as follows: Bilateral psoas 4/5, quadriceps 5/5, hamstrings 5/5, tibialis anterior 5/5, gastrocsoleus 5/5, extensor hallucis longus 4/5. Extremities are warm, well perfused with brisk capillary refill. He has 2+ dorsalis pedis pulses. His sensation is intact to light touch in L2-S1 region with the exception of a slight decreased sensation of his bilateral upper thighs in the anterolateral aspect. His posterior and lateral incisions are healing well with no evidence of appearance of erythema or infection.

H9

RESULT REVIEW REPORT
NOT FOR PERMANENT STORAGE IN MEDICAL RECORD

Patient: XD98935, Cunningham        .
MRN: 47823013                    Visit: 0020583719

Report Name:  Transfer  Summary
Result Date/Time: 17Apr12 11:59pm

Report Requested by: BREITBARTH, LINDA
--------------------------------------------------------------------------

ATTENDING PHYSICIAN        Shane Burch, MD 49580

_____

D:    04/17/2012 08:24 A
T:    04/17/2012 10:04 A d81  CS#: 2962094

H10

Saved 2012-04-26T13:33:23Z

# EXHIBIT

# I

# Cunningham, Lorenzo

| MRN | Sex | DOB | Age |
|---|---|---|---|
| 47823013 | Male | 11/04/1962 | 49 |

---

Shane Burch, MD   Physician   **Signed**                    *Progress Notes*   09/24/2012 11:41 PM

Patient has been seen and examined

Agree with note by Dr. Lansdown.

Patient doing well wrt to ambulation. Incision CDI; pain well controlled; CHF now well controlled; post-op xrays acceptable;

Plan for dc to Vacaville med center when transport available

 Will follow up in 6 weeks.

---

Chad Ryan Barylski,   Registered   **Signed**                    *Interdisciplinary*   09/24/2012 5:28 PM
RN   Nurse

Patient discharged to facility. Vital Signs Stable. A&Ox3. Pain is controlled with current regimen. Discharge & Follow Up teaching given to patient, who verbalized understanding. Belongings accounted for. Prescriptions reviewed by Pharmacists. Activity and Restrictions reviewed by PT/OT.

---

Drew Lansdown, MD   Resident   **Signed**   Orthopedics   *D/C Summaries*   09/24/2012 3:11 PM

---

## UCSF MEDICAL CENTER - DISCHARGE SUMMARY

Patient Name: Lorenzo Cunningham
Patient MRN: 47823013
Date of Birth: 11/4/1962

Facility: Parnassus
Attending Physician: Shane Burch, MD

Date of Admission: 9/4/2012
Date of Discharge: 9/24/2012

Admission Diagnosis: Congestive heart failure, spinal hardware failure
Discharge Diagnosis: Same

### History (with chief complaint)

This is a 49 year old man well-known to the Spine service with a history of a revision of his posterior spinal fusion for flat back syndrome in April, 2012. The patient was last seen in clinic on August 23, 2012. On August 18, he felt a pop and acute worsening of his back pain. Radiographs obtained showed a fracture rod. He returned to the prison infirmary for a cardiac work-up in anticipation of a revision of hardware and exploration for a pseudoarthrosis. On September 3, he was log-rolling in bed to position himself to place his TLSO brace. He again felt a pop and an acute worsening in his pain. New radiographs demonstrated bilateral fractured rods. He was transferred at that time to UCSF for further management.

SEP 2 6 2012

## Brief Hospital Course by Problem

Upon admission to the hospital, the patient's pain was controlled with a combination of oral and parenteral medications. On initial assessment, he was found to have significant lower extremity edema, as well as subjective reports of orthopnea. The internal medicine service was consulted for assistance in management. He was diuresed and changes were made to his blood pressure medications to allow for optimization of his general medical condition. Outside records including echocardiograms and EKGs were reviewed. He was maintained on bedrest with bathroom privileges during this time period, with instructions to wear his TLSO when mobilizing to the bathroom. Repeat radiographs demonstrated bilateral rod failure.

The patient had multiple episodes of chest pain, for which several workups for a cardiac origin were conducted. These workups revealed normal cardiac enzymes and unchanged EKGs. It was felt that his pain was likely related to GERD or musculoskeletal in origin.

Operative treatment was scheduled for September 20, 2012. The procedure, as well as the risks and the benefits, were reviewed thoroughly and on multiple occasions with the patient. He expressed understanding and provided written documentation of informed consent.

On September 20, 2012, the patient proceeded to the operating room with Dr. Burch to undergo revision of posterior spinal hardware. Please see Dr. Burch's operative report for further details. The patient tolerated the procedure well and without complications. He was re-admitted to the orthopaedic surgery Spine service for post-operative care.

On routine post-operative evaluation, he was found to be neurologically intact through the lower extremities. His pain was controlled with a PCA initially, and he was soon transitioned to PO medications. He began to mobilize with Physical/Occupational therapy on post-operative day #1. He continued to use his TLSO brace for added stability.

As the patient's pain was well-controlled by post-operative day #3, it was felt that he was appropriate for transfer back to the infirmary. He had made progress with regards to his mobility. A surgical drain was discontinued on POD #3, and his incision was clean, dry and intact. Final radiographs were obtained and reviewed, which demonstrated well-positioned and intact posterior ᵃᵖⁱⁿᵃˡ ʰᵃʳᵈʷᵃʳᵉ.

## Physical Exam at Discharge
BP 122/81 | Pulse 83 | Temp(Src) 37.4 °C (99.3 °F) (Oral) | Resp 18 | Ht 175.3 cm (5' 9.02") | Wt 80.2 kg (176 lb 12.9 oz) | BMI 26.10 kg/m2 | SpO2 99%

Physical Exam
Alert, NAD
Dressing c/d/i
Motor
IP Q H TA GSC EHL
R 5 5 5 5 5 5
L 5 5 5 5 5 5
SILT L2-S2
DP 2+, feet wwp

## Relevant labs, radiology, and other studies
Lab Results

| Component | Value | Date |
|---|---|---|
| WBC Count | 9.1 | 9/23/2012 |
| Hemoglobin | 10.6* | 9/23/2012 |
| Hematocrit | 32.9* | 9/23/2012 |
| MCV | 90 | 9/23/2012 |
| Platelet Count | 160 | 9/23/2012 |

Lab Results

| Component | Value | Date |
|---|---|---|
| NA | 136 | 9/23/2012 |
| K | 4.0 | 9/23/2012 |

09/25/12  15:11:04  11215->  7074696096  exten⌣  .re.com  Page 006
Cunningham,Lorenzo MRN: 47823013  Page 3 of 7

| | | |
|---|---|---|
| CL | 104 | 9/23/2012 |
| CO2 | 27 | 9/23/2012 |
| BUN | 10 | 9/23/2012 |
| CREAT | 0.75 | 9/23/2012 |
| GLU | 137 | 9/23/2012 |

**Radiology Results (last 24 hours)**

| Procedure | Component | Value | Units | Date/Time |
|---|---|---|---|---|
| XR Scoliosis Study [143124774] | | | | Collected:09/23/12 1800 |
| Order Status:Completed | | | | Updated:09/24/12 1104 |

Narrative:
SCOLIOSIS STUDY 9/23/2012 6:00 PM

COMPARISON: 09-23-12 at 10:17 a.m.

CLINICAL HISTORY: hardware loosening?

Impression:
IMPRESSION:

No coronal imbalance. 8.9-cm anterior sagittal imbalance.

Cervical spine: Status post anterior spinal fusion from C4 through C7. No hardware complication. Degenerative disk disease at C3-4.

Thoracic and lumbar spine: Status post revision posterior spinal fusion from T10 to the sacrum with the left iliac bolt. The fractured fixation rods has been repaired. No hardware complication. Pedicle subtraction osteotomy at L3, unchanged from prior exam. The vertebral body heights are maintained.

END OF IMPRESSION:

| | |
|---|---|
| XR Scoliosis Study [143031620] | Collected:09/23/12 1027 |
| Order Status:Completed | Updated:09/24/12 1037 |

Narrative:
SCOLIOSIS STUDY 9/23/2012 10:27 AM

COMPARISON: 08-03-12

CLINICAL HISTORY: s/p revision PSF

Impression:
IMPRESSION:

No coronal imbalance. 4.4-cm anterior sagittal imbalance.

Cervical spine: Status post anterior fusion from C4 through C7

$I3$

SEP 2 6 2012  9/25/2012
Saved 2012-10-19T20:52:57Z

No hardware complication. Degenerative disk disease at C3-4.

Thoracic and lumbar spine: Status post revision posterior spinal
fusion from T10 to the sacrum with a left iliac bolt. The
fractured fixation rods have been repaired. No hardware
complication. Pedicle subtraction osteotomy at L3, unchanged
from prior exam. The vertebral body heights are maintained.

END OF IMPRESSION:


**Allergies and Medications at Discharge**
No Known Allergies
**Your Medications at the End of This Hospitalization**

|  | Disp | Refills | Start | End |
|---|---|---|---|---|

**baclofen (LIORESAL) 10 mg**
**tablet**
  Sig - Route: Take 10 mg by mouth 3 (three) times daily.  - Oral
  Class: Historical Med
**dicyclomine (BENTYL) 20 mg**
**tablet**
  Sig - Route: Take 20 mg by mouth every 8 (eight) hours as needed.  - Oral
  Class: Historical Med
**enalapril (VASOTEC) 10 mg**
**tablet**
  Sig - Route: Take 10 mg by mouth Daily.  - Oral
  Class: Historical Med
**furosemide (LASIX) 40 mg tablet**
  Sig - Route: Take 40 mg by mouth every morning.  - Oral
  Class: Historical Med
**levalbuterol (XOPENEX HFA) 45**
**mcg/actuation inhaler**
  Sig - Route: Inhale 1-2 puffs into the lungs every 6 (six) hours as needed.  - Inhalation
  Class: Historical Med
**miconazole (MICOTIN) 2 %**
**powder**
  Sig - Route: Apply topically 2 (two) times daily. Use as instructed  - Topical
  Class: Historical Med
**morphine (MS CONTIN) 15 mg 12**
**hr tablet**
  Sig - Route: Take 15 mg by mouth 3 (three) times daily with meals.  - Oral
  Class: Historical Med
**morphine (MS CONTIN) 30 mg 12**
**hr tablet**
  Sig - Route: Take 30 mg by mouth 3 (three) times daily with meals.  - Oral
  Class: Historical Med
**naphazoline-pheniramine**
**(NAPHCON-A) 0.025-0.3 %**
**ophthalmic solution**
  Sig - Route: Place 1 drop into both eyes 2 (two) times daily as needed.  - Both Eyes
  Class: Historical Med
**potassium chloride (KDUR;**
**KLOR-CON) 10 mEq CR tablet**
  Sig - Route: Take 10 mEq by mouth every morning.  - Oral
  Class: Historical Med

SEP 2 6 2012

$\mathcal{I}^4$

docusate sodium (COLACE) 250                                    9/24/2012
mg capsule
    Sig - Route: Take 1 capsule (250 mg total) by mouth Twice a day. - Oral
    Class: No Print
ferrous sulfate 325 mg (65 mg                                  9/24/2012
Iron) tablet
    Sig - Route: Take 1 tablet (325 mg total) by mouth 3 (three) times daily with meals. - Oral
    Class: No Print
hydrocortisone 1 % cream                                       9/24/2012
    Sig: Apply twice daily as needed for itching.
    Class: No Print
metoprolol tartrate                                            9/24/2012
(LOPRESSOR) 25 mg tablet
    Sig - Route: Take 1 tablet (25 mg total) by mouth 2 (two) times daily. - Oral
    Class: No Print
morphine (MSIR) 15 mg tablet                                   9/24/2012
    Sig - Route: Take 1-2 tablets (15-30 mg total) by mouth every 4 (four) hours as needed
    for Pain. - Oral
    Class: No Print
multivitamin tablet                                            9/24/2012
    Sig - Route: Take 1 tablet by mouth Daily. - Oral
    Class: No Print
polyethylene glycol (MIRALAX)                                  9/24/2012
17 gram packet
    Sig - Route: Take 1 packet (17 g total) by mouth Daily. - Oral
    Class: No Print
senna (SENOKOT) 8.6 mg tablet                                  9/24/2012
    Sig - Route: Take 1 tablet (8.6 mg total) by mouth 2 (two) times daily. - Oral
    Class: No Print

## Follow-up Plans
I have reviewed the Pending Labs, Microbiology, Pathology and Radiology in the medical record and
this patient has no pending tests or abnormal radiology requiring follow up.

Outside Follow-up
The patient should follow up with his outpatient cardiologist for continued care of his congestive heart
failure.

Booked UCSF Appointments
No future appointments.

Pending UCSF Referrals

Case Management Services Arranged
Case Management Services Arranged: (all recorded)
    Outside Services Arranged For You
        Row Name
        Agency/Facility
            Name of facility                  --
            Street address                     --
            Address city, state, zip           --
            Phone number                       --
            Fax number                         --
            Authorization #                    --
            MD to MD discussion completed      No

09/25/12 15:12:04          211215->          7074696096  exten~~~ ~re.com       Page 009
        Cunningham,Lorenzo MRN: 47823013                                         Page 6 of 7

        RN to RN report phone number          --
        Services Arranged                     Physical Therapy
        Start Date for Services               --
        Additional Instructions               --

### Discharge Assessment
Condition at discharge:  good
Final Discharge Disposition: Jail/Prison (prison infirmary )

Functional Assessment at Discharge/Activity Goals
Patient has the following activity limits: TLSO when out of bed, no bending/lifting/twisting until further
cleared by the Spine Center

### Primary Care Physician
Manuel Allen Sabin, II, MD, MD
Phone: 707-448-6841
Fax: 707-469-6038

### Signed,
Drew Lansdown, MD
9/24/2012

Routing History...

| Date/Time | From | To | | Method |
|-----------|------|-----|---|--------|
| 09/24/2012 3.20 PM | Drew Lansdown, MD | Manuel Allen Sabin II, MD | Fax | |

| Lauren Hackney, MD | Resident | **Signed** | Orthopedics | *Progress Notes* | 09/23/2012 8:56 AM |
|---|---|---|---|---|---|

Ortho Spine Progress Note

S: Pain continues to be well controlled. No new complaints.
O:
Vitals:

| Range (24 hours) | Current |
|------------------|---------|
| Temp Min: 36.5 °C (97.7 °F)  Max: 37.1 °C (98.8 °F) | 36.7 °C (98.1 °F) |
| Pulse Min: 63  Max: 91 | 63 |
| BP Min: 109/74 Max: 135/92 | 110/76 mmHg |
| Resp Min: 18  Max: 20 | 19 |
| SpO2 Min: 96 % Max. 98 % | 96 % |

Alert, NAD
Dressing c/d/i
Drain in place, d/c'd
Incision healing well, staples in place, no active drainage, no surrounding erythema or
induration.
Motor

|   | IP | Q | H | TA | GSC | EHL |
|---|----|----|----|----|-----|-----|
| R | 5  | 5 | 5 | 5  | 5   | 5   |

SEP 2 6 2012

9/25/2012
Saved 2012-10-19T20:52:57Z

09/25/12 15:12:20        ⌐ _.1215->        7074696096  extenc⌐ ⌐.e.com        Page 010
          Cunningham,Lorenzo MRN: 47823013                                       Page 7 of 7


L       5       5       5       5       5       5
SILT L2-S2
DP 2+, feet wwp

Labs:

Recent Labs
Basename              09/23/12 0400        09/21/12 0355        09/20/12 1839
  WBC                 9.1                  10.9*                6.7|6.7
  HGB                 10.6*                11.6*                12.1*|12.1*
  HCT                 32.9*                35.6*                37.6*|37.6*
  PLT                 160                  156                  130*|130*
Recent Labs
Basename              09/23/12 0400        09/21/12 0355        09/20/12 1839
  NA                  136                  136                  140
  K                   4.0                  4.4                  4.2
  CL                  104                  104                  108
  CO2                 27                   26                   24
  BUN                 10                   13                   15
  CREAT               0.75                 0.78                 0.77
  GLU                 137                  138                  103
  MG                  1.7*                 1.8*                 1.6*
  CA                  8.4*                 8.6*                 9.1
No results found for this basename: INR:3,PROTIME:3,PTT:3 in the last 72 hours

A: 49 y.o. male s/p revision of posterior spinal hardware on 9/20/12. Recovering well currently.
P:
pain: continue oral pain medications
abx: routine postop
activity: no bending, twisting, heavy lifting
brace. TLSO
ppx: SCD's, mobilize, No enox
standing x-rays today
Continue PT/OT

dispo: tomorrow
Will need outpatient follow-up with cardiology.


SEP 2 6 2012

**UCSF Medical Center**

**UCSF Benioff Children's Hospital**

VIRTUAL CLINICAL DEPS          CUNNINGHAM,LORENZO
505 Parnassus                          MRN: 47823013
San Francisco, CA 94143-2202 DOB: 11/4/1962, Sex: M
OT Adult Day by Day              Adm:9/4/2012, D/C:

## OT Comprehensive Navigator

| Row Name | 09/21/12 1055 |
|---|---|
| **Brace/Orthotic/Prosthetic** | |
| Requires Brace/Orthotic/Prosthetic | Yes -MO |
| | 09/21/12 1414 |
| Spinal/Trunk Brace | TLSO -MO |
| | 09/21/12 1414 |
| Brace/Orthotics Comment | for comfort only -MO |
| | 09/21/12 1414 |
| **Precautions** | |
| Orthopedic/Spine Precautions | Thoracic precautions;Lumbar precautions;Sacral precautions -MO |
| | 09/21/12 1404 |
| General Precautions | Universal precautions -MO |
| | 09/21/12 1404 |
| **Prior Living Environment** | |
| Prior Living Environment Comments | pt is incarcerated -MO |
| | 09/21/12 1406 |
| **Equipment** | |
| Patient Owned Equipment | Wheelchair-manual -MO |
| | 09/21/12 1406 |
| Equipment Comments | pt able to push w/c short distances as a FWW, otherwise propells w/c -MO |
| | 09/21/12 1406 |
| **Currently in Pain** | |
| Currently in Pain | Yes -MO |
| | 09/21/12 1407 |
| Pain Location | Lumbar spine;Thoracic spine;Leg;Bilateral -MO |
| | 09/21/12 1407 |
| **Numeric Pain Scale** | |
| Pain Level Upon Arrival | 6 -MO |
| | 09/21/12 1407 |
| Highest Pain Level During Therapy | 8 -MO |
| | 09/21/12 1407 |
| Pain Level End of Therapy | 7 -MO |
| | 09/21/12 1407 |
| **Pain Intervention** | |
| Pain Intervention Provided During Therapy Session | Notified RN;Pre-medicated by RN -MO |
| | 09/21/12 1407 |
| Effectiveness of Therapy Pain Intervention | Partially effective -MO |
| | 09/21/12 1407 |
| **Patient Response to Activity** | |
| Patient Response to Activity | Asymptomatic -MO |
| | 09/21/12 1408 |
| Row Name | 09/21/12 1056 |
| **Vital Signs Comments** | |
| Vital Signs Comments | after ambulation -MO |
| | 09/21/12 1408 |
| Row Name | 09/22/12 0915 |
| **General** | |
| OT Charting Type | Initial Evaluation -DG |
| | 09/22/12 1320 |
| **Brace/Orthotic/Prosthetic** | |
| Requires Brace/Orthotic/Prosthetic | Yes -DG |
| | 09/22/12 1320 |
| Spinal/Trunk Brace | TLSO -DG |
| | 09/22/12 1320 |

**Prior Living Environment**
Type of Residence

Prior Living Environment Comments

**Equipment**
Patient Owned Equipment

**Prior Function Basic**
Bath

Dressing

Grooming

Feeding

**Current Areas of Occupation Basic**
Upper Body Dressing

Where Assessed - Upper Body Dressing

Lower Body Dressing

Where Assessed - Lower Body Dressing

Self Feeding

Toileting level of assist

Where Assessed - Toileting

**Functional Transfers**
Transfer to

Transfer Level of Assistance

Transfer - Technique

**Grooming and Light Hygiene**
Grooming and Light Hygiene

**Pain Prior to Admit**
Pain prior to Admit

**Currently in Pain**
Currently in Pain

Other Pain Descriptor/Comments

**Pain Intervention**
Effectiveness of Therapy Pain Intervention

**Communication**
Communication

**Cognition**
Overall Cognitive Status

Orientation Level

-- -DG
pt is in jail
09/22/12 1325
pt in jail -DG
09/22/12 1325

None -DG
09/22/12 1325

Independent -DG
09/22/12 1325
Independent -DG
09/22/12 1325
Independent -DG
09/22/12 1325
Independent -DG
09/22/12 1325

Minimal assistance -DG
09/22/12 1327
Edge of bed -DG
09/22/12 1327
Minimal assistance -DG
09/22/12 1327
Edge of bed -DG
09/22/12 1327
Independent -DG
09/22/12 1327
Contact guard assistance -DG
09/22/12 1327
Toilet -DG
09/22/12 1327

Bed;Sit;Stand -DG
09/22/12 1327
Supervision/safety -DG
09/22/12 1327
Stand pivot -DG
09/22/12 1327

Set up -DG
09/22/12 1327

Yes -DG
09/22/12 1329

Yes -DG
09/22/12 1329
7/10 pain, incisional, pt rn notified and
received meds -DG
09/22/12 1329

Effective -DG
09/22/12 1329

Verbal Intact -DG
09/22/12 1332

WFL's -DG
09/22/12 1332
Oriented X4 -DG
09/22/12 1332

Arousal/Alertness

Attention Span

Memory

Follow Commands

Safety Judgement

## Occupational Therapy Assessment
OT Referral Received

Diagnosis and brief medical history Comment

Current maximal level of assist needed

Occupational Therapy Assessment Summary

Appropriate responses to stimuli -DG
09/22/12 1332
WFL's -DG
09/22/12 1332
WFL's -DG
09/22/12 1332
WFL's -DG
09/22/12 1332
Good awareness of safety precautions -DG
09/22/12 1332

Eval and Treat -DG
09/22/12 1337
This is a 49 year old man well-known to the
Spine service with a history of a revision of
his posterior spinal fusion for flat back
syndrome in April, 2012. The patient was last
seen in clinic on August 23, 2012. On August 18,
he felt a pop and acute worsening of his back
pain. Radiographs obtained showed a fracture rod.
He returned to the prison infirmary for a
cardiac work-up in anticipation of a revision of
hardware and exploration for a pseudoarthrosis.
On September 3, he was log-rolling in bed to
position himself to place his TLSO brace. He
again felt a pop and an acute worsening in his
pain. New radiographs demonstrated bilateral
fractured rods. He was transferred at that time
to UCSF for further management. He is currently
incarsertated and willl be retruning when
medically able. He currently is moving slowly
with increased labor and effort requiring min
assist for supine<>sit and min assist for LB
dressing but able to peform standing adl as in
grooming hygiene at the sink while standing with
set up and was able to peform functional
mobility up to 100' with multiple standing rest
breaks. Would expect at least another day or
two of therapy here at UC. -DG
09/22/12 1353
Contact guard assist -DG
09/22/12 1344
This is a 49 year old man well-known to the
Spine service with a history of a revision of
his posterior spinal fusion for flat back
syndrome in April, 2012. The patient was last
seen in clinic on August 23, 2012. On August 18,
he felt a pop and acute worsening of his back
pain. Radiographs obtained showed a fracture rod.
He returned to the prison infirmary for a
cardiac work-up in anticipation of a revision of
hardware and exploration for a pseudoarthrosis.
On September 3, he was log-rolling in bed to
position himself to place his TLSO brace. He
again felt a pop and an acute worsening in his
pain. New radiographs demonstrated bilateral
fractured rods. He was transferred at that time
to UCSF for further management. He is currently
incarsertated and willl be retruning when
medically able. He currently is moving slowly
with increased labor and effort requiring min
assist for supine<>sit and min assist for LB
dressing but able to peform standing adl as in
grooming hygiene at the sink while standing with
set up and was able to peform functional
mobility up to 100' with multiple standing rest

Planned OT Interventions

OT Prognosis for Goals

OT Frequency

**Discharge Recommendations**
Anticipated Discharge Disposition

Condition(s) for Discharge Disposition

Anticipated Assistance Available at Discharge

Barriers to Discharge

Patients current functional ability appropriate for D/C recommendations
Discharge Recommendations Comments

**Discharge DME Needs**
Discharge DME Recommendations

Row Name
**Currently in Pain**
Currently in Pain

Pain Location

Other Pain Descriptor/Comments

**Numeric Pain Scale**
Pain Level Upon Arrival

Highest Pain Level During Therapy

Pain Level End of Therapy

**Pain Intervention**
Pain Intervention Provided During Therapy Session

Effectiveness of Therapy Pain Intervention

**Patient Response to Activity**
Patient Response to Activity

Row Name
**General**
OT Charting Type

Subjective Report

**Brace/Orthotic/Prosthetic**
Requires Brace/Orthotic/Prosthetic

**Current Areas of Occupation Basic**
Lower Body Dressing

Where Assessed - Lower Body Dressing

breaks. Would expect at least another day or two of therapy here at UC. -DG
09/22/12 1353
Activities of Daily Living retraining;Assistive/ Adaptive device training -DG
09/22/12 1353
Excellent -DG
09/22/12 1353
2x/wk -DG
09/22/12 1353

Return to prior living disposition -DG
09/22/12 1353
When therapy goals met;When medically stable -DG
09/22/12 1353
None -DG
09/22/12 1353
None -DG
09/22/12 1353
Yes -DG
09/22/12 1353
back to prior living situation -DG
09/22/12 1353

No Occupational Therapy DME needs -DG
09/22/12 1353
09/22/12 1530

Yes -DW
09/22/12 1646
Lumbar spine;Thoracic spine -DW
09/22/12 1646
c/o pains inside and up front -DW
09/22/12 1646

6 -DW
09/22/12 1646
8 -DW
09/22/12 1646
7 -DW
09/22/12 1646

Pre-medicated by RN -DW
09/22/12 1646
Effective -DW
09/22/12 1646

Asymptomatic -DW
09/22/12 1646
09/23/12 1245

Treatment -MK
09/23/12 1331
"I've had this surgery before so I have everything I need" -MK
09/23/12 1331

Yes -MK
09/23/12 1331

Minimal assistance -MK
09/23/12 1333
Edge of bed -MK

Self Feeding

Where Assessed - Self Feeding

**Functional Transfers**
Transfer from

Transfer to

Transfer Level of Assistance

**Grooming and Light Hygiene**
Grooming and Light Hygiene

Where Assessed

**Currently in Pain**
Currently in Pain

Other Pain Descriptor/Comments

**Communication**
Communication

**Cognition**
Overall Cognitive Status

Orientation Level

Arousal/Alertness

Attention Span

Memory

Follow Commands

Safety Judgement

**Upper Extremity and Hand Function BASIC**
Hand Dominance

RUE PROM

LUE PROM

RUE AROM

LUE AROM

RUE Strength

LUE Strength

Right Gross Grasp

Left Gross Grasp

RUE Coordination

LUE Coordination

09/23/12 1333
Set up -MK
09/23/12 1333
Edge of bed -MK
09/23/12 1333

Sit -MK
09/23/12 1333
Stand -MK
09/23/12 1333
Contact guard -MK
09/23/12 1333

Set up -MK
09/23/12 1333
Bed level -MK
09/23/12 1333

Yes -MK
09/23/12 1333
pain throughout torso -MK
09/23/12 1333

Verbal Intact -MK
09/23/12 1334

WFL's -MK
09/23/12 1334
Oriented X4 -MK
09/23/12 1334
Appropriate responses to stimuli -MK
09/23/12 1334
WFL's -MK
09/23/12 1334
WFL's -MK
09/23/12 1334
WFL's -MK
09/23/12 1334
Good awareness of safety precautions -MK
09/23/12 1334

Right -MK
09/23/12 1335
Within Normal Limits -MK
09/23/12 1335
Within Normal Limits -MK
09/23/12 1335
Within Normal Limits -MK
09/23/12 1335
Within Normal Limits -MK
09/23/12 1335
Within Normal Limits -MK
09/23/12 1335
Within Normal Limits -MK
09/23/12 1335
Within Normal Limits -MK
09/23/12 1335
Within Normal Limits -MK
09/23/12 1335
Within Normal Limits -MK
09/23/12 1335
Within Normal Limits -MK
09/23/12 1335

## Occupational Therapy Assessment
OT Referral Received

Eval and Treat -MK
09/23/12 1341

## OT Follow-up Assessment
Current OT Assessment/Plan of Care still applicable

Yes (continue with POC) -MK
09/23/12 1341

Follow-up Assessment

Continue current POC -MK
09/23/12 1341

OT Follow-Up Assessment Comment

Pt presents with a decline in occupational
participation 2/2 pain, edema in bilateral LE
and spinal precautions. Pt was able to don and
dof his sock with min A using AE today. Pt
states he has AE at his facility from a previous
surgery. Pt is now mod I for bed mob and
contact guard for sit <>stand from the EOB. Pt
is SBA for fxl mob in small spaces.\ using a FWW.
d/c back to the facility when medically stable.
-MK
09/23/12 1341

## Discharge Recommendations
Anticipated Discharge Disposition

Return to prior living disposition -MK
09/23/12 1341

Condition(s) for Discharge Disposition

When medically stable -MK
09/23/12 1341

## Discharge DME Needs
Discharge DME Recommendations

No Occupational Therapy DME needs -MK
09/23/12 1341
09/23/12 1455

Row Name
## Currently in Pain
Currently in Pain

Yes -JK (r) JJ (t) JK (c)
09/24/12 0826

Pain Location

Abdomen;Thoracic spine;Lumbar spine -JK (r) JJ
(t) JK (c)
09/24/12 0826

## Numeric Pain Scale
Pain Level Upon Arrival

7 -JK (r) JJ (t) JK (c)
09/24/12 0826

Highest Pain Level During Therapy

7 -JK (r) JJ (t) JK (c)
09/24/12 0826

Pain Level End of Therapy

7 -JK (r) JJ (t) JK (c)
09/24/12 0826

## Pain Intervention
Pain Intervention Provided During Therapy Session

Notified RN -JK (r) JJ (t) JK (c)
09/24/12 0826

Effectiveness of Therapy Pain Intervention

Partially effective -JK (r) JJ (t) JK (c)
09/24/12 0826

## Patient Response to Activity
Patient Response to Activity

Asymptomatic -JK (r) JJ (t) JK (c)
09/24/12 0826

User Key

(r) = User Recd, (t) = User Taken, (c) = User
Cosigned

| Initials | Name | Effective Dates |
|---|---|---|
| DG | Daniel Feliciano Ganoza, OT | 09/11/12 - |
| JK | James Fredrick Krueger, PT | 09/12/12 - |
| MK | Margaret Ruth Kuffel, OT | 08/23/12 - |
| MO | Michelle R. Oberst, PT | 09/12/12 - |
| DW | Debra Lynn Wilson, PT | 11/04/10 - |
| JJ | Jim Jocoy, PTA | 09/12/12 - |

# EXHIBIT
# J

11/2/2012

**RE: Lorenzo Cunningham**
**MRN:47823013  DOB: 11/4/1962**
**VISIT NUMBER:**

<u>REASON FOR VISIT</u>
6 MONTH POST-OP VISIT WITH XRAY

<u>SURGICAL DIAGNOSIS</u>
FLATBACK SYNDROME

NOV 0 2 2012

<u>PRIOR PROCEDURES</u>
REVISION PSF T10-ILIUM 9/20/2012
PSF T10-S1 WITH PEDICLE SUBTRACTION OSTEOTOMY AT L3, REMOVAL OF BONE
STIMULATOR AND BIOPSY OF ILIAC CREST  4/12/2012

<u>CHIEF COMPLAINT</u>
He presents with the following:
AXIAL LUMBAR PAIN

<u>HISTORY OF PRESENT ILLNESS</u>
The patient is a very pleasant 50 year old male who returns for follow up. PT IS 6 WEEKS out from
surgery for fractured rod. His pain is controlled with his meds. He comes i wearing his TLSO. He notes
that he wears this at all times, except for bathing and sleeping. His leg symptoms are  much better as well.
His right leg pain is rated as 0/10.Left leg pain is rated as 0/10. His back pain is rated as 6/10.

<u>CURRENT PAIN MEDICATIONS</u>
MORPHINE SULFATE
BACLOFEN

<u>ALLERGIES</u>
NO ALLERGIES

<u>PHYSICAL EXAM</u>
The patient was pleasant and appeared the stated age. Lorenzo's affect appeared normal. The patient was
not in any acute distress throughout the encounter and the respirations were between 12-15 breaths per
minute.
The patient appeared to have normal coronal and sagittal balance without evidence of trunk assymetry and
no prominences were identified. The shoulders and pelvis appeared level and the patient had a normal chin
brow angle.
The skin over the spine and trunk was examined. There was no apparent signs of infection or trauma. No
masses were seen or palpated. The incision appears clean and dry.

**MOTOR R/L:**
deltoid 5/5, biceps 5/5, triceps 5/5, FDP III  5/5, abductor digiti minimi 5/5. iliopsoas 5/5, qaudriceps 5/5, tibialis anterior 5/5, extensor hallucis longus 5/5, gastroc-soleus 5/5.

**SENSORY R/L:**
C5 normal/normal, C6 normal/normal, C7normal/normal, C8 normal/normal, T1 normal/normal. L2 normal/normal, L3 normal/normal, L4 normal/normal, L5 normal/normal, S1 normal/normal.

**REFLEXES R/L:**
biceps 1+ / 1+, brachioradialis 1+ / 1+, triceps 1+ / 1+, Hoffman's absent / absent. patellar 1+ / 1+, ankle 1+ / 1+, Babinski absent / absent.

IMAGING
During the encounter the results of the AP/LAT full spine XRAY were reviewed. The spine is well aligned. The instrumentation is intact. The fusion appears to be progressing.

PLAN
I currently recommend the following for Lorenzo:
PHYSICAL THERAPY                                    NOV 0 2 2012

SUMMARY
He has a diagnosis of flatback syndrome. He is 6 weeks from his rod exchange. He is progressing as expected. We will follow-up in 6 weeks. He is to continue his PT. He will also benefit from an orthopedic bed for the next 6 weeks. I feel that Lorenzo will benefit from physical therapy.

Sincerely Yours,

Shane Burch, MD, MSc, FRCS(C)
Spine Surgeon
Assistant Professor in Residence
Dept. Orthopedic Surgery
UCSF Medical Center

Seen by Tod Lansford, MD Not Digitally Signed

RE: Lorenzo Cunningham

47823013

**UCSF Outpatient Referral:**

**AMB REFERRAL TO PHYSICAL THERAPY**
**(Order# 143124802)**

## Patient Demographics

| Patient Name | Sex | DOB | SSN | Address | Phone |
|---|---|---|---|---|---|
| Cunningham, Lorenzo | Male | 11/4/1962 | xxx-xx-8888 | P O BOX 2000 | 707-448-6841 (Home) |
| | | | | VACAVILLE CA 95696-2000 | |

## Referral Information

Facility
PARN - MEDICAL BLDG 1 - 400 PARNASSUS AVE

Type
External Referral

## Comments

isometric strengthening lumbar/cervical spine
core strengthening
active cervical / lumbar stretching
cardiac conditioning

3x week for 6 weeks

## Referred from Department

| Name | Address | Phone | Fax |
|---|---|---|---|
| UCSF Spine Center | 400 PARNASSUS AVE, 3rd Floor San Francisco CA 94143-2202 | 866-817-7463 | 415-353-4047 |

## Associated Diagnoses

**Scoliosis (and kyphoscoliosis), idiopathic [737.30] - Primary**

**Adult degenerative scoliosis [737.30]**

**S/P posterior spinal fusion [V45.4]**

## Order Questions

| Question | Answer | Comment |
|---|---|---|
| **Reason for Referral?** | **s/p revision fusion thoracolumbar fusion** | |

## Electronically Signed By:

Electronically Authorized By
Todd J Lansford, MD

Electronically Ordered By
Todd J Lansford, MD



UCSF Medical Center
Spine Center

**47823013** **Lorenzo Cunningham** **11/2/2012**

FRONT BACK

R L L R

NOV 0 2 2012

J⁴

OPERATING ROOM IMPLANT RECORD

**UCSF Medical Center**

**IMPLANT RECORD**
Operating Room Services

Scrub #2: 

Surgeon(s): 

Circulator #2: 

DATE: 4-11-12     TIME:

Procedure: Tib-Sp PSF revision

System Used / Tray ID#:

Materials Used in Graft Preparation:

DESCR: Grafton® MATRIX
2.5cm x 10cm
A42200  2014-08  OTSC10934174036
OSTEOTECH  EATONTOWN, NJ 07724 (800) 468-4005
OTS06 Rev 8

QA CHECKS:
PKG ☑ TEMP ☑ EXP ☑

| Manufacturer | Catalogue/Model # | Lot/Serial # | Description | Size | Implant | Waste | Explanted | Site | SMDA |
|---|---|---|---|---|---|---|---|---|---|
| MTF | 450177 | 0031105365009 | Cort/cane granules | 9cc | 1 | | | | |
| Medtronic | 55840006540 | | screw | 6.5x40 | 6 | | | PSF Spine | |
| " | 5584000655 | | screw | 6.5x45 | 4 | | | | |
| " | 558400075H5 | | screw | 7.5x45 | 4 | | | | |
| " | 5584000855 | | screw | 8.5x50 | 2 | | | | |
| " | 5540030 | | set screw | | 22 | 6 | | | |
| " | 1606000500 | | rod | 6.0 | 2 | | | | |
| " | 20468570 | | iliac screw | 8.5x70 | 1 | | | | |
| " | 2048855 | | iliac set screw | | 2 | | | | |
| " | 7041420 | | connectors | | 20 | | | | |

Musculoskeletal Transplant Foundation
Exp Date: 23.Jul.2016
ITEM:   45077    SERIAL No: 0831105565106B
DESC: Cortical/Cancellous Granules, 90cc

J 6

MS-20A (Rev. 08/00) WHITE ORIGINAL-MEDICAL RECORD COPY, YELLOW-IMPLANT COORDINATOR COPY, PINK-CHARGEE FORM COPY (FOR 0) RE-LOGGING)

## UCSF Medical Center

**IMPLANT RECORD**
Operating Room Services

| | |
|---|---|
| Scrub #1: | Galcos |
| Scrub #2: | |
| Circulator #1: | Snyder |
| Circulator #2: | |
| Surgeon(s): | Burch |
| Procedure: | XLIF L2-L4 |

DATE: 4/10/12   TIME: 0900

QA CHECKS:
PKG ☒  TEMP ☒  EXP ☒

System Used / Tray ID#:

Materials Used in Graft Preparation:

**Patient Plate Imprint:**

MEDICAL RECORD NUMBER

PT. NAME  478 23 01-3
N099935,CUNNINGHAM
DOB  11/04/1962
BIRTHDATE 20563119ADA DT 04/11/2012
IP
49
M

| Manufacturer | Catalogue/Model # | Lot/Serial # | Description | Size | Implant | Waste | Explanted | Site |
|---|---|---|---|---|---|---|---|---|
| OSTEOCEL plus  Cellular Bone Matrix 10cc  Serial No: 115349568  Reorder No: 5013010  Expiration: 27/Aug/2016  www.nuvasive.com  800-475-9131     9400620 | | | | | | | | Lumbar Spine |
| Nuvasive | 6310855 | | CoResnt XL Cage | 10x18xSS | 1 | | | |
| | 6981255 | | CoResnt XL Cage | 12x18xSS | 1 | | | |

**OPERATING ROOM IMPLANT RECORD**

# EXHIBIT K

Cunningham, Lorenzo (MI ...../823013)

Encounter Date: 09/20/2013

D98935

## Progress Notes

Lorenzo Cunningham (MR# 47823013)

### Progress Notes Info

| Author | Note Status | Last Update User | Last Update Date/Time |
|---|---|---|---|
| Shane Burch, MD | Signed | Shane Burch, MD | 9/23/2013 11:28 AM |

### Progress Notes

RE: Lorenzo Cunningham
MRN: 47823013
DATE OF BIRTH: 11/4/1962
VISIT TYPE: POST-OP

### REASON FOR VISIT
12 MONTH POST-OP VISIT WITH XRAY

### SURGICAL DIAGNOSIS
FLATBACK SYNDROME

### PRIOR PROCEDURES
REVISION PSF T10-ILIUM 9/20/2012
PSF T10-S1 WITH PEDICLE SUBTRACTION OSTEOTOMY AT L3, REMOVAL OF BONE
STIMULATOR AND BIOPSY OF ILIAC CREST 4/12/2012

This note documents a shared visit for services provided by Shane Burch, MD and Greg James, PA.

### HISTORY OF PRESENT ILLNESS
Lorenzo was here for a post-operative visit. He is now 1 year after his revision PSF for hardware failure following a circumferential ASF/PSF with PSO. He continues to have back pain without leg pain.

He complains that the rods in his back are too stiff and that he cannot turn in bed at night. For that reason he wishes me to remove the instrumentation.From the response to the EQ5D questionnaire there are some difficulties with getting around and there are no problems with self care. There are some difficulties with usual activities and there is severe pain. Mild anxiety / depression is reported. He reports overall global health as 84/100. Right sided arm pain is rated as 4/10. Left sided arm pain is rated as 5/10. His right leg pain is rated as 0/10.Left leg pain is rated as 0/10. Neck pain is rated as 1/10. His back pain is rated as 8/10. Lorenzo is able to walk between 10 and 20 minutes. Lorenzo reports normal bowel control. The patient reports normal bladder control. Non-operative therapies have been used and include Narcotic Pain Medications / Physical Therapy since the last visit for pain control and functional improvement. Overall improvement is rated as 0.

### CURRENT PAIN MEDICATIONS
METHADONE
IBUPROFEN
TYLENOL W/CODEINE

### OTHER MEDICATIONS:
REVIEWED

### ALLERGIES

KI

Cunningham, Lorenzo (MR # /823013)

Encounter Date: 09/20/2013

D98935
11-4-62

NO ALLERGIES

SOCIAL HISTORY
Working status: permanent disability. Lorenzo denies the use of tobacco.

REVIEW OF SYSTEMS
CONSTITUTIONAL SYMPTOMS; MALAISE
HEAD AND NECK; NO SYMPTOMS
CARDIOVASCULAR: NO SYMPTOMS
PULMONARY: NO SYMPTOMS
GI: NO SYMPTOMS
GU: NO SYMPTOMS
MSK: BACK PAIN / NECK PAIN / ARM PAIN
NERVOUS SYSTEM: NO SYMPTOMS

PHYSICAL EXAM
The patient was pleasant and appeared the stated age. Lorenzo's affect appeared normal. The
patient was not in any acute distress throughout the encounter and the respirations were between
12-15 breaths per minute.
The incision appears clean and dry.

MOTOR R/L:
iliopsoas 5/5, qaudriceps 5/5, tibialis anterior 5/5, extensor hallucis longus 5/5, gastroc-soleus 5/5.

SENSORY R/L:
L2 normal/normal, L3 normal/normal, L4 normal/normal, L5 normal/normal, S1 normal/normal.

REFLEXES R/L:
patellar 1+ / 1+, ankle 1+ / 1+, Babinski absent / absent.

IMAGING
During the encounter the results of the AP/LAT full spine XRAY were reviewed. The spine is well
aligned. The instrumentation is intact.

PLAN
2 YEAR POST-OP VISIT WITH XRAY

HRQOL OUTCOMES:
Lorenzo filled out the EQ5D VAS and EQ5D survey, the results of which are as follows: EQ5D-VAS,
84 EQ5D UTILITY SCORE, 0.397.

SUMMARY
I have annotated the AHP's note documented above. He has a diagnosis of flatback syndrome. He
is status post REVISION PSF T10-ILIUM 9/20/2012. He reports that since the last encounter he has
noticed a zero percent change in his overall condition. In my opinion it would be remiss to remove
his instrumentation. Although his xrays show the fusion progressing if the instrumentation was to be
removed the PSO site would most likely fail.
He appeared frustrated by this discussion and I have encouraged him to seek a second opinion
regarding this. Certainly in my hands I do not think removal of instrumentation would be a wise
choice for him as it would not improve the symptoms he is experiencing. Below is a graphic
representation of how severe his leg pain was before and after surgery including the revision

Cunningham, Lorenzo (MR# 823013)

Encounter Date: 09/20/2013

D98935
11-4-62

procedure he underwent.



## LEG PAIN

Other Encounter Related Information

Allergies & Medications

Problem List

History

K3

Cunningham, Lorenzo (M... /823013)

D98935
11-4-62

## Result Information

Status (Last updated Date/Time)
Abnormal  Final result (9/20/2012 7:38 PM)

Accession #
H38046_20120920173200

## Component Results

| Component | Value | Range & Units | Status |
|---|---|---|---|
| WBC Count | 6.7 | 3.4 - 10 x10E9/L | Final |
| RBC Count | 4.21 (L) | 4.4 - 5.9 x10E12/L | Final |
| Hemoglobin | 12.1 (L) | 13.6 - 17.5 g/dL | Final |
| Hematocrit | 37.6 (L) | 41 - 53 % | Final |
| MCV | 89 | 80 - 100 fL | Final |
| MCH | 28.7 | 26 - 34 pg | Final |
| MCHC | 32.2 | 31 - 36 g/dL | Final |
| Platelet Count | 130 (L) | 140 - 450 x10E9/L | Final |

## Order-Level Documents:

There are no order-level documents.

## Lab Collection and Receipt Information

| Collect Date | Collect Time | Collected By | Lab Receipt Date | Lab Receipt Time |
|---|---|---|---|---|
| Sep 20, 2012 | 6:39 PM PDT | SHEPPARD, MICHELLE | Sep 20, 2012 | 6:56 PM PDT |

## Authorizing Provider Information

| Name: | Shane Burch, MD | Fax: | 415-353-2248 | |
|---|---|---|---|---|
| Phone: | 415-353-2739 | Pager: | 415-443-9309 | |

## Lab Information

UCSF PARNASSUS LAB
505 Parnassus
San Francisco, California 94143

## Result History

COMPLETE BLOOD COUNT (INCLUDES PLATELET COUNT) (Order#143009418) on 9/20/12 - Order
Result History Report

## LRR and EAP Items

Complete Blood Count (Includes Platelet Count) (Order#143009418) on 9/20/12

# This is NOT a Requisition. Requisition hyperlink below.

## Complete Blood Count (includes Platelet Count) (Order 143009418) Lab : 143009418

Authorizing: **Shane Burch, MD**
Department: **12I**
**Musculoskeletal**

Date: **9/20/2012**
Released **Drew Lansdown,**
By: **MD**

### Order Information

| Order Date/Time | Release Date/Time | Start Date/Time | End Date/Time |
|---|---|---|---|
| 9/20/2012 5:35 PM | 9/20/2012 5:35 PM | 9/20/2012 5:36 PM | 9/20/2012 5:36 PM |

### Release Information

| Released On | Released By |
|---|---|
| Thu Sep 20, 2012 5:35 PM | Drew Lansdown, MD |

### Order Details

K4

Cunningham, Lorenzo (MR # 47823013) Printed by Grisell Prado-Luna [21832] at 9/25/1...   Page 1 of 2

Cunningham, Lorenzo (M... /823013)

D098935
11-4-62

| Frequency | Duration | Priority | Order Class |
|---|---|---|---|
| Once | 1 occurrence | STAT | Unit Collect |

## Order Questions

| Question | Answer | Comment |
|---|---|---|
| Container details | Lavender top | |

## Lab Collection and Receipt Information

| Collect Date | Collect Time | Collected By | Lab Receipt Date | Lab Receipt Time |
|---|---|---|---|---|
| Sep 20, 2012 | 6:39 PM PDT | SHEPPARD, MICHELLE | Sep 20, 2012 | 6:56 PM PDT |

## Collection Information

| Specimen Source | | Resulting Agency |
|---|---|---|
| Blood | | UCSF PARNASSUS LAB |

## Order Provider Info

| | | Office phone | Pager/beeper | E-mail |
|---|---|---|---|---|
| Ordering User | Drew Lansdown, MD | — | 443-8475 | |
| Authorizing Provider | Shane Burch, MD | 415-353-2739 | 415-443-9309 | |

## Electronically Signed By:

| Electronically Authorized By | Electronically Ordered By |
|---|---|
| Shane Burch, MD | Drew Lansdown, MD |

## Acknowledgement Info

| For | At | Acknowledged By | Acknowledged On |
|---|---|---|---|
| Placing Order | 09/20/12 1735 | Delores Arnetta Jones, RN | 09/20/12 1858 |

## Order Status for: COMPLETE BLOOD COUNT (INCLUDES PLATELET COUNT) [143009418]

Parent Status: Completed

### Child Orders
(This order does not yet have any children)

### Order Requisition
Complete Blood Count (includes Platelet Count) (Order#143009418) on 9/20/12

K5

S     E .   R     V     I     C     E

CUNNINGHAM

      V.

MEDTRONICS INC, ET AL.,

_____/

\#  _____

PROOF OF SERVICE

I declare that I am over the age of (18) and am a party to this cause of
action. I declare that I serviced the below parties by depositing copy of
the (<u>APPENDIX</u>) in the US MAIL system at the California Health Care Facility
in Stockton, California.

Clerk of the Court
Federal District Court (Northern)
450 Golden Gate Avenue
San Francisco, CA 94102

Medtronic Inc.,
Office of Staff Counsel
710 Medtronic Parkway
Minneapolis, Minnesota 55432

Office of Attorney General
State of California
1300 I Street
Sacramento, CA 94244

Shane Burch, JD.,
UCSF Spine Center
400 Parmassus Avenue, #3rd Floor
San Francisco, California 94143

I DECLARE UNDER PENALTY OF PERJURY AND THE LAND OF THE (USA) THE FOREGOING IS
TRUE. THIS SERVICE WAS EXECUTED ON _10_ / _20_ / _2014_ AT STOCKTON, CALIFORNIA.

LORENZO R. CUNNINGHAM (Plaintiff)