FILED
OCT 30 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

_____,   ) CV 14 4814
Plaintiff,   )  CASE NO. _____
                          )
vs.                       )  PRISONER'S
_____,   )  APPLICATION TO PROCEED
et al.,                   )  IN FORMA PAUPERIS
                          )
Defendant.                )
_____)

I, Lorenzo _____, declare under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees and costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

**IN SUPPORT OF THIS APPLICATION, I PROVIDE THE FOLLOWING INFORMATION:**

1. Are you presently employed?   YES ☐   NO ☒

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ ∅ _____   Net: _____ ∅ _____

Employer (name and address): _____ None _____

_____ None _____

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

Plaintiff have been imprisoned for large rd (1995-2014) and was elder at Jackson-Cory in 1994-1995 _____ injury at the construction site.

1

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, profession or self employment?    YES ☐    NO ☒

    b. Income from stocks, bonds or royalties?    YES ☐    NO ☒

    c. Rent payments?    YES ☐    NO ☒

    d. Pensions, annuities or life insurance payments?    YES ☐    NO ☒

    e. Federal or state welfare payments, Social Security or other government source?    YES ☐    NO ☒

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each. None

3. Are you married?    YES ☐    NO ☒

Spouse's Full Name: None

Spouse's Place of Employment: None

Spouse's Monthly Salary, Wages or Income:

Gross $ ¢    Net $ ¢

4. a. List amount you contribute to your spouse's support: $ ¢

    b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. Do not include their names.)

None

5. Do you own or are you buying a home?    YES ☒    NO ☐

Estimated Market Value: $ 10,000    Amount of Mortgage: $ ¢

6. Do you own an automobile?    YES ☐    NO ☒

Make N/A    Year N/A    Model N/A

Is it financed? Yes _____ No X    If so, Total due: $ ¢

Monthly Payment: $ None

NOTE: South Carolina (home) jointly-owned with brother (Colin Buckingham). The delapidated home is neither rented nor sold and is not generating income... 2

*PRISONER'S IN FORMA PAUPERIS APPLICATION (Rev. 5/13)*

1  7.    Do you have a bank account?                           YES ☐       NO ☒
2  Name(s) and address(es) of bank (do not include account numbers): _____
3  _____N/A_____
4  _____
5  Present balance(s): $ ____N/A_____
6  Do you own any cash?           YES ☐   NO ☒    Amount: $ _____
7  Do you have any other assets?  YES ☐   NO ☒
8  If "yes," provide a description of each asset and its estimated market value.
9  _____N/A_____
10 NOTE: Plaintiff is prisoned 10-yrs mu (1.05-2014)
11 8.    What are your monthly expenses?
12 Rent: $ _____N/A_____ Utilities: _____N/A_____
13 Food: $ _____N/A_____ Clothing: _____N/A_____
14 9.    Do you have any charge accounts/credit cards?          YES ☐       NO ☒
15 If yes, list them below. (Do not include account numbers.)
16 Name of Account          Monthly Payment              Total Owed on This Acct.
17 _____N/A_____ $ _____N/A_____ $ _____N/A_____
18 _____ $ _____ $ _____
19 _____ $ _____ $ _____
20 10.   Do you have any other debts? (List current obligations, indicating amounts and to whom
21 they are payable. Do not include account numbers.)
22 _____N/A_____
23 11.   Does the complaint you are seeking to file raise claims that have been presented in other
    lawsuits?                                                  YES ☒       NO ☐
24
25 If so, please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court
   in which they were filed.
26 Per Fed.R.Civ.Proc. #1; Plaintiff voluntarily dismissed the
27 to be refiled.
28

3

PRISONER'S IN FORMA PAUPERIS APPLICATION (Rev. 5/13)

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

10/20/2014
DATE

[signature]
SIGNATURE OF APPLICANT

NOTE: Plaintiff trust account balance in prison for almost 1½-years have been ($0) zero-dollar balance...

---

4

PRISONER'S IN FORMA PAUPERIS APPLICATION (Rev. 5/13)

Date\Time: 7/3/2014 3:00:37 PM  
Institution: CHCF

**CDCR**  
**Inmate Statement Report**

Verified: A. Ayala, CCI (A)

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| D98935 | CUNNINGHAM, LORENZO | CHCF | D  304A1 | 122001 |

**Current Available Balance:**   $0.00

## Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|

**No information was found for the given criteria.**

## Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|

**No information was found for the given criteria.**

## Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|
| PLRA | CIVS982145 | $150.00 | $0.00 | $138.74 |
| PLRA | CIFS990311 | $150.00 | $0.00 | $139.88 |
| PLRA | CIVS991265 | $150.00 | $0.00 | $140.59 |
| PLRA | CIVS991265 | $150.00 | $0.00 | $139.59 |
| PLRA | CIVS982148LKKJFMP | $150.00 | $0.00 | $141.43 |
| PLRA | CV9802148LKK | $255.00 | $0.00 | $255.00 |
| PLRA | CVF985560SMSP | $150.00 | $0.00 | $149.87 |
| PLRA | CIVS991417 | $150.00 | $0.00 | $148.15 |
| PLRA | CIV991812 | $150.00 | $0.00 | $149.15 |
| PLRA | CIVS992266 | $150.00 | $0.00 | $149.15 |
| PLRA | CIVS000086 | $150.00 | $0.00 | $149.16 |
| PLRA | CIS00568GEBDADP | $150.00 | $0.00 | $149.16 |
| PLRA | CV000568GEB | $105.00 | $0.00 | $104.16 |
| PLRA | CIVS000706LKKJFMP | $150.00 | $0.00 | $149.15 |
| PLRA | CV0086DFL | $105.00 | $0.00 | $104.16 |
| PLRA | CIVS000992DFLGGH | $150.00 | $0.00 | $149.83 |
| PLRA | CIVS001210WBSJFMP | $150.00 | $0.00 | $149.83 |
| PLRA | CIVS002075DFLGGHP | $150.00 | $0.00 | $149.16 |
| PLRA | CIVS002413GEBGGHP | $150.00 | $0.00 | $149.16 |
| COPY CHARGES | COPIES 10/17/13 | $4.60 | $0.00 | $4.60 |
| COPY CHARGES | COPIES10/17/13 | $4.00 | $0.00 | $4.00 |
| COPY CHARGES | CPOIES10/17/13 | $1.60 | $0.00 | $1.60 |
| REGULAR MAIL | ENVELOPES10/17/13 | $1.35 | $0.00 | $1.35 |
| COPY CHARGES | COPIES10/31/13 | $11.20 | $0.00 | $11.20 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE  
ATTEST: CALIFORNIA DEPARTMENT OF CORRECTIONS  
BY: TRUST OFFICE

2

Date\Time: 7/3/2014 3:00:37 PM
Institution: CHCF

CDCR
Verified: _____

# Inmate Statement Report

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|
| COPY CHARGES | COPIES10/31/13 | $3.30 | $0.00 | $3.30 |
| COPY CHARGES | ENVELOPES10/31/13 | $1.40 | $0.00 | $1.40 |
| COPY CHARGES | COPIES10/31/13 | $1.30 | $0.00 | $1.30 |
| COPY CHARGES | COPIES 10/24/13 | $0.80 | $0.00 | $0.80 |
| COPY CHARGES | ENVELOPES10/24/13 | $1.05 | $0.00 | $1.05 |
| COPY CHARGES | COPIES10/24/13 | $19.80 | $0.00 | $19.80 |
| COPY CHARGES | COPIES 4/24/14 | $32.40 | $0.00 | $32.40 |
| COPY CHARGES | COPIES 5/12/14 | $74.40 | $0.00 | $74.40 |
| COPY CHARGES | COPIES 5/12/14 | $8.20 | $0.00 | $8.20 |
| COPY CHARGES | COPIES 5/19/14 | $137.40 | $0.00 | $137.40 |
| COPY CHARGES | COPIES 5/27/14 | $464.60 | $0.00 | $464.60 |
| COPY CHARGES | COPIES 6/2/14 | $37.80 | $0.00 | $37.80 |
| COPY CHARGES | COPIES 6/9/14 | $22.60 | $0.00 | $22.60 |
| COPY CHARGES | COPIES 6/4/14 | $0.40 | $0.00 | $0.40 |
| COPY CHARGES | COPIES 6/16/14 | $50.50 | $0.00 | $50.50 |

## Restitution List

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|
| RESTITUTION FINE | CR13756 | Active | $1,000.00 | $0.00 | $0.00 | $1,000.00 |
| RESTITUTION FINE | BA118005 | Active | $200.00 | $0.00 | $0.00 | $59.95 |

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY: _____  7/3/14
TRUST OFFICE

3

Date\Time: 6/9/2014 6:16:22 AM
Institution: CHCF

Ve d: _Alyds CCI(A)_

# CDCR
## Inmate Statement Report

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| D98935 | CUNNINGHAM, LORENZO | CHCF | D 304A1 | 122001 |

**Current Available Balance:** $0.00

### Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| **No information was found for the given criteria.** | | | | | | |

### Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|
| **No information was found for the given criteria.** | | |

### Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|
| PLRA | CIVS982145 | $150.00 | $0.00 | $138.74 |
| PLRA | CIFS990311 | $150.00 | $0.00 | $139.88 |
| PLRA | CIVS991265 | $150.00 | $0.00 | $140.59 |
| PLRA | CIVS991265 | $150.00 | $0.00 | $139.59 |
| PLRA | CIVS982148LKKJFMP | $150.00 | $0.00 | $141.43 |
| PLRA | CV9802148LKK | $255.00 | $0.00 | $255.00 |
| PLRA | CVF985560SMSP | $150.00 | $0.00 | $149.87 |
| PLRA | CIVS991417 | $150.00 | $0.00 | $148.15 |
| PLRA | CIV991812 | $150.00 | $0.00 | $149.15 |
| PLRA | CIVS992266 | $150.00 | $0.00 | $149.15 |
| PLRA | CIVS000086 | $150.00 | $0.00 | $149.16 |
| PLRA | CIS00568GEBDADP | $150.00 | $0.00 | $149.16 |
| PLRA | CV000568GEB | $105.00 | $0.00 | $104.16 |
| PLRA | CIVS000706LKKJFMP | $150.00 | $0.00 | $149.15 |
| PLRA | CV0086DFL | $105.00 | $0.00 | $104.16 |
| PLRA | CIVS000992DFLGGH | $150.00 | $0.00 | $149.83 |
| PLRA | CIVS001210WBSJFMP | $150.00 | $0.00 | $149.83 |
| PLRA | CIVS002075DFLGGHP | $150.00 | $0.00 | $149.16 |
| PLRA | CIVS002413GEBGGHP | $150.00 | $0.00 | $149.16 |
| COPY CHARGES | COPIES 10/17/13 | $4.60 | $0.00 | $4.60 |
| COPY CHARGES | COPIES10/17/13 | $4.00 | $0.00 | $4.00 |
| COPY CHARGES | CPOIES10/17/13 | $1.60 | $0.00 | $1.60 |
| REGULAR MAIL | ENVELOPES10/17/13 | $1.35 | $0.00 | $1.35 |
| COPY CHARGES | COPIES10/31/13 | $11.20 | $0.00 | $11.20 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE ATTEST: 6/9/14
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY: TRUST OFFICE

2

Date\Time: 6/9/2014 6:16:22 AM  
Institution: CHCF

**CDCR**  
**Inmate Statement Report**

Ve d: _____

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|
| COPY CHARGES | COPIES10/31/13 | $3.30 | $0.00 | $3.30 |
| COPY CHARGES | ENVELOPES10/31/13 | $1.40 | $0.00 | $1.40 |
| COPY CHARGES | COPIES10/31/13 | $1.30 | $0.00 | $1.30 |
| COPY CHARGES | COPIES 10/24/13 | $0.80 | $0.00 | $0.80 |
| COPY CHARGES | ENVELOPES10/24/13 | $1.05 | $0.00 | $1.05 |
| COPY CHARGES | COPIES10/24/13 | $19.80 | $0.00 | $19.80 |
| COPY CHARGES | COPIES 4/24/14 | $32.40 | $0.00 | $32.40 |
| COPY CHARGES | COPIES 5/12/14 | $74.40 | $0.00 | $74.40 |
| COPY CHARGES | COPIES 5/12/14 | $8.20 | $0.00 | $8.20 |
| COPY CHARGES | COPIES 5/19/14 | $137.40 | $0.00 | $137.40 |

**Restitution List**

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|
| RESTITUTION FINE | CR13756 | Active | $1,000.00 | $0.00 | $0.00 | $1,000.00 |
| RESTITUTION FINE | BA118005 | Active | $200.00 | $0.00 | $0.00 | $59.95 |

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE  
ATTEST:  
CALIFORNIA DEPARTMENT OF CORRECTIONS  
BY: _____ 6/9/14  
TRUST OFFICE

3