UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO R. CUNNINGHAM,<br>a/k/a ASKIA ASHANTI,<br><br>        Plaintiff,<br><br>    v.<br><br>MEDTRONIC, INC.; *et al.*,<br><br>        Defendants.<br>_____/ | No. C-14-4814 EMC (pr)<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR RELIEF AGAINST NONPARTIES** |

Plaintiff, currently incarcerated at the California Health Care Facility in Stockton, filed this *pro se* civil action complaining about back surgery performed on him in 2012 at the University of California, San Francisco. The Court recently ordered Plaintiff to show cause why pauper status should not be denied and this action should not be dismissed pursuant to 28 U.S.C. § 1915(g) due to his litigation history. *See* Docket # 7. Plaintiff's response to the order to show cause is due on December 31, 2014.

In that same order, the Court denied Plaintiff's request for a preliminary injunction or temporary restraining order ("TRO") to compel officials at the California Health Care Facility ("CHCF") to direct law library staff to make photocopies for him because the request was for relief against a nonparty for wrongs different from the medical care claims presented in the complaint in this action. The Court further informed Plaintiff that if he wanted to complain about access to the law library and photocopies at the CHCF, he should file a new action in the U.S. District Court for the *Eastern* District of California. Plaintiff then filed a document entitled "publication - plaintiff move the court for a ('publication - request') to clarify federal state laws & rule for the plaintiff to

provide xerox-duplication to the court and respondent parties due to library-prison staff erroneous belief that plaintiff requires anew a court ('order') to file motions to advance litigation after the filing of a complaint." Docket # 8 (errors in source). This motion again requests relief against the nonparties for the photocopying policy at the CHCF and is DENIED for the same reasons stated in the order denying the request for a TRO and preliminary injunction. *See* Docket # 7 at 1-2. Plaintiff may not file another request, motion or application in this action pertaining to the policies or practices at CHCF.

The Court will not consider any more requests, motions or applications in this action until it has determined whether Plaintiff may proceed as a pauper in this action. Therefore, Plaintiff should be concentrating his efforts on responding to the order to show cause regarding his pauper status.

IT IS SO ORDERED.

Dated: December 18, 2014

_____
EDWARD M. CHEN
United States District Judge

2