**RECEIVED**
**FILED JAN 7 2015**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Lorenzo Cunningham
(AKA: Askia Ashanti)
D#98935 (Unit: D4A/#122)
California Health Care Facility
POB 32050
Stockton, CA 95213
12/30/2014

TO: Finance Dept#
U.S. District Court (Northern) California.,

RE: Cunningham v. Medtronics Inc., et al.,
#CIV-14-4814-EMC (N.D.Cal,2014)

(*) REQUEST COPY OF FILING FEE RECEIPT ($400)
AS VERIFICATION OF PAYMENT...

///////////////////////

In early December/2014, plaintiff's (i.e. Relative) serviced the Court ($400) filing fee for the 42 USC 1983 suit.

Plaintiff request for the Court's (Finance Dept#) to forward a copy of of the ($400) receipt to proffer to the Court that the filing fee has been payed in order for the suit to proceed forthwidth for adjudication and/or resolution.

Thank You!

PLAINTIFF,

LORENZO CUNNINGHAM
(AKA: Askia Ashanti)