

Lorenzo Cunningham
(AKA: Askia Ashanti)
D#98935 (Unit: D4A/#122)
California Health Care Facility
PO Box 32050
Stockton, California
95213

CDCR MAILED FROM
A STATE PRISON
CA 957
02 JAN 2015
CDCR/CDC
MAIL/CORRECTIONS
AND REHABILITATION

neopost
12/31/2014
US POSTAGE $000.48
FIRST-CLASS MAIL
ZIP 95215
041L12203723

9410234 3210

Attn: Financial Department
Clerks of the Court
U.S. District Court (Northern)
450 Golden Gate Avenue
San Francisco, California
94102

