1

2

3

4

5

6

7

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

8    LORENZO R. CUNNINGHAM,            No. C-14-4814 EMC (pr)
      a/k/a ASKIA ASHANTI,

9

10             Plaintiff,                     **ORDER RE PAUPER STATUS**

11            v.

12    MEDTRONIC, INC.; *et al.*,

13             Defendants.
   _____/

14

15        On December 2, 2014, the Court ordered Plaintiff to show cause in writing no later than

16 December 31, 2014 "why *in forma pauperis* should not be denied and this action should not be

17 dismissed pursuant to 28 U.S.C. § 1915(g). In the alternative to showing cause why the action

18 should not be dismissed, Plaintiff may avoid dismissal by paying the full $400.00 filing fee by the

19 deadline." Docket # 7 at 4. Plaintiff has sent to the Court a letter in which he (a) stated that in early

20 December 2014, his relative had paid the filing fee and (b) asked for a copy of the receipt to present

21 to show that the fee had been paid. Docket # 10. As of January 12, 2015, the Court's financial

22 office has no record of the filing fee having been paid for this action, so there is no receipt that may

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

be provided.  The Court will extend to **February 6, 2015**, the deadline for Plaintiff to file a written response to the order to show cause or to pay the filing fee.  No further extensions of this deadline should be expected.

      IT IS SO ORDERED.

Dated:  January 20, 2015

_____
EDWARD M. CHEN
United States District Judge