United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LORENZO R. CUNNINGHAM,
a/k/a ASKIA ASHANTI,

    Plaintiff,

    v.

MEDTRONIC, INC.; *et al.*,

    Defendants.
_____/

No. C-14-4814 EMC (pr)

**ORDER RE PAUPER STATUS**

On December 2, 2014, the Court ordered Plaintiff to show cause in writing no later than December 31, 2014 "why *in forma pauperis* should not be denied and this action should not be dismissed pursuant to 28 U.S.C. § 1915(g). In the alternative to showing cause why the action should not be dismissed, Plaintiff may avoid dismissal by paying the full $400.00 filing fee by the deadline." Docket # 7 at 4. Plaintiff has sent to the Court a letter in which he (a) stated that in early December 2014, his relative had paid the filing fee and (b) asked for a copy of the receipt to present to show that the fee had been paid. Docket # 10. As of January 12, 2015, the Court's financial office has no record of the filing fee having been paid for this action, so there is no receipt that may

///
///
///
///
///
///

be provided. The Court will extend to **February 6, 2015**, the deadline for Plaintiff to file a written response to the order to show cause or to pay the filing fee. No further extensions of this deadline should be expected.

IT IS SO ORDERED.

Dated: January 20, 2015

_____
EDWARD M. CHEN
United States District Judge