***LETTER-BRIEF***   (Ex Parte)...

Lorenzo R. Cunningham D-98935
California Health Care Facility
P.O. Box 32050
Stockton, CA 95213

CV14-04814 EMC

////////////////////////

ATTN: Judge of the Court
ATTN: Clerks of the Court
      (Summons/Complaint & Service)...

DATE: January 13, 2015

RE: REQUEST COPIES OF SUMMONS FORMS
    AND (USM-285 SERVICE FORMS)...

CASE: Cunningham v. Medtronics Inc., et al.,
      #CV-14-4814-EMC (N.D.Cal,2014)

RECEIVED JAN 20 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED
JAN 20 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff is requesting for the Court to forward the below documents for service on the defendants in case pursuant to authorities:

*Fed.R.Civ.Proc. 4(a)-(m)
*Puett v. Blandford, 912 F2d 270, 275 (9th Cir,1990)
*Boudett v. Barnett, 923 F2d 754, 757 (9th Cir,1991)
*Walker v. Sumner, 14 F3d 1415, 1422 (9th Cir,1994)

(*) REQUEST:
(2) Filed Summons Forms...
(2) USM-285 Marshals Service Forms...

PLAINTIFF,
/s/ LORENZO R. CUNNINGHAM

NOTE: Plaintiffs $400 Filing-Fees
      has been paid to the Court
      in December/2014...

```
CUNNINGHAM                          #CV-14-4814-EMC

        V.                          SERVICE

MEDTRONICS INC, et al.,

_____/
```

I declare that I am over the age of (18) and am a party to this cause of action. I declare that I serviced the below Entities by depositing copy of document: (RE: LETTER BRIEF) in the U.S. Mails system at the California Health Care Facility in Stockton, California:

Clerk of the Court                           ~~MEDTRONICS ATTORNEY GENERAL~~

Federal District Court                       *(EX PARTE)...

(Northern) California

450 Golden Gate Avenue

San Francisco, CA 94102

I DECLARE UNDER PENALTY OF PERJURY AND THE LAWS OF THE (USA) THE FORGOING IS TRUE. THIS SERVICE WAS EXECUTED ON 1/13/2015 AT STOCKTON, CALIFORNIA.

*[signature]*

LORENZO R. CUNNINGHAM