Lorenzo R. Cunningham

D#98935 (Unit: D4A/#122)

California Health Care Facility

7707 S. Austin Road

POB 32050

Stockton, California 95213

IN PRO SE:



RECEIVED
2015 JAN 29 P 2: 38
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FILED

JAN 29 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S. DISTRICT COURT

(NORTHERN) CALIFORNIA

LORENZO R. CUNNINGHAM     #CV-14-4814-EMC

     Plaintiff     *LETTER-BRIEF (MOTION) ExParte...

   v.     REQUEST FOR COURT TO FILE SUMMONS

MEDTRONICS INC, et al.,     FOR SERVICE ON DEFENDANTS AND USM-285

     Defendants     FED.R.CIV.PROC. 4

_____/

TO THE HON. EDWARD M. CHEN (DISTRICT JUDGE) FOR THE FEDERAL DISTRICT COURT (NORTHERN) CALIFORNIA: ◊ooooooooo◊oooooooooo◊

(I-) SUMMONS & USM-285 FORM REQUEST:

   Plaintiff move the Court to file (SUMMONS) & send (USM-285 FORMS) for service on defendants per:

*Fed.R.Civ.Proc. 4(a)-(m)

*Boudett v. Barnett, 923 F2d 754, 757 (9th Cir, 1991)

*Walker v. Sumner, 14 F3d 1415, 1422 (9th Cir, 1994)

I DECLARE UNDER PENALTY OF PERJURY AND THE LAWS OF THE (USA) THE FOREGOING IS TRUE. THIS ACTION WAS EXECUTED ON __1_/_25_/2015 AT STOCKTON, CALIFORNIA.

                                             /s/ Lorenzo R. Cunningham
                                            LORENZO R. CUNNINGHAM

-1-

CUNNINGHAM                    #CV-14-4814-EMC

         V.                   SERVICE

MEDTRONICS, ET AL.,

_____/


I declare that I am over the age of (18) and am a party to action. I declare that I serviced below parties with copy of (MOTION) by depositing document in the US MAIL at the California Health Care Facility in Stockton, CA:


Clerk of the Court                      Medtronics Inc.,
US District Court (Northern)            710 Medtronic Parkway
450 Golden Gate Avenue                  Minneapolis, Minnesota 55432
San Francisco, CA 94102

                                        Dr. Shane Burch, MD.,
                                        UCSF Spine Center
                                        400 Parnassus Ave, #3rd Floor
                                        San Francisco, CA 94143


I DECLARE UNDER PENALTY OF PERJURY AND THE LAWS OF THE (USA) THE FOREGOING IS TRUE. THIS SERVICE WAS EXECUTED ON 1/25/2015 AT STOCKTON, CALIFORNIA.


                                        _____
                                        LORENZO R. CUNNINGHAM