NOTE: RELATIVE IS CONTACTING THE
FEDERAL COURT WITH BANK ACCOUNT
AND MONEY ORDER RECEIPT VERIFYING
($400/FILING FEE PAYMENT) TO COURT:
*Lillie Tillman
 2283 Troutdale Drive
 Decatur, Georgia 30032
 (404) 284-4430 Phone No#

(AKA: Askia S. Ashanti)
Lorenzo R. Cunningham
D#98935 (Unit: D4A/#122)
Calif. Health CareFacility
POB 32050
Stockton, CA 95213
*1/25/2015

ATTN: Hon. Edward M. Chen (Federal Judge)
      Clerks of the Court.,
      U.S. District Court (Northern) California

RE: CUNNINGHAM V. MEDTRONICS, ET AL.,
    #C-14-4814-EMC (N.D.Cal,2014)

   (*) REQUEST FOR THE COURT TO LOCATE THE
       MISSING ($400) MONEY ORDER FOR FILING-FEES...
       (EX PARTE REQUEST)...

URGENT MATTER

FILED
JAN 29 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(A) MISSING ($400) MONEY ORDER ON FILING FEES:

   Plaintiff move the Court to take ("JUDICIAL NOTICE") per Fed.R.Evid. 201
in earlier filed/dismissed case, Cunningham v. UCSF Spine Center, et al.,
#C-13-1978-EMC (ND.Cal.2013) on 7/8/2013 via (COURT ORDER) that plaintiff
never paid the ($350/filing fee); plaintiff filed a 8/5/2013 (MOTION) with
a filed 5/16/2013 (COURT RECEIPT) showing payment of ($350/filing fee) a full
2-months earlier in May/2013 of payment prior to July/2013 (ORDER) claiming
no payment.

   Plaintiff move the Court to take ("JUDICIAL NOTICE") per Fed.R.Evid.201
again in newly refiled case, Cunningham v. Medtronics Inc., et al., case no#
#C-14-4814-EMC (ND.Cal.2014) that a new Jan/2015 (COURT ORDER) again states
plaintiff has not paid the enhanced new fees of ($400/filing fee); again this
plaintiff contends that Relative/Aunt (Lillie Tillman) has paid on behalf of
plaintiff ($805/judicial court fees) to below courts:
*Cunningham v. Medtronics Inc, et al., #C-14-4814-EMC (ND,Cal,2014)
 (42 USC 1983: $400/Filing Fee)...
*Ashanti v. Obama(CHCF), #CV-S-14-1644-KJN (ED,Cal,2014)
 (42 USC 1983: $400/Filing Fee)...

*Ashanti v. Duffy, #CV-S-0014-GGH (ED,Cal,2015)
 (28 USC 2241/Habeas Corpus: $5/Filing Fee)...

PLAINTIFF/PETITIONER,
Cunningham (AKA: Ashanti)
CUNNINGHAM (AKA: ASHANTI)

PAGE#1