Lorenzo R. Cunningham

D#98935 (Unit: D4A/#122)

California Health Care Facility

7707 S. Austin Road

POB 32050

Stockton, California 95213

IN PRO SE:

FEDERAL DISTRICT COURT

(NORTHERN) CALIFORNIA

| | |
|---|---|
| LORENZO R. CUNNINGHAM ) | #CV-14-4814-EMC |
| Plaintiff ) | *M O T I O N   Ex-Parte... |
| v. ) | PLAINTIFF MOTION THE COURT FOR SERVICE ON THE DEFENDANTS |
| MEDTRONICS INC., et al., ) UCSF SPINE CENTER, et al., ) DR. SHANE BURCH, M.D., et al., ) | WITH SUMMONS & COMPLAINT VIA U.S. MARSHAL'S CIVIL SERVICE... |
| Defendants ) | FED.R.CIV.PROC. 4* |
| _____ ) | |
| _____ ) | |

TO THE HON. EDWARD M. CHEN (DESTRICT JUDGE) FOR THE UNITED STATES DISTRICT COURT OF THE (NORTHERN) DISTRICT OF CALIFORNIA:

◊oooooo◊oooooo◊

(I) SERVICE:

Plaintiff on 10/30/2014 filed a Federal Suit w/ State Supplemental claims via 42 USC 1983 and 28 USC 1367, see Monroe v. Pape, 365 US 167, 183 (1961) and Ashker v. Calif. Dept. of Corrections, 112 F3d 392, 393 (9th Cir, 1997).

The Court in November/2014 issued an ("ORDER") for plaintiff to pay the filing fee within 30-days; plaintiff paid the filing fee within time period in December/2014.

-1-

On 12/1/2014, plaintiff per Fed.R.Civ.Proc. 4(a)-(d) service the defendants (i.e. Medtronic Inc., & Dr.Shane Burch, MD/UCSF Spine Center) with a copy of the (COMPLAINT & APPENDIX) filed by the court on 10/30/2014. The defendants 60-day/2-months waiver was accompanied by a (NOTICE OF LAWSUIT & REQUEST TO WAIVE SERVICE OF SUMMONS), see the exhibit-attachment to Motion.

Plaintiff move the Court for the filing of the: (i) Summons; (ii) USM-285 Marshal Service Forms and move the court for service of the defendants via the Federal Marshals pursuant to Fed.R.Civl.Proc. 4(a)-(m); Wilson v. Garcia, 471 US 261, 268 (1985); Puett v. Blandford, 912 F2d 270, 275 (9th Cir,1990); Boudett v. Barnett, 923 F2d 754, 757 (9th Cir,1991); and Walker v. Sumner, 14 F3d 1415, 1422 (9th Cir,1994).

Defendants due date of Waiver-of-Service is 2/1/2015 which is 60-days after Plaintiff service the Request of Waiver of Service via Summons.

## CONCLUSION

(1) The Court is moved to file the Summons Form for service on the defendants in case.

(2) The Court is moved to file the USC-285 Marshal Service Form on the defendants in case.

(3) The Court is moved to direct the Federal Marshals to service the defendants in case; order defendant to pay service fee cost.

I DECLARE UNDER PENALTY OF PERJURY OF THE LAWS OF THE (USA) THE FOREGOING IS TRUE. THIS ACTION WAS EXECUTED ON 2/1/2015 AT STOCKTON, CALIFORNIA.

*[signature]*
LORENZO R. CUNNINGHAM

## \*\*\*DECLARATION\*\*\*

(<u>1</u>) I declare (LORENZO R. CUNNINGHAM) am the Declarant herein and currently reside within the California state prison at (CHCF) California Health Care Facility in Stockton, California.

(<u>2</u>) I declare that on 10/30/2014 the Court filed Declarant federal lawsuit against the defendants (i.e. Medtronics Inc., & Dr. Shane Burch/UCSF Spine Center).

(<u>3</u>) I declare that on 12/1/2014 this Declarant service a copy of the lawsuit (i.e. Complaint & Appendix of Exhibits) on defendants Medtronics Inc., and Dr. Shane Burch/UCSF Spine Center via the U.S. Mail system at the California Health Care Facility pursuant to <u>Fed.R.Civ.Proc. 4(a)-(d)</u> along with a copy of (i.e. Notice of Civil Suit and Request for Waiver of Service) with a 60-day due date for response on 2/1/2015.

(<u>4</u>) I declare that Plaintiff with due diligence is prosecuting/executing the federal civil suit to the best of his ability without harassment nor delay to defendants seeking immediate resolution of Complaint.

(<u>5</u>) I declare per the Courts November/2014 Order; Declarant/Plaintiff has timely paid the $400 court filing fee in December/2014 before the deadline per court Order.

I DECLARE UNDER PENALTY OF PERJURY AND THE LAWS OF THE (USA) THE FOREGOING IS TRUE. THIS DECLARATION WAS EXECUTED ON 2/1/2015 AT STOCKTON, CA.

*Lorenzo R. Cunningham*
LORENZO R. CUNNINGHAM (Declarant)

# ATTACHMENT

"                              "

▬ ▬ ▬ ▬ ▬ ▬

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

## UNITED STATES DISTRICT COURT
for the
Northern District of California

LORENZO R. CUNNINGHAM )
    *Plaintiff* )
    v. )  Civil Action No. #CV-14-4814-EMC
MEDTRONICS INC., et al., )
    *Defendant* )

### NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Medtronics Incorporation (Defendant)
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

    A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

    This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within 60 days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

    If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

    If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

    Please read the enclosed statement about the duty to avoid unnecessary expenses.

    I certify that this request is being sent to you on the date below.

Date: 12/1/2014

*Signature of the attorney of unrepresented party*
Lorenzo R. Cunningham
*Printed name*
California Health Care Facility
7707 S. Austin Road
P.O. Box 32050
*Address*
Stockton, California 95213/95215
*E-mail address*
N/A
*Telephone number*

Attachment 5

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

LORENZO R. CUNNINGHAM
_____
Plaintiff
v.
MEDTRONICS INC., et al.,
_____
Defendant

Civil Action No. #CV-14-4814-EMC

## WAIVER OF THE SERVICE OF SUMMONS

To: Lorenzo R. Cunningham (Plaintiff)
(Name of the plaintiff's attorney or unrepresented plaintiff)

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____
*Signature of the attorney or unrepresented party*

_____
*Printed name of party waiving service of summons*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

Attachment 6

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| LORENZO R. CUNNINGHAM | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. #CV-14-4814-EMC |
| MEDTRONICS INC., et al., | ) |
| Defendant | ) |

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Dr. Shane Burch, M.D., (UCSF Spine Center)
(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within 60 days (give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States) from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: 12/1/2014

_Lorenzo R. Cunningham_
Signature of the attorney or unrepresented party

Lorenzo R. Cunningham
Printed name

California Health Care Facility
7707 S. Austin Road
P.O. Box 32050
Address

Stockton, California 95213/95215
E-mail address

N/A
Telephone number

Attachment 5

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| LORENZO R. CUNNINGHAM | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. #CV-14-4814-EMC |
| MEDTRONICS INC., et al., | ) |
| *Defendant* | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Lorenzo R. Cunningham (Plaintiff)
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____
*Signature of the attorney or unrepresented party*

_____
*Printed name of party waiving service of summons*

_____
*Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

Attachment 6

S E R V I C E

CUNNINGHAM                    #CV-14-4814-EMC

     V.                    SERVICE

MEDTRONICS, ET AL.,

_____/

I declare that I am over the age of (18) and am a party to action. I declare that I serviced below parties with copy of (MOTION) by depositing document in the US MAIL at the California Health Care Facility in Stockton, CA:

Clerk of the Court                        Medtronics Inc.,
Federal District Court (Northern)         Office of Legal Counsel
450 Golden Gate Avenue                    710 Medtronic Parkway
San Francisco, CA 94102                   Minneapolis, Minnesota 55432

                                                  Dr. Shane Burch, MD.,
                                                  UCSF Spine Center
                                                  400 Parnassus Avenue, #3rd-Floor
                                                  San Francisco, California 94143

I DECLARE UNDER PENALTY OF PERJURY AND THE LAWS OF THE (USA) THE FOREGOING IS TRUE. THIS SERVICE WAS EXECUTED ON 2/1/2015 AT STOCKTON, CALIFORNIA.

                                                  LORENZO R. CUNNINGHAM (Plaintiff)