*Original*
*Urgent Matter*

**FILED**
FEB 12 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**RECEIVED**
2015 FEB 12 P 3: 24
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Lorenzo R. Cunningham
(AKA: Astla S. Ashanti)
D#98935 (Unit: D4A/#122)
Calif. Health Care Facility
POB 32050
Stockton, California 95213
2/6/2015

ATTN: Clerks of the Court (Finance Dept#)
      Hon. Edward M. Chen (Judge)
      U.S. District Court (Northern) Calif.,

RE: Cunningham v. Medtronics Inc.,
    #C-14-4814-EMC (N.D.Cal,2014)
    REQUEST FOR COPY OF $400 FILING FEE RECEIPT
    FOR COURT FEES PAID BY RELATIVES IN DEC/2014...

/////////////////////

Greetings! May this letter find everyone in the best of the spirits and health!

In Dec/2014, my relatives paid out $800 in federal court filing fees for (2) 42 USC 1983 matters in the month of December. The below federal cases were sent $400 filing fees each below:

(*) Cunningham v. Medtronics Inc., #C-14-4814-EMC (N.D.Cal,2014)
    42 USC 1983 (Northern) District of California
    $400 (Filing Fee)...

(*) Ashanti v. Obama(CHCF), et al., #CV-S-14-1644-KJN (E.D.Cal,2014)
    42 USC 1983 (Eastern) District of California
    $400 (Filing Fee)...

(PS) PLEASE COPY OF THE $400-RECEIPT
     FOR (EASTERN) DIST. COURT IN
     SACRAMENTO. REQUEST FOR THE
     (NORTHERN) DIST. COURT IN SAN FRANCISCO
     TO SEND COPY OF $400 RECEIPT OF PAYMENT...

*Lorenzo R. Cunningham*
LORENZO R. CUNNINGHAM
(Plaintiff)

*42 USC 1983
($400) FILING FEE RECEIPT

&%RPCourt Name: Eastern District of California
Division: 2
Receipt Number: CAE200064263
Cashier ID: lmenasan
Transaction Date: 12/29/2014
Payer Name: Askia Ashanti
----------------------------------
CIVIL FILING FEE
 For: Askia Ashanti
 Case/Party: D-CAE-2-14-CV-001644-001
 Amount:       $400.00
----------------------------------
MONEY ORDER
 Check/Money Order Num: 6121
 Amt Tendered:  $400.00
----------------------------------
Total Due:     $400.00
Total Tendered: $400.00
Change Amt:    $0.00


Returned Check Fee $53

EXHIBIT

2/8/2015

Clerks

Re: C-14-4814-EMC (NJ, Coy, 2014)

Please Return a "Filed" Copy
of Letter-Brief & Receipt for
Records.
Thank You!

Plaintiff,
J.P. Caughlan

Centinela Contingency
Alcatraz P.Shernan
D#89433 Unit:D8A/A22
Calif. State Prison - Sacramento
P.O.B 290050
Stockton CA Sacramento
95213

Legal
Mail

Clerk of The Court
U.S. District Court - Northern
450 Golden Gate Avenue
San Francisco, CA 94102

SACRAMENTO
CA 957
CA DEPARTMENT
OF CORRECTIONS
AND REHABILITATION

neopost
02/09/2015
US POSTAGE $000.69⁹

FIRST-CLASS MAIL

ZIP 95215
041L12203723

RECEIVED
2015 FEB 12 P
S. CHWIEK
DISTRICT C
RICT OF CA

