Lorenzo R. Cunningham

D#98935 (Unit: D4A/#122)

California Health Care Facility

POB 32050

Stockton, California 95213

IN PRO SE:



FEDERAL DISTRICT COURT

(NORTHERN) CALIFORNIA

LORENZO R. CUNNINGHAM

    Plaintiff

    v.

MEDTRONICS INC, et al.,
UCSF SPINE CENTER,
DR. SHANE BURCH,

    Defendants

# C-14-4814-EMC

MOTION (EX PARTE)...

(A) PROOF OF PAYMENT ON FILING FEES FOR THE COURT...

(B) REQUEST FOR SUMMONS AND DEFENDANTS PAYMENT FOR MARSHAL SERVICE...

TO THE HON. EDWARD M. CHEN (DISTRICT JUDGE):

///////////////////////////

(A) PROOF OF PAYMENT FILING FEES:

    Your Honor, the Court issued (3) ("ORDERS") respectively on 12/2/2014, 12/18/2014 and 1/20/2015 for payment of $400 filing fees.

    Plaintiff's relative on 12/16/2014 serviced the Court with a $400/Money-Order prior to the 12/31/2014 1st-Deadline to pay court fees; and prior to the recently newly ordered 2/6/2015 2nd-Deadline. Plaintiff move the court to judicial notice per Fed.R.Evid. 201 the attached $400 proof of payment of court fees on 12/16/2014, see ("Attachment") exhibit.

Informa Pauperis (IFP) and/or Filing Fees for the courts are pursuant to the authority of 28 USC 1915; Coppedge v. U.S., 369 US 438, 444 n.8 (1962) and Naddi v. Hill, 106 F3d 275, 277 (9th Cir,1997); plaintiffs $400 filing fees were serviced on the court on 12/16/2014 prior to both the 12/31/2014 and renewed 2/6/2015 (i.e. 1st/2nd deadlines); plaintiff move the court to deem the filing fees paid.

///////
///////

(B) SUMMONS & (USM-285) SERVICE:

Plaintiff service the (2) defendants (i.e. Medtronics Inc., and USCF Spine Center/Dr. Burch) with Waiver of Service forms on 12/1/2014 with a 60-day Responsedue by 2/1/2015 which todate neither defendant(s) have served a response.

The Federal Marshals sent plaintiff (3) USM-285 Forms but returned the Summons forms stating form must come from Federal Court, see ("Attachment"). Plaintiff move the court for a filed copy of Summons & USM-285 documents for return service to the Federal Court for an Order to the Marshals to service the defendants with defendant paying the service due to not serving a response within 60-days (i.e. 2/1/2015) after being served by plaintiff with suit and waivers on 12/1/2014, see Fed.R.Civ.Proc. 4(a)-(m); Walker v. Sumner, 14 F3d 1415, 1422 (9th Cir,1994) citing Puett v. Blandford, 922 F2d 270, 275 (9th Cir, 1990) and Bordett v. Barnett, 923 F2d 754, 757 (9th Cir,1991).

**CONCLUSION**

Plaintiff move the Court to deem filing fees paid; and the Court is moved to file Summons/USM-285 Forms for mailing to plaintiff for return mailing to the court for service on the defendants via the U.S. Marshals. The defendants is requested to pay for service for failing to respond to 60-day waivers.

-2-

The court is moved to take judicial notice of the (<u>"Attachments"</u>) to the Motion to substantiate claims.

                                                */s/ Lorenzo R. Cunningham*
                                                LORENZO R. CUNNINGHAM

///

///

///

///

I DECLARE UNDER PENALTY OF PERJURY AND THE LAWS OF THE (USA) THE FOREGOING IS TRUE. THIS ACTION WAS EXECUTED ON 2/15/2015 AT STOCKTON, CALIFORNIA.

                                                */s/ Lorenzo R. Cunningham*
                                                LORENZO R. CUNNINGHAM

# ATTACHMENT

"                              "

▬▬ ▬▬ ▬▬ ▬▬ ▬ ▬

Date: January 27, 2015    Wells Fargo PhotoCopy Request    Page 1 of 1

Reference: 



**PERSONAL MONEY ORDER**    6682916122

0066829  11-24
Office AU #  121C(8)
Operator ID  u363793

December 16, 2014

PAY TO THE ORDER OF  ***U.S. DISTRICT COURT /NORTHERN/ CALIFORNIA ***
***CV-14-4814-EMC CUNNINGHAM V MEDTRONICS ***
#098935
***Four hundred dollars and no cents***        **$400.00**

WELLS FARGO BANK, N.A.

VOID IF OVER US $ 400.00

Purchaser's Signature



0133222517

FRB CLEVELAND
0410-3603-3
US Treas DG - OTCNET
12/29/2014

For Credit to the U.S. Treasury
>000004611<
DEC 29 2014

R/T Number
Sequence Number
Account Number

Processing Date  20141229
Amount           400.00
Check Number     6682916122



U.S. Department of Justice

United States Marshals Service

Northern District of California

---

San Francisco, CA  94102

December 22, 2014

Lorenzo Cunningham
D98935 Unit D4A/#122
California Health Care Facility
PO Box 32050
Stockton, CA 95213

Re: Request for Schedule of Fees/USM285

Mr. Cunningham:

We have enclosed three USM285s and a Schedule of Fees for the US Marshals.

The US Marshals Service does not have control over the issue of Summons forms. Those forms (AO440) must be requested of the Clerk of the Court.

| SCHEDULE OF FEES AND COMMISSIONS | | |
|---|---|---|
| A deposit based on anticipated USMS fees and expenses is required at the time the request for service of process is made. Any expenses not covered will be billed. Any overpayment will be refunded. Funds are accepted by check or cashier's check. Refunds and proceeds are usually dispersed electronically (contact the Service of Process Unit for an ACH form.) | | |
| SERVICE FEE: | $65 per hour (or portion thereof) per deputy marshal | The US Marshal determines the number of deputies required based on safety and security requirements. Requestors will only be charged for the number of deputies <u>required</u>. |
| MILEAGE FEE: | $0.56 per mile | The US Marshal will attempt to serve multiple parties in the same request on one trip in order to minimize the mileage fee.<br><br>*Ex: If three parties are to be served in a single case and all three live at the same location 55 miles away, the mileage fee would be $31.07 (55 miles x .565). The mileage would only be assessed on one of the parties.*<br><br>*If three parties in same case live at different locations five miles apart, the furthest being 20 miles away, a mileage fee of $11.30 on the most remote (20 miles x .565), $2.82 on next party (5 miles x .565) and $2.82 on the final party (5 miles x .565)* |
| FORWARDING FEE: | $8 | If process is to be served in person in another judicial district. This fee is in addition to any service or mileage fees. |
| MAILING FEE: | $8 | Process that can be served by mail within and without the district. |
| ADMINISTRATIVE (DOCUMENT) FEE: | $20 | Covers the preparation and publication of documents such as US Marshal Deeds, Bill of Sale, and Notice of Sale |
| SEIZURES, WARRANTS OF ARREST IN REM | Contact USMS office for information | Fees are based on Service Fees (Number of deputies, Number hours, mileage, and other expenses. |
| COPYING FEE: | $0.10 per page | |
| COMMISSION (Sales) | 3% on first $1000 plus 1.5% on the balance. | Minimum commission is $100. The Maximum commission is $50,000. |
| EXPENSES | Actual Amount | Necessary expenses that must be paid in the course of the service of process including: County Clerk-Recorder Filling Fees, Locksmith Services, Storage, Insurance, Keepers/ or Guards, Advertising, etc.<br><br>Requestors may elect to pay these fees directly. Please consult with the Process Service Unit to verify direct payment of these expenses. |

S E R V I C E

CUNNINGHAM   #C-14-4814-EMC

V.   SERVICE

MEDTRONICS INC.,

_____/

I declare that I am over the age of (18) and party to action. I declare that I serviced the below parties with document (RE: MOTION/PROOF OF FEES) by depositing document in the US MAIL system at the California Health Care Facility in Stockton, California:

Clerk of the Court
Federal District Court
450 Golden Gate Avenue
San Francisco, California 94102

Medtronics Inc.,
710 Medtronic Parkway
Minneapolis, Minnesota 55432

Dr. Shane Burch, MD.,
UCSF Spine Center
400 Parnassus Avenue, #3rd-Floor
San Francisco, California 94143

I DECLARE UNDER PENALTY OF PERJURY AND THE LAWS OF THE (USA) THE FOREGOING IS TRUE. THIS SERVICE WAS EXECUTED ON 2/15/2015 AT STOCKTON, CALIFORNIA.

*[signature]*
LORENZO R. CUNNINGHAM