Lorenzo R. Cunningham

D#98935 (Unit: D4A/#126)

California Health Care Facility

7707 S. Austin Road

(POB 32050)

Stockton, California 95213

IN PRO SE:

FILED

MAR 1 3 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FEDERAL DISTRICT COURT

(NORTHERN) CALIFORNIA

LORENZO R. CUNNINGHAM           )    #CV-14-4814-HSG

        Plaintiff               )    *CASE MANAGEMENT STATEMENT

        v.                      )    Fed.R.Civ.Proc. 16

MEDTRONICS INC., et al.,        )
DR. SHANE BURCH, MD., et al.,   )

        Defendants              )
_____)
_____)

TO THE HON. HAYWOOD S. GILLIAM JR., (DISTRICT JUDGE) FOR THE UNITED STATES

DISTRICT COURT FOR THE (NORTHERN) DISTRICT OF CALIFORNIA:

◊ooooooo◊ooooooo◊

(I) PARTIES:

(*) Plaintiff: (fn.1)...

Lorenzo R. Cunningham
(AKA: Dr. Askia Sankofa Ashanti, J.D.)
D#98935 (Unit: D4A/#126)
California Health Care Facility
7707 S. Austin Road (POB 32050)
Stockton, California 95213
-----------------------------------------
fn.1: plaintiff legally changed name in (1994);
In re Cunningham(Ashanti), #BS-028939 (LASC,1994)
per C.C.P. 1275-1279 religious/cultural reasons.
See (EX#F)...

-1-

(*) Defendants:

Medtronics Inc., (Defendant)*
710 Medtronic Parkway
Minneapolis, Minnesota 55432
////////////
Dr. Shane Burch, M.D., (Defendant)*
UCSF/University California San Francisco (Spine Center)
400 Parnassus Avenue, #3rd Floor
San Francisco, California 94143


(II) SERVICE:

   Plaintiff provided Waiver of Service to defendant (SHANE BURCH) initially
in case, Cunningham v. UCSF Spine Center, #CV-13-1978-EMC (N.D.Cal,2013) and
defendant was serviced with waiver on 8/10/2013 and returned Waiver on date
8/21/2013. Defendant was represented by Law Office of Hassard & Bonnington,
LLP by Attorney Joanna Storey, Esq., on 9/27/2013, see (EX#A, #B, #C).

   Plaintiff voluntarily dismissed suit per Fed.R.Civ.Proc. 41 for litigation
of the bulk of the claims in State Court. The case was later refiled on date
Oct/2014 in federal court after dismissing other defendants (i.e. Osteotech
Inc. and NuVasive Inc.) as mistaken defendants and for the inclusion of the
actual defendant (i.e. Medtronics Inc.) the true manufacture of medical back-
rods via case, Cunningham v. Medtronics Inc, et al., #CV-14-4814-EMC (N.D.Cal,
2014) under Judge (Hon. Edward M. Chen). On 2/13/2015 the federal court via
reassignment appointed another federal judge (Hon. Haywood S. Gilliam, Jr.,)
to the case. Nevertheless, defendant (SHANE BURCH) on 12/1/2014 was reserviced
with the same 42 USC 1983 federal claim suit coupled with state claims pursu-
ant to 28 USC 1367. Defendant has not responded within 60-days deadline of
2/1/2015. As of todate, 3/8/2015 defendant has not responded to suit, (EX#D).

   Plaintiff serviced a Waiver of Service on 12/1/2014 to the defendant in the
case (MEDTRONICS INC.); defendant has not responed to 2/1/2015 deadline, (EX#D).
Defendant todate as of 3/8/2015 has not responded to suit, see 3/2/15 (ORDER).

-2-

(III) <u>TYPE OF SUIT</u>: (<u>Civil</u>)...

    Plaintiff **lawsuit** is a federal lawsuit with inclusion of state claims per <u>42 USC 1983</u> and <u>28 USC 1367</u>.

    The suit against defendant (<u>SHANE BURCH</u>):

<u>Claim#1</u>: (<u>Medical Malpractice</u>)...

*Deliberate Indifference...

*Negligence...

    The suit against defendant (<u>MEDTRONICS INC.</u>):

<u>Claim#2</u>: (<u>Product Liability</u>)...

*Defective & Deficient Product...

*Strict Liability...

*Negligence...

    The (<u>Relief & Remedy</u>):

(<u>1</u>) Injunctive Relief...(Request for Surgery)...

(<u>2</u>) Monetary Relief... ($1-Million Dollars each/per defendant)...

(<u>3</u>) Attorney Fees, Court Cost & Miscellaneous Fees...

/////////

/////////

(<u>IV</u>) <u>DISCOVERY</u>:

    Pursuant to <u>Fed.R.Civ.Proc. 26-36</u>, plaintiff have not receiced an Answer from theDefendants to Complaint. Discovery has not commenced (i.e. interrogatories, Admissions, Production of Record & Deposition). Discovery is estimated for completion 1-3 months. See the filed 3/2/2015 court ("<u>ORDER</u>"), on dates.

/////////

/////////

(<u>V</u>) (<u>ADR</u>) <u>ALTERNATIVE DISPUTE RESOLUTION & SETTLEMENT CONFERENCE</u>:

    Pursuant to <u>Fed.R.Civ.Proc. 16</u>, plaintiff is prepared for a (ADR) and/or Settlement Conference with defendants, estimated time of 1-month.

The case was filed in October/2014; the parties todate have not engaged in any (ADR) or settlement conference proceedings, Plaintiff/Defendants' case has not been referred/scheduled for an ADR/Settlement Conference. The court is deferred to the filed 2/13/2015 ("ORDER") on (ADR) scheduling; mediation; and settlement conferences.

/////////
/////////

(VI) INSURANCE:

(*) Plaintiff: The plaintiff is in custody and under the judgement/authority of the (CDCR) California Department of Corrections & Rehabilitation and is insufed via the State as all prisoners/patients are within California.

(*) Defendants: Plaintiff lacks knowledge of the insurance status of defendants and await for defendants submission of (Case Management Statement) to reflect medical-insurance and bond-insurance status of Mr. Shane Burch & Medtronice.

/////////
/////////

(VII) JURISDICTIONS & RELATED CASES:

There are no other jurisdictional and/or related cases issues that will effect the nature of this civil case. There is no request for consolidation of any cases and current case is ready to proceed forthwidth.

/////////
/////////

(VIII) MISCELLANEOUS ("BACKGROUND"):

Plaintiff acknowledge that he is not a free-person in community and is under the current judgement as a prisoner and not citizen (free) for the offense of Vehicle Code 10851 (Driving Without Consent/Joyriding) via 3-Strikes Laws for a 25-to-life sentence with 20-years (1995-2015) served on judgement with an initial Parole Board appearance scheduled for March/2020. It's noted under the

the 3-Strikes Laws (i.e. <u>Penal Code 667</u> & <u>1170.12</u>) the law has a Ø credit eligibility and all defendants must serve a minimum of 25-years prior to being released, see <u>In re Cervera</u>, 24 Cal 4th 1073, 1088 (Cal,2001).

During plaintiff's imprisonment, he's received 1-neck surgery in 2001; 4-back surgeries in 2001, 2007, and 2x/twice in 2012 due to the (Harrington-Rods) breaking on 2-different occasions in August & September 2012 once when attempting to put on a shoe and once while getting out of bed to use restroom, see (<u>EX#E</u>).

Educationally, plaintiff also procured various academic and vocational certifications such as Electrical Diploma; Carpentry Diploma (In Progress); Associate Degree; Bachelor Degree; and Juris Doctorate Law Degree, see (<u>EX#F</u>).

Plaintiff brings to the court's attention, per its filed 2/13/15 ("ORDER") at pp.2/lines#13-#16, plaintiff within prisons-library do not have access to (i.e. <u>Standing Order of All Judges of (Northern) District</u>) regarding Case Management Statements "outlined" in Court's Order. Plaintiff request for Court to forward any such data/information regarding this part of the adjudication.

/////////

/////////

(IX) <u>TRIAL</u>:

Plaintiff estimate if a Trial ensues after Summary Judgement and/or Settlement Conference, the timeline is between (i.e. 2-4 days). See 3/2/15 (<u>ORDER</u>).

///

///

///

I DECLARE UNDER PENALTY OF PERJURY AND THE LAWS OF THE (USA) THE FOREGOING IS TRUE. THIS ACTION WAS EXECUTED ON 3/8/2015 AT STOCKTON, CALIFORNIA.

LORENZO R. CUNNINGHAM

# I N D E X

EX#A: Court Order (2013)
*Cunningham v. UCSF Spine Ctr., #CV-13-1978-EMC (N.D.Cal,2013)
(RE: Judgement/Order)


EX#B: Attorney Letter (Greenberg/Traurig Law Firm)
Attorney Letter (Morris, Polich & Purdy Law Firm)
Attorney Letter (Hassard, Bonnington Law Firm)


EX#C: Defendant (Shane Burch) Waiver of Service
Attorney Letter Hassard, Bonninghton Law Firm)


EX#D: Notice of Lawsuit/Request Waiver of Service (Medtronics)
Notice of Lawsuit/Request Waiver of Service (Shane Burch)


EX#E: Plaintiff (Neck/Back X-rays)
(RE: UCSP Spine Center)


EX#F: Plaintiff (Miscellaneous Documents)
*Name Change Order
*Abstract of Judgement
*Trade Diplomas
*College Degrees
*UNA/USA Organization Membership
*Newsarticle (Religious Diets)
*Community Letter (Release Recommendation)


///


///


///


///

# EXHIBIT A

United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LORENZO R. CUNNINGHAM,                    No. C-13-1978 EMC (pr)

        Plaintiff,

    v.                                                **JUDGMENT**

UCSF SPINE CENTER; *et al.*,

        Defendants.
_____/

    This action is dismissed without prejudice.


    IT IS SO ORDERED AND ADJUDGED.


Dated: November 20, 2013

                              EDWARD M. CHEN
                              United States District Judge

A1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LORENZO CUNNINGHAM,

        Plaintiff,

   v.

UCSF SPINE CENTER et al,

        Defendant.          /

Case Number: CV13-01978 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 20, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lorenzo R. Cunningham D-98935
California Health Care Facility
P.O. Box 32050
Stockton, CA 95213

Dated: November 20, 2013

                    Richard W. Wieking, Clerk
                    By: Leni Hickman, Deputy Clerk

**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LORENZO R. CUNNINGHAM,                    No. C-13-1978 EMC (pr)

        Plaintiff,

    v.                                     **ORDER OF DISMISSAL**

UCSF SPINE CENTER; *et al.*,

        Defendants.
_____/

    Plaintiff's request for a voluntary dismissal without prejudice is **GRANTED**. (Docket # 27.)
This action is dismissed without prejudice. In light of the dismissal of this action, all pending
motions are dismissed as moot. The Clerk shall close the file.

    IT IS SO ORDERED.

Dated: November 20, 2013

                                          _____
                                          EDWARD M. CHEN
                                          United States District Judge



# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

LORENZO CUNNINGHAM,

        Plaintiff,

   v.

UCSF SPINE CENTER et al,

        Defendant.

_____/

Case Number: CV13-01978 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 20, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lorenzo R. Cunningham D-98935
California Health Care Facility
P.O. Box 32050
Stockton, CA 95213

Dated: November 20, 2013

                              Richard W. Wieking, Clerk
                              By: Leni Hickman, Deputy Clerk

# EXHIBIT
# B

 **GreenbergTraurig**

Ginger Pigott
Tel 310.586.7700
Fax 310.586.7800
pigottg@gtlaw.com

October 1, 2013

Lorenzo Renell Cunningham
#D98935 (Unit: D-Dorm #141)
California Medical Facility
P.O. Box 2000
1600 California Drive
Vacaville, CA  95696-2000

   Re: *Cunningham v. U.C.S.F., etc., et al.,*
     Case No:  USDC Case No: CV-13-1978-EMC

Dear Mr. Cunningham:

  I received your settlement demand and request for a settlement conference with
my client, Osteotech.  Osteotech intends to file a motion to dismiss the case on various
grounds not the least of which is that the allegations regarding broken spinal hardware
(identified by you as Harrington rods) have nothing to do with Osteotech.  Osteotech
does not make spinal hardware.  As a result, Osteotech will not be engaging in settlement
negotiations at this time, unless ordered to do so by the Court.  However, we would
request you dismiss the case against Osteotech so as to avoid taking up additional time or
resources of the parties and the Court.

  I look forward to hearing back from you in this regard.

       Kind regards,

       Ginger Pigott
       Shareholder

*LA 131093096v1*

B1



**Morris
Polich &
Purdy**LLP

ATTORNEYS AT LAW

w w w . m p p l a w . c o m

Gregory G. Jackson, Esq.
(619) 819-2480
GJackson@mpplaw.com

October 7, 2013

<u>**Via U.S. Mail:**</u>

Lorenzo Renell Cunningham
#D98935
California Health Care Facility
P.O. Box 32050
Stockton, California 95213

           RE:    <u>**Cunningham v. U.C.S.F., et al. (N.D. Cal. 2013),**</u>
                    **Case No: CV-13-1978-EMC**

Dear Mr. Cunningham:

       We received notice that you have been transferred to a new address.  Enclosed please find the correspondence and motion we served on you at your previous address.  Please note, your response to our Motion to Dismiss is due on or before October 22, 2013.  As you will see in our motion, we believe you have sued the wrong party.  NuVasive did not design, manufacture, sell or distribute the rods that fractured in your spine.  As such, there is no basis for liability against NuVasive.

       Should you wish to discuss, please contact me at your earliest convenience.

                              Very truly yours,

                         For   Gregory G. Jackson

Enclosures
GGJ:sam

SD213387

β2



**HASSARD**
**BONNINGTON** LLP

Two Embarcadero Center, Suite 1800
San Francisco, CA 94111 - 3941

Phone: 415.288.9800
Fax: 415.288.9801
www.hassard.com

November 7, 2013

Lorenzo Cunningham
D#98935 (Unit: C6A/#A-115)
California Health Care Facility
Post Office Box 32050
Stockton, California 95213

    Re:   ***Cunningham v. UCSF Spine Center, et. al.***

Dear Mr. Cunningham:

        It is our understanding that Medtronic, Inc. manufactured the rods. Medtronic, Inc.'s World Headquarters is located at 710 Medtronic Parkway, Minneapolis, MN 55432; (763) 514-4000.
*-5604(ZIA)* *1-(800) 633-8766*

        Very truly yours,

        HASSARD BONNINGTON LLP

        *-Dictated But Not Read-*

        Joanna L. Storey

JLS/mlf

cc:   Marc N. Zimmerman, Esq.

*B3*

P:\Wdocs\HBMAIN\00045\00332\00825716.DOCX-11713

# EXHIBIT C



**HASSARD**
**BONNINGTON** LLP

Two Embarcadero Center, Suite 1800
San Francisco, CA 94111 - 3941

Phone: 415.288.9800
Fax: 415.288.9801
www.hassard.com

September 27, 2013

Lorenzo R. Cunningham
D-98935
California Medical Facility
1600 California Drive
P.O. Box 2000
Vacaville, CA 95696-2000

Re:   *Cunningham v. UCSF Spine Center, et. al.*

Dear Mr. Cunningham:

Please take notice that my firm has been retained to represent defendant UCSF Spine Center in this matter. Please direct all future correspondence and pleadings to my attention. Based on the waiver of service my client returned to you, we calculate our initial response pursuant to Federal Rules of Civil Procedure Rule 4(d)(3) as being due on October 9, 2013. Please contact me immediately in writing if you disagree with this calculation.

Thank you for your attention to this matter.

Very truly yours,

HASSARD BONNINGTON LLP

Joanna L. Storey

cc:   Marc N. Zimmerman, Esq.
Gregory G. Jackson, Esq.
Ginger Post, Esq.

C. 1

P:\Wdocs\HBMAIN\00045\00332\00813611.DOCX-92713

Lorenzo Renell Cunningham
D#98935 (Unit: D-Dorm#141)
California Medical Facility
P.O. Box 2000
1600 California Drive
Vacaville, California 95696-2000
*August 10, 2013

TO: Dr. Shane Burch, M.D.,

UCSF Spine Center

400 Parmassus Ave., 3rd-Fl#

San Francisco, CA 94143

(*) REQUEST FOR WAIVER OF SERVICE TO DEFENDANT(S):

RE: CUNNINGHAM V. U.C.S.F., et al., #CV-13-1978-EMC (N.D.Cal,2013)
              Nuvasive Inc.,
              Osteotech Inc.,

  *COURT: United States District Court (Northern) California

  *JUDGE: Hon. Edward M. Chen (District Judge)

  *SUIT: 42 USC 1983 (Federal Civil Rights Suit)
         28 USC 1367 (State Supplemental Claims of Suit)
         (i.e. Medical Malpractice & Product Liability)

  *FILE DATE: April 30, 2013

  *REQUEST FOR WAIVER OF SERVICE DATE: August 10, 2013

  *DUE DATE FOR DEFENDANT RESPONSE: Note: (Generally 60-Days)...Yes Waiver
                                         (Generally 30-Days)...No Waiver
              / / / / / / / / /
             /-/ / / / / / / /

Pursuant to Fed.R.Civ.Proc. 4(d); this Plaintiff is serving the Defendant

with a (REQUEST FOR WAIVER OF SERVICE) which includes vital ("data") for the

service, adjudication & prosecution of the suit such as: (i) Name of Suit; (ii)

Type of Suit; (iii) Court Jurisdiction; (iv) Judge of Case; (v) Suit File Date;

(vi) Plaintiff & Defendants in Suit; (vii) Request of Waiver Service Date; and

(viii) Due Date by Defendants of 30/or/60-Days via Waiver or Non-Waiver. An en-

closed copy of Lawsuit and (SASE) self-addressed stamped envelope for re-mailing

copy of this Waiver-Letter/Request stating if defendant waives service of not.

PAGE#1

(CON'T):

Please (x) check-box if the Defendant agrees to waive or not-waive service:

( X ) Defendant Agrees To Waive Service Per Fed.R.Civ.Proc. 4(d)...

      (Note: 60-Days Response Time To Suit)...

( \_\_\_ ) Defendant Does Not Agree To Waive Service Per Fed.R.Civ.Proc. 4(d)...

      (Note: 30-Days Response Time To Suit)...

8/21/13

SHANE BURCH, M.D.

/// 

LORENZO R. CUNNINGHAM (Plaintiff)

/// 

/// 

/// 

/// 

I DECLARE UNDER PENALTY OF PERJURY AND THE LAWS OF THE UNITED STATES THAT THE FOREGOING IS CORRECT. THIS (REQUEST OF WAIVER OF SERVICE) WAS EXECUTED ON AUGUST 10, 2013 AT VACAVILLE, CALIFORNIA.

LORENZO R. CUNNINGHAM (Plaintiff)

C3

| | |
|---|---|
| Case Name: | Cunningham v. UCSF, et al., |
| Case Number: | #CV-13-1978-EMC |
| Court: | U.S. District Court (Northern) Calif., |

# PROOF OF SERVICE BY MAIL

I, ___Lorenzo R. Cunningham___ declare:

That I am over the age of eighteen years of age and am not a party to the above entitled cause of action. That I reside in Solano County, California at the California Medical Facility, at 1600 California Drive, P.O. Box 2500, Vacaville, California, 95696-2500.

That on ___August 10, 2013___ I served the attached: a true copy of the attached:

(*) PLAINTIFF REQUEST FOR WAIVER OF SERVICE
TO DEFENDANTS...

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal legal mail collection system at the California Medical Facility, Vacaville, California, addressed as follows:

*Clerk of the Court
U.S. District Court (N.D.Cal.)
450 Golden Gate Avenue
San Francisco, CA 94102

*Dr. Shane Burch, MD.,
UCSF Spine Center
400 Parmassus Avenue /3rd-Fl#
San Francisco, CA 94143

*NuVasive Inc.,
Office of Legal Counsel
7475 Lusk Boulevard
San Diego, CA 92121

*Osteotech Inc.,
Office of Legal Counsel
51 James Way
Eatontown, New Jersey 07724

I declare under penalty of perjury and under the laws of the State of California that the foregoing is true and correct. That this proof of service was executed on ___August 10, 2013___ at the California Medical Facility, Vacaville, California.

___LORENZO R. CUNNINGHAM___
Declarant

___Declarant's Signature___

Shane Burch
UCSF Spine Center
Office of Legal Counsel
400 Parnassus Avenue
San Francisco, California 94143

SAN FRANCISCO CA 940

22 AUG 2013 PM 3 1

**LEGAL MAIL**

Lorenzo Cunningham
D#98935 (Unit: D-Dorm#141)
California Medical Facility
POB 2000
Vacaville, California
95696-2000

D141

95696200000

# EXHIBIT
# D

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
### for the
Northern District of California

LORENZO R. CUNNINGHAM
_____
Plaintiff
       v.
MEDTRONICS INC., et al.,
_____
Defendant

)
)
)
)
)

Civil Action No. #CV-14-4814-EMC

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Medtronics Incorporation (Defendant)
_____
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within 60 days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: 12/1/2014
_____

_Lorenzo R Cunningham_
_____
*Signature of the attorney or unrepresented party*

Lorenzo R. Cunningham
*Printed name*
California Health Care Facility
7707 S. Austin Road
P.O. Box 32050
_____
*Address*
Stockton, California 95213/95215
_____
*E-mail address*

N/A
_____
*Telephone number*

Attachment 5

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT
### for the
Northern District of California

LORENZO R. CUNNINGHAM
_____
Plaintiff

v.

MEDTRONICS INC., et al.,
_____
Defendant

)
)
)
)
)

Civil Action No. #CV-14-4814-EMC

## WAIVER OF THE SERVICE OF SUMMONS

To: Lorenzo R. Cunningham (Plaintiff)
_____
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____
Signature of the attorney or unrepresented party

_____
Printed name of party waiving service of summons

_____
Printed name

_____
Address

_____
E-mail address

_____
Telephone number

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

Attachment 6

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
### for the
Northern District of California

LORENZO R. CUNNINGHAM
_____
Plaintiff
v.
MEDTRONICS INC., et al.,
_____
Defendant

)
)
)
)
)

Civil Action No. #CV-14-4814-EMC

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Dr. Shane Burch, M.D., (UCSF Spine Center)
_____
(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within 60 days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: 12/1/2014

_____
Signature of the attorney or unrepresented party

Lorenzo R. Cunningham
Printed name
California Health Care Facility
7707 S. Austin Road
P.O. Box 32050
Address
Stockton, California 95213/95215
E-mail address
N/A
_____
Telephone number

Attachment 5

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| LORENZO R. CUNNINGHAM | ) |
| Plaintiff | ) |
| v. | ) Civil Action No. #CV-14-4814-EMC |
| MEDTRONICS INC., et al., | ) |
| Defendant | ) |

## WAIVER OF THE SERVICE OF SUMMONS

To: Lorenzo R. Cunningham (Plaintiff)
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from _____, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: _____

_____
*Signature of the attorney or unrepresented party*

_____          _____
*Printed name of party waiving service of summons*                              *Printed name*

_____
*Address*

_____
*E-mail address*

_____
*Telephone number*

### Duty to Avoid Unnecessary Expenses of Serving a Summons

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

Attachment 6



ORTHOPAEDIC SURGERY
400 - Parnassus Ave.
3rd Floor, Room A313
San Francisco, CA 94143

c/o CA Health Care Facility

Lorenzo Cunningham D# 98935
unit: D4 A/ #A-122

PO Box 32050
Stockton, CA 95213

UNITED
$01.19°
NOV 04 2014
MAILED FROM ZIP CODE 94080
02 1R
000200954A
PITNEY BOWES

Patient Name:CUNNINGHAM, LORENZO  Date of Birth:1/4/1982  Accession:8368198
MRN:47823013                        E:      Date:8/23/2012 9:20:45

Patient Name:CUNNINGHAM, LORENZO   Date of Birth: 7/4/1962   Accession#:8366798
MRN:47823013   Exam Date:8/23/2012 9:20:45

Patient Name:CUNNINGHAM, LORENZO  Date of Birth:1/4/1982  Accession:36367583
MRN:47823013  E:  Date:8/23/2012 9:20:45



Patient Name:CUNNINGHAM, LORENZO Date of Birth:1/4/1982   Accession:636844
MRN:47823013                                    E     Date:9/4/2012,19:19:47



Patient Name:CUNNINGHAM, LORENZO Date of Birth:1/4/1982 Accession:8384447
MRN:47823013 E: Date:9/4/2012 19:19:47



L

x-table

Patient Name:CUNNINGHAM, LORENZC    of Birth:11/4/1962    Accession:857933
MRN:47823013                        Date:1/4/2013 9:36:38



Patient Name:CUNNINGHAM, LORENZO    of Birth:11/4/1962    Accession:857933
MRN:47823013    Date:1/4/2013 9:36:38



# EXHIBIT F



## SECRETARY OF STATE

I, BILL JONES, Secretary of State of the State of California, hereby certify:

On ___October 19, 1994___, there was filed in this office pursuant to Section 1279 of the Code of Civil Procedure of the State of California, a certified copy of the decree of the court ordering that the name of _____LORENZO RENELL CUNNINGHAM_____ be changed;

The file number on the decree changing said name which was filed and which hereafter shall be maintained by the Secretary of State is _____088342_____;

The procedure prescribed by law for the changing of a name by judicial decree in the State of California has now been completed.

WHEREFORE, _____LORENZO RENELL CUNNINGHAM_____ SHALL

### HEREAFTER BE KNOWN AS

_____ASKIA SANKOFA ASHANTI_____



IN WHEREOF, I execute this certificate and affix the Great Seal of the State of California this 30th day of May, 1997.

*Bill Jones*

**Bill Jones**
Secretary of State

SF-4007A

(TYPE OR PRINT, BLACK INK ONLY)

ATTORNEY OR PARTY WITHOUT ATTORNEY
(NAME AND ADDRESS)

TELEPHONE NUMBER

(FOR COURT USE ONLY)

088342

*[handwritten attorney name and address, illegible]*

Attorney(s) For

FILED
In the office of the Secretary of State
of the State of California
OCT 19 1994

*Tony Miller*
TONY MILLER

FILED
LOS ANGELES SUPERIOR COURT

SEP 23 1994

EDWARD M. KRITZMAN, CLERK

BY M. WIGGINS, DEPUTY

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

IN THE MATTER OF THE PETITION OF (NAME):

*LORENZO RENELL CUNNINGHAM*

FOR CHANGE OF NAME.

CASE NUMBER

*BS28937*

DECREE CHANGING NAME
HEARING DATE: 9/23/94
TIME: 9:00 AM
DEPT.: 1A

(Lorenzo Renell Cunningham)

The petition of *LORENZO RENELL CUNNINGHAM*
(PRESENT NAME)

for an order of court changing *HIS* name(s) to
(HIS, HER, THEIR)

*ASKIA SANKOFA ASHANTI*    (Askia Sankofa Ashanti)
(PROPOSED NAME(S))

in place of *HIS* present name(s) came on regularly to be heard in Department
(HIS, HER, THEIR)

*1A* of the above-entitled court on *9/23/94* , and proof having been made
(MONTH, DAY, YEAR)

to the satisfaction of the court that notice of hearing was given in the manner and form required by law and order of this court, and no objections having been filed by any person, and evidence having been produced on behalf of petitioner(s) in support of the petition, and the court being satisfied that there is no reasonable objection to the petitioner(s) assuming the name(s) proposed; and it appearing to the satisfaction of the court that all the allegations of the petition are true and that the order sought should be granted;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that petitioner(s) name(s) of _____

*LORENZO RENELL CUNNINGHAM*

is/are hereby changed to *ASKIA SANKOFA ASHANTI*

Dated: SEP 23 1994

*[signature]*
JUDGE/COMMISSIONER OF THE SUPERIOR COURT

MURRAY GROSS
COMMISSIONER

ABSTRACT OF JUDGMENT – PRISON COMMITMENT
INDETERMINATE SENTENCE

146 FORM CR 292

**FILED**
LOS ANGELES SUPERIOR COURT

APR 17 1996

JOHN A. CLARKE, CLERK
_Louise Hargrove_
BY LOUISE HARGROVE, DEPUTY

☒☒ SUPERIOR
☐ MUNICIPAL
☐ JUSTICE
} COURT OF CALIFORNIA, COUNTY OF ___LOS ANGELES___

COURT (I.D.) **1 9 0 0 0 1**    BRANCH OR JUDICIAL DISTRICT: ___CENTRAL CRIMINAL___

PEOPLE OF THE STATE OF CALIFORNIA versus,
DEFENDANT: **ASHANTI, ASKIA**
☒☒ PRESENT    **BA118005** – A
☐ NOT PRESENT    – B
AKA:    – C
COMMITMENT TO STATE PRISON    AMENDED    – D
ABSTRACT OF JUDGMENT    ABSTRACT    – E

DATE OF HEARING (MO) (DAY) (YR) **03-29-96**  DEPT. NO. **47**  JUDGE **AURELIO MUNOZ**  CLERK **R MAYA**

REPORTER **JOHN INGEME**  COUNSEL FOR PEOPLE **SAM OHTA**  COUNSEL FOR DEFENDANT **K MARSHALL BOWMAN**  PROBATION NO. OR PROBATION OFFICER **X829280**

*Handwritten left margin: VC = VEHICLE CODE 10851 (DRIVING W/OUT OWNER CONSENT) (AKA: JOYRIDING)*

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES:
☐ ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT ___ (NUMBER OF PAGES)

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | MO | DAY | YEAR | JURY TRIAL | COURT TRIAL | PLEA | CONCURRENT | CONSECUTIVE | 654 STAY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | VC | 10851.A | UNLAWFUL/DRIVING/OR TAKING/OF/A/VEHICLE | 95 | 03 | 01 | 96 | X | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |

2. ENHANCEMENTS charged and found true TIED TO SPECIFIC COUNTS (mainly in the § 12022-series) including WEAPONS, INJURY, LARGE AMOUNTS OF CONTROLLED SUBSTANCES, BAIL STATUS, ETC.: For each count list enhancements horizontally. Enter time imposed for each or "S" list or stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385. Add up time for enhancements on each line and enter line total in right-hand column.

| Count | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

3. ENHANCEMENTS charged and found true FOR PRIOR CONVICTIONS OR PRIOR PRISON TERMS (mainly § 667-series) AND OTHER: List all enhancements based on prior convictions or prior prison terms charged and found true. If 2 or more under the same section, repeat it for each enhancement (e.g., if 2 non-violent prior prison terms under § 667.5(b), list § 667.5(b) 2 times). Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385. Add time for these enhancements and enter total in right-hand column. Also enter here any other enhancement not provided for in space 2.

| Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Total |
| | | | | | | | | | | |

4. Defendant was sentenced to State Prison for an indeterminate term:
   A. ☐ For LIFE WITHOUT THE POSSIBILITY OF PAROLE on counts ___    C. ☐ For 15 years to life, WITH POSSIBILITY OF PAROLE on counts ___
   B. ☐ For LIFE WITH POSSIBILITY OF PAROLE on counts ___    D. ☒☒ For 25 years to life, WITH POSSIBILITY OF PAROLE on counts __1__
   E. ☐ For other term prescribed by law on counts ___    ...... (Specify term on separate sheet if necessary.)
   PLUS enhancement time shown above.

5. ☐ Indeterminate sentence shown on this abstract to be served ☐ consecutive to ☐ concurrent with any prior incompleted sentence(s).

6. Other Orders: (List all consecutive/concurrent sentence relationships, fines, etc. if not shown above)

**PURSUANT TO 1170.12 (A)-(D)**

**3 STRIKE**

**25 YRS TO LIFE**

(Use an additional page if necessary.)

7. ☒☒ The Court advised the defendant of all appeal rights in accordance with rule 470, California Rules of Court. (AFTER TRIAL ONLY)

8. EXECUTION OF SENTENCE IMPOSED:
   ☒☒ A. AT INITIAL SENTENCING HEARING    ☐ B. AT RESENTENCING PURSUANT TO DECISION ON APPEAL    ☐ C. AFTER REVOCATION OF PROBATION    ☐ D. AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT (PC § 1170(d))    ☐ E. OTHER ___

9. DATE OF SENTENCE PRONOUNCED (MO) (DAY) (YR) **03-29-96**  CREDIT FOR TIME SPENT IN CUSTODY **365**  TOTAL DAYS **365**  INCLUDING: ACTUAL LOCAL TIME **243**  LOCAL CONDUCT CREDITS **122**  STATE INSTITUTIONS ☐ DMH  ☐ CDC

10. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:
    ☒☒ FORTHWITH    INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:    ☐ CALIF. INSTITUTION FOR WOMEN—FRONTERA    ☐ CCWF—CHOWCHILLA    ☒☒ CALIF. INSTITUTIONS FOR MEN—CHINO    ☐ DEUEL VOC. INST.
    ☐ AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS    ☐ WASCO  ☐ OTHER (SPECIFY)    ☐ SAN QUENTIN    ☐ R.J. DONOVAN

CLERK OF THE COURT
I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

DEPUTY'S SIGNATURE ___    DATE **APR 17 1996**

This form is prescribed under Penal Code § 1213.5 to satisfy the requirements of § 1213 for indeterminate sentences. Attachments may be used but must be referred to in this document.

Form Approved by the Judicial Council of California Effective January 1, 1993

**ABSTRACT OF JUDGMENT – PRISON COMMITMENT – INDETERMINATE**
CR 292

Pen. C. § 1213.5

DISTRIBUTION    PINK COPY—COURT FILE    YELLOW COPY—DEPARTMENT OF CORRECTIONS    WHITE COPY—ADMINISTRATIVE OFFICE OF THE COURTS

# CALJIC 14.36

## UNLAWFUL VEHICLE TAKING

(Vehicle Code, § 10851)

[Defendant is accused in [Count[s] _____ of] the information, of having violated Section 10851 of the Vehicle Code, a crime.]

Every person who drives or takes a vehicle, not his own, without the consent of the owner, and with the specific intent to deprive the owner either permanently or temporarily of [his] [her] title to, or possession of, the vehicle, whether with or without intent to steal the same, is guilty of a violation of Vehicle Code, Section 10851.

In order to prove such crime, each of the following elements must be proved:

(1.) A person took or drove a vehicle belonging to another person,

(2.) The other person had not consented to such taking or driving of [his] [her] vehicle, and

(3.) When such person took or drove the vehicle [he] [she] had the specific intent to deprive the owner either permanently or temporarily of [his] [her] title to or possession of the vehicle.

### USE NOTE

Use this instruction and not CALJIC 14.35 when only charge is a violation of Vehicle Code, § 10851.

Joy riding (Penal Code, § 499b) is a lesser included offense to a violation of Vehicle Code, § 10851, and defendant is entitled to a sua sponte instruction to that effect. People v. James (1984) 157 C.A.3d 381, 388, 203 Cal.Rptr. 716, 721.



1108

* Diploma
Program
In Progress

Carpentry Program

Askia Ashanti#d98935
JC1100263

A5

# Ashworth College

*In recognition of the completion of the prescribed course of study*

## The Professional Electrician Training Program
## With Honors

*this diploma is hereby awarded to*

# Askia Sankofa Ashanti

*In testimony whereof, this diploma has been conferred in Atlanta, Georgia, whereupon the undersigned have affixed their names on this Tenth day of November, One Thousand Nine Hundred Ninty Seven*

Rob Klapper, President, CEO

Dr. Leslie Gargiulo, Ph.D., Vice President, Education



# The University of La Verne

The Trustees of

the University on the recommendation
of the Faculty and by virtue of the authority vested in them
have conferred upon

## Askia Sankofa Ashanti

the Degree of

### Associate in Arts
General Studies

with all the Rights, Privileges and Honors thereto pertaining.

Given at La Verne, California, Thirty-first day of January, nineteen hundred and eighty-three.



Chairman of the Board

President of the University

# St. John's University

by authority of the Board of Directors and upon recommendation of the Faculty,
St. John's University confers upon

## Askia Sankofa Ashanti

who has completed the required studies
the degree of

## Bachelor of Science

In Witness Whereof, the seal of the University and the signatures of the duly authorized officers
are hereunto affixed

this, the **Twenty Second** day of **January** 20 QQ

*H. Charles Marchand, Ph.D.*
**Member of Board of Directors**

*Pamela Munkay, Ph.D.*
**President**

# Kensington University

To all to whom these Letters shall come Greetings

The Trustees of Kensington University on the recommendation of the Faculty
by virtue of the authority in them vested have granted to

## Askia S. Ashanti

who has satisfactorily completed the requirements therefor

The Degree of

### Juris Doctor

with all Rights, Privileges and Honors thereunto appertaining

Given in Glendale, California, on the 10th day of October,
in the year of our Lord Two Thousand and Eight.



Dr. Ahmed H. Abdullah
Vice President

Alfred A. Calabro

Maria D. Barrera



UNITED NATIONS ASSOCIATION
*of the United States of America*
A PROGRAM OF THE UNITED NATIONS FOUNDATION

New York, NY
801 Second Avenue
9th Floor
New York, NY 10017-4706
Tel.: 212.697.3315
Fax: 212.697.3316

Headquarters | Washington, DC
1800 Massachusetts Ave, NW
4th Floor
Washington, DC 20036
Tel.: 202.887.9040
Fax: 202.887.9021

www.unausa.org

April 2012

Dr. Askia S. Ashanti, J.D.
California Medical Facility (D98935)
Unit V-109
P.O. Box 2000
1600 California Drive
Vacaville, CA 95696-2000

Dear Dr. Ashanti,

Thank you for renewing your membership and your commitment to the work of the United Nations Association of the USA (UNA-USA), a program of the United Nations Foundation.

We greatly appreciate your interest and hope you will participate in the activities of your local chapter or division. Our goal is to help you explain the UN system to your friends in your community. Whether it is through our education or membership programs, or in our advocacy efforts to change U.S. policy at the UN, we want to assist you in helping your community understand its stake in international engagement and cooperation.

UNA-USA has more than 12,000 active members in over 120 chapters and divisions across the country. Your chapter/division affiliation is listed below. If you don't live in an area served by a UNA chapter or division, you are considered a national member-at-large. UNA's volunteer leaders from your area will be in touch to keep you informed about upcoming local meetings and activities.

UNA USA Membership..............................................................................................................................................$10.00
Total Amount Received ............................................................................................................................................$10.00

Also, be sure to follow both UNA-USA and the UN Foundation online on Facebook and Twitter to stay up-to-date on all of our grassroots campaigns and programs. You should bookmark the websites – www.unausa.org and www.unfoundation.org – so you can find quick links to information and resources to help you to advance our mission locally.

Your generosity is appreciated and will support our efforts to promote the ideals and work of the UN.

Sincerely,

*Patrick M. Madden*

Patrick M. Madden, Executive Director

*\*In compliance with United States Internal Revenue Service (IRS) requirements regarding charitable donations, we affirm that UNA-USA, a program of the UN Foundation/Better World Fund, has provided no goods or services to you in consideration for your contribution. The Better World Fund's tax identification number is 58-2366765. Please retain this letter for your records.*

MEMBER SINCE    1/1/2002
VALID THRU      3/31/2013
CHAPTER/DIV     452 - CA - N. California Div.
MEMBER ID       UNA-55251

## Dr. Askia S. Ashanti, J.D.



UNITED NATIONS ASSOCIATION
*of the United States of America*
A PROGRAM OF THE UNITED NATIONS FOUNDATION

*F10*

*Helping the UN Help the World*

# California Muslim Prisoner Afforded Access to Kosher Diet Pending Implementation of "Religious Meat Alternate Program"

## by Mike Brodheim

In February 2010, the California Department of Corrections and Rehabilitation (CDCR) entered into a stipulated settlement agreement with Muslim prisoner Askia Ashanti, providing him with access to CDCR's Jewish Kosher Diet Program pending the prison system's implementation of a "Religious Meat Alternate Program" (RMAP) consistent with Muslim dietary practices.

As part of the settlement agreement, the CDCR agreed to pay $5,000 to Ashanti's counsel for attorney fees incurred in representing Ashanti, who initially filed suit pro se. The CDCR made no admission of liability as part of the settlement agreement.

Ashanti had filed a lawsuit in 2007, alleging pursuant to 42 U.S.C. § 1983 that he had been denied a halal diet required by the tenets of his Islamic faith in violation of the First Amendment's Free Exercise Clause, the Fourteenth Amendment's Equal Protection Clause and the Religious Land Use and Institutionalized Persons Act (RLU-IPA), 42 U.S.C. § 2000cc, et seq.

He also alleged that CDCR officials had violated his constitutional rights, as well as RLUIPA, by failing to provide an interfaith worship facility appropriate for Muslims.

One day after entering into the settlement agreement, the CDCR amended its rulebook and added the "Religious Meat Alternate Program" as Section 3054.3 to Title 15 of the California Code of Regulations.

Ashanti said his complaint was one of several lawsuits brought by Muslim prisoners to address issues related to their exercise of religious rights.

Yet nine months after the stipulated settlement, on November 5, 2010, Ashanti moved the district court for permission to withdraw from the voluntary dismissal of the case. Ashanti asserted that the CDCR had altered the terms of the understanding of the agreement only one month after the settlement, by providing a halal meal only for dinner while breakfast and lunch consisted of a vegetarian "no-meat" diet rather than halal meals. This contrasted with the prison system's Jewish Kosher Diet Program, which provided three kosher meals per day.

According to CDCR's own regulations, Ashanti's description was accurate. DOM Chapter 5, Article 51 (Food Service), Section 54080.14, revised July 13, 2010, states that "The RMAP is only offered at the dinner meal. Inmate participants in the RMAP shall receive the vegetarian option at breakfast and lunch."

However, the court denied Ashanti's request to withdraw from the stipulated settlement on June 8, 2011, finding the case had been dismissed with prejudice and the court therefore lacked jurisdiction to act on any further motions. See: *Ashanti v. Tilton*, U.S.D.C. (E.D. Cal.), Case No. 2:07-cv-00807-MCE-GGH.



# *Stamps for* CASH!

### *Great Goods will buy your stamps!*

**70%** of Face Value: *Complete books or sheets of Forever Stamps.*

**65%** of Face Value: *Complete books, rolls, or strips of 44-cent stamps (10 stamps min.)*

**60%** of Face Value: *High or Low Denomination stamps (above/below 44-cents) 10 stamps min.*

### Payment sent within 24 hours of receipt.



WE WILL SEND your funds as a money order, electronic payment to anywhere you designate. Great Goods can also send payment to an approved package vendor. Please provide complete name and address of where to send your funds. Also include any required forms or special instructions.

Minimum money order of $20. • No quantity of stamps too big. • No taped or stapled stamps. • Used, damaged, torn stamps not accepted and cannot be returned. • Stamps MUST be on original postal backing. • Only new stamps accepted. • No singles or partials will be accepted and they cannot be returned.

# GREAT GOODS

PO Box 399, West Chesterfield NH 03466

www.greatgoods.org





2049 S. Santa Fe. Ave. Los Angeles, CA 90021 Phone 213 438-4820 x23

To the Honorable Judge
Criminal Justice Center
210 W. Temple St.
Los Angeles, CA 90012

Sister Mary Sean Hodges
Office of Restorative Justice
2049 S. Santa Fe
Los Angeles, CA 90021

RE: Askia Ashanti D98935

Your Honor,

As you well know, for the last 20 years, prisoners have been serving life sentences for repeated non-violent crimes due to the 'Three Strikes Policy.' With the approval of Prop 36 – which repeals the above law, prisoners may justly undergo a review for their release.

Of these hopefuls –Mr. Askia Ashanti – has served 18 years for the non-violent crime of joyriding. While in prison, he has proven his good standing by earning for electrical diploma from Ashworth College where he is presently earning his carpentry diploma; he is an organizational member of the UNA/USA. Mr. Ashanti has a high school diploma, AA degree, BS, and Juris Doctorate degree. He is an honor student. Indeed, this is impressive, speaking of a person who has used his incarceration time industriously

Upon release, Mr. Davis has resources available to resume a productive, contributing member of society. He intends to enter the Delancey Street LA program. He also has housing with his brother Felix Cunningham in Moreno Valley. . With an opportunity to give back to the community, he can impact lives by dialoging with at-risk youth and mentoring young prisoners.

To further help Mr. Ashanti, The FACTS (Families to Amend California's Three Strikes) Education Fund will aid with legal advice and food assistance.

In summation, in view of his rehabilitation and fair review, we unreservedly recommend Mr. Askia Ashanti's release from prison. If you have any questions, please do not hesitate to contact me at the above address.

Sincerely,

*Sister Mary Sean*

Sister Mary Sean Hodges
Office of Restorative Justice

Cc    Mr. Askia Ashanti

---

S  E  R  V  I  C  E

---

CUNNINGHAM                      #CV-14-4814-HSG

      V.                    SERVICE

MEDTRONICS INC.

_____/


I declare that I am over the age of (18) and am party to cause of action. I declare that I serviced the below parties by depositing copy of the document (RE: Case Management Statement) in the US MAIL system at the California Health Care Facility in Stockton, California:


Clerk of the Court                      Medtronics Inc.,
US District Court (Northern)            710 Medtronic Parkway
450 Golden Gate Avenue                  Minneapolis, Minnesota 55432
San Francisco, California 94102

                                        Dr. Shane Burch, MD.,
                                        UCSF Spine Center
                                        400 Parmassus Ave. #3rd Floor
                                        San Francisco, California 94143


I DECLARE UNDER PENALTY OF PERJURY AND THE LAWS OF THE (USA) THE FOREGOING IS TRUE. THIS SERVICE WAS EXECUTED ON 2/15/2015 AT STOCKTON, CALIFORNIA.


       LORENZO CUNNINGHAM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# FILED

**February 13. 2015**

Richard W. Wieking, Clerk of Court

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Cunningham, <br>          Plaintiffs, <br><br>     v. <br><br> Medtronic Inc. et al, <br>          Defendants. | Case No. 3:14-cv-04814-EMC <br><br> **ORDER REASSIGNING CASE** |

Counsel and parties are advised that this case is reassigned to the Honorable Haywood S. Gilliam, Jr. for all further proceedings.

1.     All filings after the date of this order shall bear the initials "HSG" immediately after the case number.

2.     All hearings and appearances will be held in Courtroom 15 on the 18th Floor of the United States Courthouse, 450 Golden Gate Avenue, San Francisco, California.

3.     Matters currently referred to a Magistrate Judge will remain before that Magistrate Judge absent further notice.

4.     Cases previously referred to an ADR process will proceed under the terms of the applicable ADR Local Rules. Dates for previously scheduled ADR telephone conferences will remain in place.

5.     All discovery cutoff dates and other deadlines associated with this case, such as disclosure and expert deadlines, shall remain in effect.

6.     All briefing schedule dates for motions and other proceedings will remain in place.

7.     Except for matters noticed for hearing before a magistrate judge, all motion hearing dates are vacated and must be renoticed by the moving party for a date consistent with the Court's law and motion calendar.

United States District Court
Northern District of California

8.      All pretrial conference and trial dates scheduled on or before June 19, 2015 are vacated.  All discovery cutoff and other pretrial deadlines (e.g., motions in limine, pretrial statements, proposed joint trial exhibits, etc.) will remain in place.  The Court will notify the parties when a status conference will be held to schedule a new pretrial conference and trial dates for affected cases.  If a party believes that vacating a trial date presents a particular hardship, that party may file a letter of no more than one page requesting an expedited case management conference to discuss the trial schedule.  If the parties are of the same view on this point, the letter should be filed jointly.

9.      All pretrial conference and trial dates currently set for after June 19, 2015, and all other deadlines associated with the case, will remain in place unless otherwise ordered.  Counsel must renotice the pretrial conference for Tuesday at 3:00 p.m. in the currently scheduled week.

10.     All case management conference dates are vacated and will be reset by the Court.

11.     **The parties shall file a joint case management statement within 15 days of the date of this order**.  Separate statements may be filed if either party is proceeding without counsel.  The statement should not exceed 10 pages in length and should address all issues outlined in the Standing Order for All Judges of the Northern District.

12.     The Court will review the case management statement(s) and determine when the next conference should take place.  However, if the parties believe (or if a party believes) that a prompt case management conference is needed, they should include an introductory paragraph requesting one, briefly explaining why one is needed, and identifying a proposed date consistent with the Court's standing orders and posted availability.  The Court's case management conferences will be held on Tuesdays at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: February 13, 2015

FOR THE EXECUTIVE COMMITTEE,

*Richard W. Wieking*

RICHARD W. WIEKING
Clerk of Court

2

3-8-2015

CLERK

PLEASE "FILE" PAPERS AND
RETURN FILED CONFORM COPY IN
(SASE) ENVELOPE.

THANK YOU!

(PS) PLEASE MAKE ANY
XTRA COPIES FOR
COURT, PLAINTIFF PLAINTIFF
(HALF COPY APP    PLAINTIFF)
HALF FOR DEFENDANTS.
THANK YOU...

Mr. J. R. Cagle

CA DEPARTMENT
OF CORRECTIONS
AND REHABILITATION

INSPECTED BY
MAR 19 2015
U.S. SERVICE

03/10/2015
US POSTAGE
ZIP 95211
04LL12003