Lorenzo R. Cunningham
D#98935 (Unit: D4A/#126)
California Health Care Facility (CHCF)
7707 S. Austin Road
POB 32050
Stockton, California
95213
IN PRO SE:

FEDERAL DISTRICT COURT
(NORTHERN) CALIFORNIA

| | |
|---|---|
| LORENZO R. CUNNINGHAM<br>Plaintiff<br>-v-<br>MEDTRONICS INC., et al.,<br>DR. SHANE BURCH, MD., et al.,<br>Defendants | #CV-14-4814-HSG<br>*PROOF OF SERVICE ON DEFENDANTS<br>28 USC 1746<br>Fed.R.Civ.Proc. 4(a)-(m) |

TO THE HON. HAYWOOD S. GILLIAM JR., (DISTRICT JUDGE) FOR THE UNITED STATES DISTRICT COURT FOR THE (NORTHERN) DISTRICT OF CALIFORNIA:

0oooooooo0ooooooo0

(I) JUDICIAL NOTICE/PROOF OF SERVICE:

Plaintiff move the court to take judicial notice of the facts, laws, declarations/affidavits and/or exhibits attached to pleading to substantiate the validity of claims, see Fed.R.Evid. 201; U.S. v. Wilson, 631 F2d 118, 119 (9th Cir,1980)(e.g. court taking judicial notice of documents within files)

On 3/2/2015, the court issued an ("ORDER") for the defendants to be serviced with federal complaint 42 USC 1983 with state suplimental 28 USC 1367 claims to be served on defendants (i.e. Medtronics Inc., & Dr. Shane Burch) and for the ("Proof of Service") to be filed with the court within a 60-day period (approx. 2-months).

Plaintiff complaint was filed on 10/30/2014; both defendants Medtronics Inc., and Dr. Shane Burch, MD., initially on 12/1/2014 was serviced a (i.e. Notice of Lawsuit & Request to Waive Service of Summons) with a copy of the Complaint & Appendix of Exhibits with a deadline for defendants response at 60-day period set for 2/1/2015 with neither defendants responding to the suit, judicial notice (EX#A & EX#D). Plaintiffs prison ("Mail-Log/Legal-Mail") reflecting Prison Mailroom Staff serving mail on defendants (EX#D).

Per the courts 3/2/2015 ("ORDER"); plaintiff recently on (3) occasions xeroxed multiple copies of the Court-Clerks documents mailed to plaintiff for service on defendants: (i) Court-Order 3/2/2015; (ii) Summons; (iii) Complaint; (iv) Appendix of Exhibits; judicial notice courts 3/2/2015 ("ORDER").

Plaintiff on 3/15/2015 mailed copies of (i.e. Order; Summons; Complaint; and Appendix of Exhibits) to the Federal/U.S. Marshals Service Office for defendants with request to Marshals to temporary hold pleadings/documents to the defendants while plaintiff's relatives send the Marshals Service the mailing fees (i.e. approx. $25-$30) for mail service on defendants, see (EX#C & EX#D) reflecting mail-service of pleadings to the U.S. Marshals and Prison Mailroom-Staff mailing documents to Marshals.

Plaintiff in addition mailed xeroxed copies of court-pleadings (i.e. Order; Summons; Complaint & Appendix/Exhibits) to retained Criminal Private Attorney David Jay Bernstein, Esq., of the FLC/Federal Legal Center who is representing plaintiff as a petitioner for a federal criminal habeas corpus 28 USC 2241/2254 challenging judgement for release to mail-service w/ Proof of Service to the defendants to prosecute 42 USC 1983 suit, judicial notice (EX#D).

Finally, plaintiff on 3/17/2015 the same date of service of pleadings to private Criminal Attorney Mr. Bernstein; in addendum personally service the defendants Medtronics Inc., and Dr. Burch/UCSF Spine Center with copies of the (i.e. 3/2/2015/Order; Summons; Complaint & Appendix of Exhibits) via the U.S. Mail system at the (CHCF) California Health Care Facility in Stockton, California pursuant to 28 USC 1746; Fed.R.Civ.Proc. 4(a)-(m); Boudett v. Barnett, 923 F2d 754 (9th Cir,1991) and Walker v. Sumner, 14 F3d 1415 (9th Cir, 1994). Judicial notice (EX#B & EX#D).

Plaintiff injuries occured in (2012); the initial 42 USC 1983; 28 USC 1367 federal/state claim suit was timely filed in (2013) under case, Cunningham v. UCSF Spine Center, #CV-13-1976-EMC (N.D.Cal,2013) via authority Monroe v. Pape, 365 US 167 (1961) and Ashker v. Calif. Dept. Corr., 112 F3d 392 (9th Cir,1997).

The suit was voluntarily dismissed per Fed.R.Civ.Proc. 41 to refile case in State Court in which tribunal denied filing. Ultimately, the case was refiled in Federal Court under, Cunningham v. Medtronics Inc. et al., #CV-14-4814 HSG (N.D.Cal,2014) in year (2014) with case entitled to 2-year tolling period as an (IDL) Indeterminatelly Life Term prisoner with possibility of parole as a 3-Strike/25-to-Life defendant (1995-2020) via case, People v. Ashanti (Cunningham), #BA-118005 (LA.Co.Sup.Ct.1995) for offense Vehicle Code 10851 (Driving Without Owner Consent/Joyriding). Tolling is granted for 2-years in filing case under 42 USC 1983 per Calif. Code Civ. Proc. 352.1; Wilson v. Garcia, 471 US 261 (1985); Vaghan v. Grijslva, 927 F2d 476 (9th Cir,1991) and Martiniz v. Gomez, 137 F3d 1124 (9th Cir,1998).

## CONCLUSION

Plaintiff move the court to take judicial notice of the facts, laws, and exhibits along with declaration/affidavit for proof of claims and to file the ("POS") Proof of Service of defendants being serviced: (i) Order; (ii) Summons; (iii) Complaint; (iv) Appendix of Exhibits, with due diligence.

DECLARATION/AFFIDAVIT

(1) I declare that (LORENZO CUNNINGHAM/AKA: ASKIA ASHANTI) am the declarant-affiant herein and is currently serving a judgement of 3-strikes/25-to-life term for V.C. 10851 (Joyriding) via case People v. Ashanti, #BA-118005 (LASC,1995) and legally changed my name per C.C.P. 1275-1279 in 1994 via case In re Cunningham/Ashanti, #BS-028939 (LASC,1994); and am currently confined at CHCF/California Health Care Facility in Stockton, California.

(2) I declare that on 12/1/2014 this declarant/affiant serviced the defendants Medtronics Inc., and Dr. Shane Burch, MD (UCSF Spine Center) with a Notice of Lawsuit/Waiver of Summons for Service and copies of Complaint & Appendix of Exhibits of the 42 USC 1983 federal civil suit in current case; and the defendants did not respond to the suit.

(3) I declare on 3/15/2015, declarant/affiant mail copies of the 3/2/2015 Court Order; Summons; Complaint; Appendix/Exhibits to the U.S. Marshals Service of (Northern) U.S. District Court for mail-service on defendants Medtronics Inc., and Dr. Shane Burch and awaiting POS/Proof of Service from the Federal Marshals.

(4) I declare on 3/17/2015, declarant/affiant mailed copies of the 3/2/2015 Court Order; Summons; Complaint; Appendix/Exhibits to private retained criminal lawyer David Bernstein, Esq., FLC/Federal Legal Center for mail-service to defendants Medtronics Inc., & Dr. Shane Burch and am awaiting copy of POS/Proof of Service; and declarant/affiant on 3/17/2015 personally serviced via US MAIL at CHCF/California Health Care Facility copy of same documents (i.e. Order/Summons/Complaint/Appendix-Exhibits) for service on defendants Medtronics Inc., & Dr. Shane Burch and attached copy of POS/Proof of Service via self-service as (Exhibit#B) to current pleading.

(5) I declare as declarant/affiant since the filing of the Complaint & Appendix 42 USC 1983 in October/2014 with Federal Court; service to defendants Medtronics Inc. & Dr. Shane, MD., in December/2014 of Notice of Lawsuit-Request Waiver of Summons with Complaint/Appendix; and service by mail to U.S. Marshals Service and private retained criminal lawyer David Bernstein, Esq., in March/2015 of (i.e. Order/Summons/Complaint/Appendix) to serve defendants with Proof of Service; and declarant/affiant personal mail-service to defendants in March/2015 of (i.e. Order/Summons/Complaint-Appendix) the service via institutional prison mailroom of U.S. Mail system; the defendants Medtronics Inc., & Dr. Shane Burch, MD., has not responded to suit with no pleadings to plaintiff or the court.

(6) I declare as declarant/affiant that plaintiff suffers daily excruciating (back-pain) due to the instrumentation of the Harrington-Rods (T10-S5) covering thoracic -to- sacral section of spinal-cord system. On 3/17/2015 plaintiff/patient/declarant/affiant whom is currently transferred from CMF/California Medical Facility in Vacaville, California to CHCF/California /// Health Care Facility in Stockton, California (i.e. specialized medical prison) suffered a traumatic back pain/injury while getting off toilet experiencing severe loud/painful popping-sound at lower-back/hardware section and was transported from Medical Prison (CHCF) to (SJGH) San Joaquin General Hospital) for back x-rays to hardware site, see (EX#E).

///

I DECLARE UNDER PENALTY OF PERJURY AND THE LAWS OF THE (USA) THE FOREGOING IS TRUE. THIS ACTION/DECLARATION-AFFIDAVIT WAS EXECUTED ON 3 / 23 / 2015 AT STOCKTON, CALIFORNIA.

LORENZO R. CUNNINGHAM

# I N D E X

# E X H I B I T

EX#A: Notice of Lawsuit/Waiver of Summons-Service on Defendants
(RE: Medtronics Inc., & Dr. Shane Burch, MD.,)

EX#B: Proof of Service (F.R.C.P. 4)
(RE: Medtronics Inc., & Dr. Shane Burch, MD.,)

EX#C: USM-285 Forms (U.S. Marshals Service
(RE: Medtronics Inc., & Dr. Shane Burch, MD.,)

EX#D: Plaintiffs (Prison CDCR#119/Legal-Mail Log Chrono)
(RE: List Outgoing Prison Legal Mail)

EX#E: Plaintiffs (Medical Report) & (X-Ray Photos)
(RE: San Joaquin General Hospital/Back Injury)
(RE: UCSF Spine Center)

# EXHIBIT

# A

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of California

LORENZO R. CUNNINGHAM
*Plaintiff*
v.
MEDTRONICS INC., et al.,
*Defendant*

Civil Action No. #CV-14-4814-EMC

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Medtronics Incorporation (Defendant)
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within 60 days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: 12/1/2014

[signature]
*Signature of the attorney or unrepresented party*

Lorenzo R. Cunningham
*Printed name*

California Health Care Facility
7707 S. Austin Road
P.O. Box 32050
*Address*

Stockton, California 95213/95215
*E-mail address*

N/A
*Telephone number*

Attachment 5

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of California

LORENZO R. CUNNINGHAM
*Plaintiff*
v.
MEDTRONICS INC., et al.,
*Defendant*

Civil Action No. #CV-14-4814-EMC

## WAIVER OF THE SERVICE OF SUMMONS

To: Lorenzo R. Cunningham (Plaintiff)
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from ____________________, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: ______________

*Signature of the attorney or unrepresented party*

*Printed name of party waiving service of summons*

*Printed name*

*Address*

*E-mail address*

*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

Attachment 6

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of California

LORENZO R. CUNNINGHAM
*Plaintiff*
v.
MEDTRONICS INC., et al.,
*Defendant*

Civil Action No. #CV-14-4814-EMC

## NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS

To: Dr. Shane Burch, M.D., (UCSF Spine Center)
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within 60 days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: 12/1/2014

*Signature of the attorney or unrepresented party*

Lorenzo R. Cunningham
*Printed name*

California Health Care Facility
7707 S. Austin Road
P.O. Box 32050
*Address*

Stockton, California 95213/95215
*E-mail address*

N/A
*Telephone number*

Attachment 5

AO 399 (01/09) Waiver of the Service of Summons

# UNITED STATES DISTRICT COURT

for the

Northern District of California

LORENZO R. CUNNINGHAM
*Plaintiff*
v.
MEDTRONICS INC., et al.,
*Defendant*

Civil Action No. #CV-14-4814-EMC

## WAIVER OF THE SERVICE OF SUMMONS

To: Lorenzo R. Cunningham (Plaintiff)
*(Name of the plaintiff's attorney or unrepresented plaintiff)*

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from ____________________, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be entered against me or the entity I represent.

Date: ______________

*Signature of the attorney or unrepresented party*

*Printed name of party waiving service of summons*

*Printed name*

*Address*

*E-mail address*

*Telephone number*

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

Attachment 6

# EXHIBIT

# B

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Medtronics Incorporation (Inc.)., was received by me on *(date)* 3/17/2015 .

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Medtronics Incorporation , who is designated by law to accept service of process on behalf of *(name of organization)* Medtronics Inc., via US MAIL at Medtronics Inc., on *(date)* 3/17/2015 ; or

☐ I returned the summons unexecuted because ______ ; or

☒ Other *(specify)*: Plaintiff/Prisoner at CHCF/Stockton via US MAIL serviced Defendant (Medtronics Inc.) per 28 USC 1746; F.R.C.P. 4(a)-(m).

My fees are $ N/A for travel and $ N/A for services, for a total of $ N/A .

I declare under penalty of perjury that this information is true.

Date: 3/17/2015

[signature] (AKA: Askia Ashanti)
*Server's signature*

Lorenzo Cunningham (AKA: Askia Ashanti)
*Printed name and title*

California Health Care Facility (CHCF)
7707 S. Austin Road (POB 32050)
Stockton, California 95213/95215
*Server's address*

Additional information regarding attempted service, etc:

B1

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Dr. Shane Burch, MD., (UCSF Spine Ctr.) was received by me on *(date)* 3/17/2015 .

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Dr. Shane Burch, M.D., , who is designated by law to accept service of process on behalf of *(name of organization)* Dr. Shane Burch, MD, via US MAIL at UCSF Spine Center on *(date)* 3/17/2015 ; or

☐ I returned the summons unexecuted because ______ ; or

☒ Other *(specify)*: Plaintiff/Prisoner at CHCF/Stockton via US MAIL serviced Defendant (Dr. Shane Burch, MD) per 28 USC 1746; F.R.C.P. 4(a)-(m) .

My fees are $ N/A for travel and $ N/A for services, for a total of $ N/A .

I declare under penalty of perjury that this information is true.

Date: 3/17/2015

[signature] (AKA: Askia Ashanti)
*Server's signature*

Lorenzo Cunningham (AKA: Askia Ashanti)
*Printed name and title*

California Health Care Facility (CHCF)
7707 S. Austin Road (POB 32050)
Stockton, California 95213/95215
*Server's address*

Additional information regarding attempted service, etc:

BJ

# EXHIBIT C

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Lorenzo R. Cunningham | #CV-14-4814-HSG(ND.Cal,201 |
| DEFENDANT | TYPE OF PROCESS |
| Medtronic Inc., et al., | Summons/Complaint/Order... |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Medtronic Incorporation

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
710 Medtronic Parkway., Minneapolis, Minnesota 55432

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Lorenzo Reneal Cunningham (Pro Se)
D#98935 (Unit: D4A/#126)
California Health Care Facility
7707 S. Austin Road (POB 32050)
Stockton, California 95213

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | Ø |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold

Please service Defendant
(Monday -thru- Friday).,
(6AM -thru- 5PM)...

*Service via U.S. Mail...

Fold

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| Lorenzo R. Cunningham [signature] | ☒ PLAINTIFF ☐ DEFENDANT | N/A | 3/15/2015 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. | No. | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| Address *(complete only if different than shown above)* | Date of Service | Time am pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

cl

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Lorenzo R. Cunningham | #CV-14-4814-HSG(ND.Cal,2014 |
| DEFENDANT | TYPE OF PROCESS |
| Medtronic Inc., et al., | Summons/Complaint/Order |

**SERVE** NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Shane Burch, M.D.,

**AT** ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
UCSF Spine Center/400 Parnassus Ave.#3rd-Floor., San Francisco, Calif. 94143

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Lorenzo Renell Cunningham (Pro Se)
D#98935 (Unit: D4A/#126)
California Health Care Facility
7707 S. Austin Road (POB 32050)
Stockton, California 95213

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | Ø |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

Fold Fold

Please service Defendant
(Monday -thru- Friday).,
(6AM -thru- 5PM)...

*Service via U.S. Mail...

| Signature of Attorney or other Originator requesting service on behalf of: | | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| [signature] | ☒ PLAINTIFF ☐ DEFENDANT | N/A | 3/15/2015 |

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | | No. ______ | No. ______ | | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| Address *(complete only if different than shown above)* | Date of Service | Time am pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

CJ

**PRIOR EDITIONS MAY BE USED**

**1. CLERK OF THE COURT**

**FORM USM-285 (Rev. 12/15/80)**



U.S. Department of Justice

United States Marshals Service

Northern District of California

San Francisco, CA 94102

December 22, 2014

Lorenzo Cunningham
D98935 Unit D4A/#122
California Health Care Facility
PO Box 32050
Stockton, CA 95213

Re: Request for Schedule of Fees/USM285

Mr. Cunningham:

We have enclosed three USM285s and a Schedule of Fees for the US Marshals.

The US Marshals Service does not have control over the issue of Summons forms. Those forms (AO440) must be requested of the Clerk of the Court.

Rm # 206894

C3

| SCHEDULE OF FEES AND COMMISSIONS | | |
|---|---|---|
| A deposit based on anticipated USMS fees and expenses is required at the time the request for service of process is made. Any expenses not covered will be billed. Any overpayment will be refunded. Funds are accepted by check or cashier's check. Refunds and proceeds are usually dispersed electronically (contact the Service of Process Unit for an ACH form.) | | |
| SERVICE FEE: | $65 per hour (or portion thereof) per deputy marshal | The US Marshal determines the number of deputies required based on safety and security requirements. Requestors will only be charged for the number of deputies required. |
| MILEAGE FEE: | $0.56 per mile | The US Marshal will attempt to serve multiple parties in the same request on one trip in order to minimize the mileage fee.<br><br>*Ex: If three parties are to be served in a single case and all three live at the same location 55 miles away, the mileage fee would be $31.07 (55 miles x .565). The mileage would only be assessed on one of the parties.*<br><br>*If three parties in same case live at different locations five miles apart, the furthest being 20 miles away, a mileage fee of $11.30 on the most remote (20 miles x .565), $2.82 on next party (5 miles x .565) and $2.82 on the final party (5 miles x .565)* |
| FORWARDING FEE: | $8 | If process is to be served in person in another judicial district. This fee is in addition to any service or mileage fees. |
| MAILING FEE: | $8 | Process that can be served by mail within and without the district. |
| ADMINISTRATIVE (DOCUMENT) FEE: | $20 | Covers the preparation and publication of documents such as US Marshal Deeds, Bill of Sale, and Notice of Sale |
| SEIZURES, WARRANTS OF ARREST IN REM | Contact USMS office for information | Fees are based on Service Fees (Number of deputies, Number hours, mileage, and other expenses. |
| COPYING FEE: | $0.10 per page | |
| COMMISSION (Sales) | 3% on first $1000 plus 1.5% on the balance. | Minimum commission is $100. The Maximum commission is $50,000. |
| EXPENSES | Actual Amount | Necessary expenses that must be paid in the course of the service of process including: County Clerk-Recorder Filling Fees, Locksmith Services, Storage, Insurance, Keepers/ or Guards, Advertising, etc.<br><br>Requestors may elect to pay these fees directly. Please consult with the Process Service Unit to verify direct payment of these expenses. |



# EXHIBIT D

Attn: Mailroom (Legal Desk)

STATE OF CALIFORNIA
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) (FIRST NAME) | | CDC NUMBER: | SIGNATURE: |
|---|---|---|---|
| CUNNINGHAM (AKA: Ashanti) | | D#98935 | Cunningham (Ashanti) |
| HOUSING/BED NUMBER: D4A/#126 | ASSIGNMENT: Medical (TMD) | HOURS FROM ∅ TO ___ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): Copy of CDCR#119/Log |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW: ATTN: CHCF/Mailroom (Legal Desk)

Inmate/Patient request copy of CDCR#119/Legal Mail Chrono Incoming/Outgoing from 10/1/2014 -thru- 3/20/2015.

Thank You!!!

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED **

XX SENT THROUGH MAIL: ADDRESSED TO: MAILROOM (LEGAL DESK) DATE MAILED: 3/19/2015

☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|
| | | | |

| IF FORWARDED - TO WHOM: | DATE DELIVERED/MAILED: | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON BY US MAIL |
|---|---|---|
| (CHCF/Stockton) Legal-Desk/Mailroom | March 19, 2015 | BY US MAIL (circled) |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| A Dentoria | 3/19/15 | [signature] | 3/19/15 |

Attached are the copies you requested.

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

*No Further Response Required...
*Requested/Issue Resoloved...

| SIGNATURE: | DATE SUBMITTED: |
|---|---|
| Cunningham (Ashanti) | 3/20/2015 |

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|
| | | | |

D

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

# OUTGOING CONFIDENTIAL/SPECIAL PURPOSE MAIL LOG

| DATE SENT | INMATE NAME | CDCR# | SENT TO | CITY / STATE |
|---|---|---|---|---|
| 10/3/2014 | CUNNINGHAM AKA ASHANTI | D98935 | CLERK OF SUPREME COURT | SAN FRANCISCO, CA |
| 10/3/2014 | CUNNINGHAM AKA ASHANTI | D98935 | NANCY GAYNOR ATTORNEY AT LAW | LOS ANGELES, CA |
| 10/7/2014 | CUNNINGHAM AKA ASHANTI | D98935 | CLERKS OF COURT FEDERAL DISTRICT | SAN FRANCISCO, CA |
| 10/7/2014 | CUNNINGHAM AKA ASHANTI | D98935 | CLERKS OF COURT FEDERAL DISTRICT | LOS ANGELES, CA |
| 10/7/2014 | CUNNINGHAM AKA ASHANTI | D98935 | US DISTRICT COURT | SACRAMENTO, CA |
| 10/7/2014 | CUNNINGHAM AKA ASHANTI | D98935 | MILLARD MURPHY, ATTORNEY | SAN QUENTIN, CA |
| 10/8/2014 | CUNNINGHAM AKA ASHANTI | D98935 | CLERK OF SUPREME COURT | SAN FRANCISCO, CA |
| 10/8/2014 | CUNNINGHAM AKA ASHANTI | D98935 | KATHY GILBERT ESQ | SAN FRANCISCO, CA |
| 10/8/2014 | CUNNINGHAM AKA ASHANTI | D98935 | MARC ERIC NORTON, ATTORNEY | ZAMORA, CA |
| 10/8/2014 | CUNNINGHAM AKA ASHANTI | D98935 | POST CONVICTION JUSTICE PROJECT | LOS ANGELES, CA |
| 10/8/2014 | CUNNINGHAM AKA ASHANTI | D98935 | AHMED M ABDULLAH ESQ | LOS ANGELES, CA |
| 10/13/2014 | CUNNINGHAM AKA ASHANTI | D98935 | CLERKS OF THE COURT | SAN DIEGO, CA |
| 10/13/2014 | CUNNINGHAM AKA ASHANTI | D98935 | CLERKS OF THE COURT | SACRAMENTO, CA |
| 10/13/2014 | CUNNINGHAM AKA ASHANTI | D98935 | ALLAN C MILLER | BERKELEY, CA |
| 10/13/2014 | CUNNINGHAM AKA ASHANTI | D98935 | UC DAVIS SCHOOL OF LAW | DAVIS, CA |
| 10/14/2014 | CUNNINGHAM AKA ASHANTI | D98935 | OFFICE OF CDCR JEFFREY BEARD | SACRAMENTO, CA |
| 10/14/2014 | CUNNINGHAM AKA ASHANTI | D98935 | PRISON LAW OFFICE | SAN QUENTIN, CA |
| 10/14/2014 | CUNNINGHAM AKA ASHANTI | D98935 | WARDEN OF CHCF | STOCKTON, CA |
| 10/15/2014 | CUNNINGHAM AKA ASHANTI | D98935 | ATTORNEY GENERAL | SACRAMENTO, CA |
| 10/15/2014 | CUNNINGHAM AKA ASHANTI | D98935 | US DISTRICT COURT | SACRAMENTO, CA |
| 10/16/2014 | CUNNINGHAM AKA ASHANTI | D98935 | SUPERIOR COURT | SAN FRANCISCO, CA |
| 10/16/2014 | CUNNINGHAM AKA ASHANTI | D98935 | U.C. BERKELEY SCHOOL OF LAW | BERKELEY, CA |
| 10/21/2014 | CUNNINGHAM AKA ASHANTI | D98935 | CLERKS OF THE COURT | SAN FRANCISCO, CA |
| 10/21/2014 | CUNNINGHAM AKA ASHANTI | D98935 | CLERKS OF THE COURT | SACRAMENTO, CA |
| 10/23/2014 | CUNNINGHAM AKA ASHANTI | D98935 | CLERK OF SUPREME COURT | SAN FRANCISCO, CA |
| 10/24/2014 | CUNNINGHAM AKA ASHANTI | D98935 | COPY OF OUTGOING LOG ISSUED TO INMATE | STOCKTON, CA |
| 10/24/2014 | CUNNINGHAM AKA ASHANTI | D98935 | OFFICE OF OMBUDSMAN | SACRAMENTO, CA |
| 10/24/2014 | CUNNINGHAM AKA ASHANTI | D98935 | UCSF OFFICE OF LEGAL COUNSEL | SAN FRANCISCO, CA |
| 10/24/2014 | CUNNINGHAM AKA ASHANTI | D98935 | JAMES DREMANN, ATTORNEY | APPLEGATE, CA |
| 10/27/2014 | CUNNINGHAM AKA ASHANTI | D98935 | OFFICE OF INSPECTOR GENERAL | SACRAMENTO, CA |
| 11/4/2014 | CUNNINGHAM AKA ASHANTI | D98935 | CLERKS OF THE COURT | SACRAMENTO, CA |
| 11/4/2014 | CUNNINGHAM AKA ASHANTI | D98935 | CLERKS OF THE COURT | SAN FRANCISCO, CA |

3/19/2015

# OUTGOING CONFIDENTIAL/SPECIAL PURPOSE MAIL LOG

| DATE SENT | INMATE NAME | CDCR # | SENT TO | CITY / STATE |
|---|---|---|---|---|
| 11/5/2014 | CUNNINGHAM AKA ASHANTI | D98935 | DAVID BERNSTEIN, ATTORNEY AT LAW | DEERFIELD BEACH, FL |
| 11/5/2014 | CUNNINGHAM AKA ASHANTI | D98935 | APPELLATE DEFENDERS INC | LOS ANGELES, CA |
| 11/14/2014 | CUNNINGHAM AKA ASHANTI | D98935 | INMATE APPEALS BRANCH | SACRAMENTO, CA |
| 11/14/2014 | CUNNINGHAM AKA ASHANTI | D98935 | OUTGOING LOG PRINT OUT ISSUED | D4A-122 |
| 11/17/2014 | ASHANTI | D98935 | DAVID J. BERNSTEIN, ATTORNEY | DEERFIELD BEACH, FL |
| 11/17/2014 | CUNNINGHAM AKA ASHANTI | D98935 | OIA | SACRAMENTO, CA |
| 11/18/2014 | CUNNINGHAM AKA ASHANTI | D98935 | CLERK OF THE COURT, US DIST COURT | SACRAMENTO, CA |
| 11/18/2014 | CUNNINGHAM AKA ASHANTI | D98935 | CLERK OF THE COURT, US DIST COURT | SAN FRANCISCO, CA |
| 11/21/2014 | ASHANTI | D98935 | US DIST COURTS | SACRAMENTO, CA |
| 11/25/2014 | ASHANTI | D98935 | ROSEN BIEN & GALVAN, LLP | SAN FRANCISCO, CA |
| 11/25/2014 | ASHANTI | D98935 | OFFICE OF FEDERAL RESERVE | SACRAMENTO, CA |
| 11/25/2014 | ASHANTI | D98935 | ATTORNEY GENERAL | LOS ANGELES, CA |
| 11/25/2014 | ASHANTI | D98935 | CA SUPREMEM COURT | SAN FRANCISCO, CA |
| 11/26/2014 | ASHANTI | D98935 | OFFICE OF INSPECTOR GENERAL | SACRAMENTO, CA |
| 11/26/2014 | ASHANTI | D98935 | DAVID BERNSTEIN, ATTORNEY AT LAW | DEERFIELD BEACH, FL |
| 12/1/2014 | CUNNINGHAM AKA ASHANTI | D98935 | CLERKS OF THE COURT | RANCHO CUCAMONGA, CA |
| 12/1/2014 | CUNNINGHAM AKA ASHANTI | D98935 | US DIST COURT | SAN FRANCISCO, CA |
| 12/1/2014 | CUNNINGHAM AKA ASHANTI | D98935 | CLERKS OF THE COURT | SAN FRANCISCO, CA |
| 12/1/2014 | CUNNINGHAM AKA ASHANTI | D98935 | CLERKS OF THE COURT | SAN FRANCISCO, CA |
| 12/2/2014 | ASHANTI | D98935 | LAURIE LEVINSON, ATTORNEY | LOS ANGELES, CA |
| 12/2/2014 | ASHANTI | D98935 | PHILIP ALEXANDER, ATTORNEY | OCEANSIDE, CA |
| 12/2/2014 | ASHANTI | D98935 | CA SUPREME COURT | SAN FRANCISCO, CA |
| 12/2/2014 | CUNNINGHAM AKA ASHANTI | D98935 | OFFICE LEGAL COUNSEL ✓ *(i.e Dr. Busch) | SAN FRANCISCO, CA |
| 12/2/2014 | CUNNINGHAM AKA ASHANTI | D98935 | OFFICE OF LEGAL COUSEL ✓ *(i.e. Milotronics) | MINNEAPOLIS, MN |
| 12/4/2014 | ASHANTI | D98935 | CARTER WHITE, ATTORNEY AT LAW | DAVIS, CA |
| 12/9/2014 | ASHANTI | D98935 | INMATE APPEALS *(Re: Documents)* | ELK GROVE, CA |
| 12/9/2014 | ASHANTI | D98935 | CLERK OF THE COURT CRIMINAL COURTS (1) Suit Notice/Waiver Of Summons | SAN FRANCISCO, CA |
| 12/10/2014 | ASHANTI | D98935 | CA SUPREME COURT (2) Complaint | SAN FRANCISCO, CA |
| 12/10/2014 | ASHANTI | D98935 | DAVID BERNSTEIN, ATTORNEY AT LAW (3) Appendix Of Exhibits | DEERFIELD BEACH, FL |
| 12/11/2014 | ASHANTI | D98935 | JAMES WHITEHOUSE, ATTORNEY | SAN JUAN CAPISTRANO, CA |
| 12/12/2014 | ASHANTI | D98935 | TRUETT AKIN, ATTORNEY | HOUSTON, TX |
| 12/15/2014 | ASHANTI | D98935 | US MARSHALL SERVICE | SACRAMENTO, CA |

# OUTGOING CONFIDENTIAL/SPECIAL PURPOSE MAIL LOG

| DATE SENT | INMATE NAME | CDCR # | SENT TO | CITY / STATE |
|---|---|---|---|---|
| 12/15/2014 | ASHANTI | D98935 | JAMES WHITEHOUSE, ATTORNEY | SAN JUAN CAPISTRANO, CA |
| 12/15/2014 | ASHANTI | D98935 | CA SUPREME COURT | SAN FRANCISCO, CA |
| 12/16/2014 | ASHANTI | D98935 | POMONA SUPERIOR COURT | POMONA, CA |
| 12/16/2014 | ASHANTI | D98935 | US MARSHALL SERVICE | SAN FRANCISCO, CA |
| 12/16/2014 | ASHANTI | D98935 | US DIST COURT | SACRAMENTO, CA |
| 12/19/2014 | ASHANTI | D98935 | CA SUPREME COURT | SAN FRANCISCO, CA |
| 12/22/2014 | ASHANTI | D98935 | CA SUPREME COURT | SAN FRANCISCO, CA |
| 12/22/2014 | ASHANTI | D98935 | CA SUPREME COURT | SAN FRANCISCO, CA |
| 12/23/2014 | ASHANTI | D98935 | OFFICE OF PUBLIC DEFENDERS CO. OF SAN BERNARDINO | SAN BERNARDINO, CA |
| 12/23/2014 | ASHANTI | D98935 | OFFICE OF PUBLIC DEFENDERS CO. OF LA | LOS ANGELES, CA |
| 12/23/2014 | ASHANTI | D98935 | CLERK OF THE COURT PAMONA | PAMONA, CA |
| 12/23/2014 | ASHANTI | D98935 | OFFICE OF ATTORNEY GENERAL | LOS ANGELES, CA |
| 12/23/2014 | ASHANTI | D98935 | CLERK OF THE COURT RANCHO CUCAMONGA | RANCHO CUCAMONGA, CA |
| 12/23/2014 | ASHANTI | D98935 | HEALTH CARE APPEALS | ELK GROVE, CA |
| 12/23/2014 | ASHANTI | D98935 | DAVID BERNSTEIN, ATTORNEY AT LAW | DEERFIELD BEACH, FL |
| 12/24/2014 | ASHANTI | D98935 | US MARSHALL SERVICE | SAN FRANCISCO, CA |
| 12/29/2014 | ASHANTI | D98935 | US MARSHALL SERVICE | SACRAMENTO, CA |
| 12/30/2014 | ASHANTI | D98935 | POST CONVICTION JUSTICE PROJECT | LOS ANGELES, CA |
| 12/30/2014 | ASHANTI | D98935 | US COURTS EASTERN DIST | SACRAMENTO, CA |
| 12/30/2014 | ASHANTI | D98935 | PRISONERS RIGHTS RESEARCH PROJECT ATTORNEYS AT LAW | CHAMPAIGN, IL |
| 12/30/2014 | ASHANTI | D98935 | CARTER WHITE, ATTORNEY | DAVIS, CA |
| 12/30/2014 | ASHANTI | D98935 | OFFICE OF THE ATTORNEY GENERAL | LOS ANGELES, CA |
| 1/2/2015 | CUNNINGHAM ASHANTI | D98935 | US MARSHALS DIVISION OF SUMMONS | SACRAMENTO, CA |
| 1/2/2015 | CUNNINGHAM ASHANTI | D98935 | CLERK OF SUPREME COURT | SAN FRANCISCO, CA |
| 1/2/2015 | CUNNINGHAM ASHANTI | D98935 | CERK OF THE SUPREME COURT | SAN FRANCISCO, CA |
| 1/2/2015 | ASHANTI | D98935 | US DIST COURT NORTHERN | SAN FRANCISCO, CA |
| 1/2/2015 | ASHANTI | D98935 | US DIST COURT EASTERN | SACRAMENTO, CA |
| 1/2/2015 | ASHANTI | D98935 | RANCHO CUCAMONGA SUPERIOR COURT | RANCHO CUCAMONGA, CA |
| 1/2/2015 | ASHANTI | D98935 | POMONA SUPERIOR COURT | POMONA, CA |
| 1/6/2015 | ASHANTI | D98935 | MARILYN SPIVEY, ATTORNEY | SAN PEDRO, CA |
| 1/6/2015 | ASHANTI | D98935 | KATERA RUTLEDGE, ATTORNEY | APTOS, CA |
| 1/6/2015 | ASHANTI | D98935 | BENJAMIN RAMOS, ATTORNEY | FOLSOM, CA |

# OUTGOING CONFIDENTIAL/SPECIAL PURPOSE MAIL LOG

| DATE SENT | INMATE NAME | CDCR # | SENT TO | CITY / STATE |
|---|---|---|---|---|
| 1/7/2015 | ASHANTI | D98935 | CA SUPREME COURT | SAN FRANCISCO, CA |
| 1/7/2015 | ASHANTI | D98935 | INNOCENCE MATTERS PROJECT | TORRANCE, CA |
| 1/7/2015 | ASHANTI | D98935 | ALEXANDRA MORGAN, ATTORNEY | COSTA MESA, CA |
| 1/13/2015 | ASHANTI | D98935 | CARTER WHITE, ATTORNEY | DAVIS, CA |
| 1/13/2015 | ASHANTI | D98935 | PRISONERS RIGHTS RESEARCH PROJECT ATTORNEYS AT LAW | CHICAGO, IL |
| 1/13/2015 | ASHANTI | D98935 | US MARHAL SERVICE | SACRAMENTO, CA |
| 1/13/2015 | ASHANTI | D98935 | ACLU NATIONAL PRISON PROJECT | SAN FRANCISCO, CA |
| 1/13/2015 | ASHANTI | D98935 | CLERK OF SUPREME COURT | SAN FRANCISCO, CA |
| 1/13/2015 | ASHANTI | D98935 | MICHAEL BECKMAN, ATTORNEY | SANTA MONICA, CA |
| 1/13/2015 | ASHANTI | D98935 | COOKIE RIDOLFI, ATTORNEY | SANTA CLARA, CA |
| 1/14/2015 | ASHANTI | D98935 | MARC E. NORTON, ATTORNEY | ZAMORA, CA |
| 1/14/2015 | ASHANTI | D98935 | US DIST COURT NORTHERN DIST | SAN FRANCISCO, CA |
| 1/14/2015 | ASHANTI | D98935 | FEDERAL DIST COURT EASTERN DIST | SACRAMENTO, CA |
| 1/14/2015 | ASHANTI | D98935 | PRISONERS RIGHTS RESEARCH PROJECT | CHICAGO, IL |
| 1/14/2015 | ASHANTI | D98935 | KATEY GILBERT, ATTORNEY | SAN FRANCISCO, CA |
| 1/15/2015 | ASHANTI | D98935 | OFFICE OF FEDERAL RECEIVER | ELK GROVE, CA |
| 1/15/2015 | ASHANTI | D98935 | OFFICE OF PUBLIC DEFENDERS CO OF LA | POMONA, CA |
| 1/16/2015 | ASHANTI | D98935 | LAW OFFICES OF NORTHERN CA AMERICAN CIVIL LIBERTIES UNION | SAN FRANCISCO, CA |
| 1/16/2015 | ASHANTI | D98935 | DAVID BERNSTEIN, ATTORNEY AT LAW | DEERFIELD BEACH, FL |
| 1/16/2015 | ASHANTI | D98935 | CARTER WHITE, ATTORNEY | DAVIS, CA |
| 1/20/2015 | ASHANTI | D98935 | US DIST COURT EASTERN DIST | SACRAMENTO, CA |
| 1/26/2015 | AHANTI | D98935 | DAVID BERNSTEIN, ATTORNEY | DEERFIELD, FL |
| 1/26/2015 | ASHANTI | D98935 | US DIST COURT NORTHERN DIST | SAN FRANCISCO, CA |
| 1/26/2015 | ASHANTI | D98935 | CLERKS OF COURT FEDERAL DIST COURT EASTERN CA | SACRAMENTO, CA |
| 1/26/2015 | ASHANTI | D98935 | ECCHVER LEGAL CONSULTING CO | IRVINE, CA |
| 1/26/2015 | ASHANTI | D98935 | PROJECT FOR THE INNOCENT LOYOLA LAW SCHOOL | LOS ANGELES, CA |
| 2/2/2015 | CUNNINGHAM ASHANTI | D98935 | CHIEF OF APPEALS | SACRAMENTO, CA |
| 2/2/2015 | CUNNINGHAM ASHANTI | D98935 | OFFICE OF ATTORNEY GENERAL | LOS ANGELES, CA |
| 2/2/2015 | CUNNINGHAM ASHANTI | D98935 | CLERK OF DISTRICT COURT | SACRAMENTO, CA |
| 2/2/2015 | CUNNINGHAM ASHANTI | D98935 | CLERK OF DISTRICT COURT | SACRAMENTO, CA |
| 2/2/2015 | CUNNINGHAM ASHANTI | D98935 | CLERK OF DISTRICT COURT | SACRAMENTO, CA |
| 2/9/2015 | ASHANTI | D98935 | DISTRICT ATTORNEY LA CO. | LOS ANGELES, CA |

# OUTGOING CONFIDENTIAL/SPECIAL PURPOSE MAIL LOG

| DATE SENT | INMATE NAME | CDCR # | SENT TO | CITY / STATE |
|---|---|---|---|---|
| 2/9/2015 | ASHANTI | D98935 | DIST ATTORNEY LA CO. | LOS ANGELES, CA |
| 2/9/2015 | ASHANTI | D98935 | US DIST COURT NORTHERN DIST. | SAN FRANCISCO, CA |
| 2/9/2015 | ASHANTI | D98935 | KAMALA HARRIS, ATTORNEY GENERAL | SACRAMENTO, CA |
| 2/9/2015 | ASHANTI | D98935 | OFFICE OF ATTORNEY GENERAL | LOS ANGELES, CA |
| 2/9/2015 | ASHANTI | D98935 | DAVID BERNSTEIN, ATTORNEY | DEERFIELD BEACH, FL |
| 2/9/2015 | ASHANTI | D98935 | US DIST COURT CENTRAL DIST | LOS ANGELES, CA |
| 2/12/2015 | ASHANTI | D98935 | US DIST COURT EASTERN DIVISION | SACRAMENTO, CA |
| 2/17/2015 | ASHANTI | D98935 | DAVID BERNSTEIN, ATTORNEY | DEERFIELD BEACH, FL |
| 2/17/2015 | ASHANTI | D98935 | ATTORNEYS AT LAW AMERICAN CIVIL LIBERTIES UNION | SAN FRANCISCO, CA |
| 2/17/2015 | ASHANTI | D98935 | US DIST COURT NORTHERN DIST | SAN FRANCISCO, CA |
| 2/19/2015 | ASHANTI | D98935 | EQUAL JUSTICE INITIATIVE ATTORNEYS AT LAW | MONTGOMERY, AL |
| 2/20/2015 | ASHANTI | D98935 | DAVID BERNSTEIN, ATTORNEY | DEERFIELD BEACH, FL |
| 2/20/2015 | ASHANTI | D98935 | CENTURION LEGAL SERVICES OFFICE OF CHIEF COUSEL, ATTORNEY AT LAW | PRINCETON, NJ |
| 2/20/2015 | ASHANTI | D98935 | US DIST COURT EASTERN DIVISION | SACRAMENTO, CA |
| 2/23/2015 | ASHANTI | D98935 | ATTORNEYS AT LAW | CHICAGO, IL |
| 2/23/2015 | ASHANTI | D98935 | CENTURION LEGAL SERVICES OFFICE OF CHIEF COUSEL, ATTORNEY AT LAW | PRINCETON, NJ |
| 2/24/2015 | ASHANTI | D98935 | OFFICE OF ATTORNEY GENERAL | LOS ANGELES, CA |
| 2/24/2015 | ASHANTI | D98935 | OFFICE OF LEGAL COUNSEL ✓ *(i.e. Dr. Burch) | SAN FRANCISCO, CA |
| 2/24/2015 | ASHANTI | D98935 | OFFICE OF LEGAL COUNSEL ✓ *(i.e. Medtronics) | MINNEAPOLIS, MN |
| 2/24/2015 | ASHANTI | D98935 | US DIST COURT EASTERN DIST | SACRAMENTO, CA |
| 2/24/2015 | ASHANTI | D98935 | US DIST COURT CENTRAL DIST *(Re: Documents)* | LOS ANGELES, CA |
| 2/27/2015 | ASHANTI | D98935 | PRISON LAW OFFICE (1) Case Management Statement | SAN QUENTIN, CA |
| 3/3/2015 | ASHANTI | D98935 | INMATE APPEALS BRANCH | SACRAMENTO, CA |
| 3/3/2015 | ASHANTI | D98935 | CHIEF INMATE APPEALS | SACRAMENTO, CA |
| 3/4/2015 | ASHANTI | D98935 | OFFICE OF THE SECRETARY | SACRAMENTO, CA |
| 3/4/2015 | ASHANTI | D98935 | DAVID BERNSTEIN, ATTORNEY | DEERFIELD, FL |
| 3/6/2015 | ASHANTI | D98935 | FEDERAL SUPREME COURT | WASHINGTON, DC |
| 3/6/2015 | ASHANTI | D98935 | DAVID BERNSTEIN, ATTORNEY | DEERFIELD BEACH, FL |
| 3/9/2015 | CUNNINGHAM | D98935 | US DIST COURT NORTHERN DIST | SAN FRANCISCO, CA |
| 3/9/2015 | ASHANTI | D98935 | US DIST COURT EASTERN DIST | SACRAMENTO, CA |
| 3/9/2015 | ASHANTI | D98935 | OFFICE OF THE ATTORNEY GENERAL | LOS ANGELES, CA |
| 3/9/2015 | ASHANTI | D98935 | DAVID BERNSTEIN, ATTORNEY | DEERFIELD BEACH, FL |

# OUTGOING CONFIDENTIAL/SPECIAL PURPOSE MAIL LOG

| DATE SENT | INMATE NAME | CDCR # | SENT TO | CITY / STATE |
|---|---|---|---|---|
| 3/9/2015 | ASHANTI | D98935 | OFFICE OF ATTORNEY GENERAL | LOS ANGELES, CA |
| 3/9/2015 | ASHANTI | D98935 | DAVID BERNSTEIN, ATTORNEY | DEERFIELD BEACH, FL |
| 3/9/2015 | ASHANTI | D98935 | US DIST COURT CENTRAL DIST | LOS ANGELES, CA |
| 3/9/2015 | ASHANTI | D98935 | US DIST COURT CENTRAL DIST | LOS ANGELES, CA |
| 3/10/2015 | ASHANTI | D98935 | US DIST COURT NORTHERN DIST | SAN FRANCISCO, CA |
| 3/10/2015 | ASHANTI | D98935 | US DIST COURT NORTHERN DIST | SAN FRANCISCO, CA |
| 3/10/2015 | ASHANTI | D98935 | BRYAN STEVENSON, ATTORNEY | MONTGOMERY, AL |
| 3/10/2015 | ASHANTI | D98935 | INNOCENCE MATTERS PROJECT | TORRANCE, CA |
| 3/11/2015 | ASHANTI | D98935 | US DIST COURT NORTHERN DIST | SAN FRANCISCO, CA |
| 3/11/2015 | ASHANTI | D98935 | US DIST COURT | SAN FRANCISCO, CA |
| 3/12/2015 | ASHANTI | D98935 | LAW OFFICE OF STANLEY GOFF | SAN FRANCISCO, CA |
| 3/12/2015 | ASHANTI | D98935 | LAW OFFICE OF OMAR KRASHNA | OAKLAND, CA |
| 3/16/2015 | ASHANTI AKA CUNNINGHAM | D98935 | ALEXIS COLL-VERY | PALO ALTO, CA |
| 3/16/2015 | ASHANTI AKA CUNNINGHAM | D98935 | DAVID BERNSTEIN, ATTORNEY | DEERFIELD BEACH, FL |
| 3/16/2015 | ASHANTI AKA CUNNINGHAM | D98935 | PRISON LAW OFFICE | SAN QUENTIN, CA |
| 3/16/2015 | ASHANTI AKA CUNNINGHAM | D98935 | ROSEN BIEN, GALVAN & GRUFELD | SAN FRANCISCO, CA |
| 3/16/2015 | ASHANTI AKA CUNNINGHAM | D98935 | OFFICE OF THE ATTORNEY GENERAL | SACRAMENTO, CA |
| 3/17/2015 | ASHANTI AKA CUNNINGHAM | D98935 | BRYAN STEVENSON, ATTORNEY | MONTGOMERY, AL |
| 3/17/2015 | ASHANTI AKA CUNNINGHAM | D98935 | US MARSHALL COURTHOUSE ✓ | SAN FRANCISCO, CA |
| 3/17/2015 | ASHANTI AKA CUNNINGHAM | D98935 | OFFICE OF CHIEF TRIAL COUNSEL, INNOCENCE MATTERS PROJECT | TORRANCE, CA |
| 3/18/2015 | ASHANTI AKA CUNNINGHAM | D98935 | DAVID BERNSTEIN, ATTORNEY ✓ | DEERFIELD BEACH, FL |
| 3/18/2015 | ASHANTI AKA CUNNINGHAM | D98935 | LEGAL COUNCIL UCSF SPINE CENTER ✓ *(i.e. Dr. Burch) | SAN FRANCISCO, CA |
| 3/18/2015 | ASHANTI AKA CUNNINGHAM | D98935 | LEGAL COUNCIL MEDTRONIC INC ✓ *(i.e. Medtronics) | MINNEAPOLIS, MN |
| 3/19/2015 | ASHANTI AKA CUNNINGHAM | D98935 | COPY OF OUTGOING LOG ISSUED TO INMATE | |

*(Re: Documents)(Proof Of Service)*

1. Court-Order 3/2/2015
2. Summons
3. Complaint
4. Appendix Of Exhibits

# EXHIBIT E

San Joaquin General Hospital
500 West Hospital Road
French Camp, CA 95231
(209) 468-6000

EXITCARE® PATIENT INFORMATION

Patient Name: LORENZO CUNNINGHAM
Attending Caregiver: Dennis Alfaro, Phyiscian

# Back Pain, Adult

Back pain is very common. The pain often gets better over time. The cause of back pain is usually not dangerous. Most people can learn to manage their back pain on their own.

HOME CARE

- Stay active. Start with short walks on flat ground if you can. Try to walk farther each day.
- **Do not** sit, drive, or stand in one place for more than 30 minutes. **Do not** stay in bed.
- **Do not** avoid exercise or work. Activity can help your back heal faster.
- Be careful when you bend or lift an object. Bend at your knees, keep the object close to you, and do not twist.
- Sleep on a firm mattress. Lie on your side, and bend your knees. If you lie on your back, put a pillow under your knees.
- Only take medicines as told by your doctor.
- Put ice on the injured area.
  - Put ice in a plastic bag.
  - Place a towel between your skin and the bag.
  - Leave the ice on for ____________ minutes, ____________ times a day for the first 2 to 3 days. After that, you can switch between ice and heat packs.
- Ask your doctor about back exercises or massage.
- Avoid feeling anxious or stressed. Find good ways to deal with stress, such as exercise.

GET HELP RIGHT AWAY IF:

- Your pain does not go away with rest or medicine.
- Your pain does not go away in 1 week.
- You have new problems.
- You do not feel well.
- The pain spreads into your legs.
- You cannot control when you poop (*bowel movement*) or pee (*urinate*).
- Your arms or legs feel weak or lose feeling (*numbness*).
- You feel sick to your stomach (*nauseous*) or throw up (*vomit*).
- You have belly (*abdominal*) pain.
- You feel like you may pass out (*faint*).

MAKE SURE YOU:

- Understand these instructions.
- Will watch your condition.
- Will get help right away if you are not doing well or get worse.

Case3:14-cv-04814-HSG Document21 Filed04/07/15 Page30 of 44
ExitCare® Patient Information - ENZO CUNNINGHAM - ID# 209411 - MR# 1125463

FOLLOW-UP INSTRUCTIONS

| This Week: Your Doctor - ( ) - |
|---|

Document Released: 6/5/2009 Document Revised: 3/11/2013 Document Reviewed: 5/7/2012

*San Joaquin General Hospital*

2 / 2 ©2015 ExitCare, LLC 3/17/2015 1:52:42 AM

*San Joaquin General Hospital*
*500 West Hospital Road*
*French Camp, CA 95231*
(209) 468-6000

# EXITCARE® PATIENT INFORMATION

**Patient/Visit Information:**

| Patient Name: LORENZO CUNNINGHAM | Diag: back pain (Pain, Back) |
|---|---|
| Attending Caregiver: Dennis Alfaro, Phyiscian | Discharge Date/Time: 3/17/2015 1:52:13 AM |

## Drug Summary:

Drug Allergies: Patient confirmed they were not allergic to any medications.

---

**Call your doctor for medical advice about side effects.**
**You may report side effects to the Food and Drug Administration (FDA) at 1-800-FDA-1088. The FDA does not provide any medical advice.**

E3

*San Joaquin General Hospital*
*500 West Hospital Road*
*French Camp, CA 95231*
**(209) 468-6000**

EXITCARE® PATIENT INFORMATION
**DISCHARGE INSTRUCTION SUMMARY**

**Patient/Visit Information:**

| Patient Name: LORENZO CUNNINGHAM | Diag: back pain (Pain, Back) |
|---|---|
| Attending Caregiver: Dennis Alfaro, Phyiscian | Discharge Date/Time: 3/17/2015 1:52:13 AM |

**Discharge Instruction Sheets Provided:**
Back Pain, Adult, Easy-to-Read

**Patient Instructions:**

**Followup Appointments/Instructions:**
Primary Follow-up Information
This Week: Your Doctor - ( ) -

E4

ORTHOPAEDIC SURGERY
400 - Parnassus Ave.
3rd Floor, Room A313
San Francisco, CA 94143

UNITED
PITNEY BOWES
02 1R
$ 01.19⁰
0002009544
NOV 04 2014
MAILED FROM ZIP CODE 94080

Lorenzo Cunningham D#98935
unit: D4A/#A-122
c/o CA Health Care Facility
PO Box 32050
Stockton, CA 95213

Patient Name:CUNNINGHAM, LORENZO L[illegible] of Birth:11/4/1962 Accession:8365196
MRN:47823013 E[illegible] Date:8/23/2012 9:20:45

Patient Name:CUNNINGHAM, LORENZO of Birth:11/4/1962 Accession:8365198
MRN:47823013 Date:8/23/2012 9:20:45



Patient Name:CUNNINGHAM, LORENZO D[illegible] of Birth:11/4/1962 Accession:8365198
MRN:47823013 E[illegible] Date:8/23/2012 9:20:45

Patient Name:CUNNINGHAM, LORENZO D   of Birth:11/4/1962      Accession:8384447
MRN:47823013                            E      Date:9/4/2012 19:19:47



Patient Name:CUNNINGHAM, LORENZO D of Birth:11/4/1962 Accession:8384447
MRN:47823013 E Date:9/4/2012 19:19:47
L
x-table



(AKA: Aski Sankofa Ashanti)

UCSF Medical Center
Spine Center

47823013 Lorenzo Cunningham 11/2/2012

NOV 0 2 2012

RECEIVED CHCF
2014 MAR 13 AM 11:34
APPEALS

Ell

Patient Name:CUNNINGHAM, LORENZ(   te of Birth:11/4/1962     Accession:85793:
MRN:47823013                         m Date:1/4/2013 9:36:38



Patient Name:CUNNINGHAM, LOREN Date of Birth:11/4/1962 Accession:8579
MRN:47823013 Exam Date:1/4/2013 9:36:38

①②③

S E R V I C E

CUNNINGHAM #CV-14-4814-HSG

V. PROOF OF SERVICE

MEDTRONICS INC.,

_______________________/

I declare that I am over the age of (18) and am a party to cause of action. I declare that I serviced the below parties by depositing copy of document (RE: PROOF OF SERVICE) in the U.S. Mail system at the California Health Care Facility in Stockton, California:

Clerk of the Court
Federal District Court
450 Golden Gate Avenue
San Francisco, California 94102

Medtronics Inc.,
710 Medtronic Parkway
Minneapolis, Minnesota 55432

Shane Burch, MD.,
UCSF Spine Center
400 Parnassus Ave., #3rd-Floor
San Francisco, California 94143

I DECLARE UNDER PENALTY OF PERJURY AND THE LAWS OF THE (USA) THE FOREGOING IS TRUE. THIS SERVICE WAS EXECUTED ON 3/23/2015 AT STOCKTON, CALIFORNIA.

[signature]
LORENZO R. CUNNINGHAM

Lorenzo Cunningham
#98935 (Unit: D4A/#26)
Calif. Health Care Facility
P.O. Box 32050
Stockton, California
95213

LEGAL MAIL

INSPECTED BY
APR - 7 2015
U.S. MARSHALS SERVICE

CHCF
CA DEPARTMENT
OF CORRECTIONS
AND REHABILITATION

PRIORITY MAIL
neopost
03/25/2015
US POSTAGE
$005.75
ZIP 95215
041L12203723

Clerk Of The Court
U.S. District Court
(Northern) Dist. Calif.
450 Golden Gate Avenue
San Francisco, California