**FILED**

APR - 7 2015

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Earnest S. Harris, Plaintiff,

vs.

R. Barnes (Warden P.B.S.P.), Defendant.

CASE NO. CV 15 1260

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

WHA
(PR)

I, Earnest S. Harris, declare under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees and costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

IN SUPPORT OF THIS APPLICATION, I PROVIDE THE FOLLOWING INFORMATION:

1. Are you presently employed?  YES ☐  NO ☒

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: N/A  Net: N/A

Employer (name and address): N/A

N/A

If the answer is "no," state the date of last employment and the amount of the gross and net salary and wages per month which you received. (If you are imprisoned, specify the last place of employment prior to imprisonment.)

I have never been employed in society or in prison.

2. Have you received, within the past twelve (12) months, any money from any of the following sources:

    a. Business, profession or self employment?    YES ☐    NO ☒

    b. Income from stocks, bonds or royalties?    YES ☐    NO ☒

    c. Rent payments?    YES ☐    NO ☒

    d. Pensions, annuities or life insurance payments?    YES ☐    NO ☒

    e. Federal or state welfare payments, Social Security or other government source?    YES ☐    NO ☒

If the answer is "yes" to any of the above, describe each source of money and state the amount received from each.    N/A

N/A

3. Are you married?    YES ☐    NO ☒

Spouse's Full Name: _____ N/A _____

Spouse's Place of Employment: _____ N/A _____

Spouse's Monthly Salary, Wages or Income:

Gross $ 0.00      Net $ 0.00

4. a. List amount you contribute to your spouse's support: $ 0.00

    b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. Do not include their names.)

N/A

N/A

5. Do you own or are you buying a home?    YES ☐    NO ☒

Estimated Market Value: $ 0.00    Amount of Mortgage: $ 0.00

6. Do you own an automobile?    YES ☐    NO ☒

Make _____ N/A _____ Year _____ N/A _____ Model _____ N/A _____

Is it financed? Yes _____ No _____ If so, Total Due: $ 0.00

Monthly Payment: $ 0.00

7.  Do you have a bank account?    YES ☐    NO ☒

Name(s) and address(es) of bank (do not include account numbers): __N/A__

Present balance(s): $ _0.00_

Do you own any cash?    YES ☒    NO ☐    Amount: $ _77¢_

Do you have any other assets?    YES ☐    NO ☒

If "yes," provide a description of each asset and its estimated market value.

__N/A__
__N/A__

8.  What are your monthly expenses?

Rent: $ _0.00_    Utilities: __N/A__

Food: $ _0.00_    Clothing: __N/A__

9.  Do you have any charge accounts/credit cards?    YES ☐    NO ☐

If yes, list them below. (Do not include account numbers.)

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| N/A | $ 0.00 | $ 0.00 |
| N/A | $ 0.00 | $ 0.00 |
| N/A | $ 0.00 | $ 0.00 |

10. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

I have no debt.

11. Does the complaint you are seeking to file raise claims that have been presented in other lawsuits?    YES ☐    NO ☒

If so, please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

Earnest S. Harris v. Lana Waycott case no. C-04-0309 MJJ (PR)
Earnest S. Harris v. R. A. Horel, et al. case no. C-06-7761 SBA (PR)

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_4/2/15_  _[signature]_
DATE  SIGNATURE OF APPLICANT

Case Number:_____

# CERTIFICATION OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of **Harris, Ernest H63617** the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were <u>$25.00</u> and the average balance in the prisoner's account each month for the most recent 6-month period was <u>$93.29 (20% = $18.66)</u>

Dated: 03/18/15

_____
Authorized officer of the institution

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 3-18-15
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY P. Root
TRUST OFFICE

Date\Time: 3/18/2015 1:16:19 PM  
Institution: PBSP

**CDCR**
**Inmate Statement Report**

Verified: _____

| CDCR# | Inmate/Group Name | Institution | Unit | Cell/Bed |
|---|---|---|---|---|
| H63617 | HARRIS, ERNEST | PBSP | C 007 1 | 121001 |

**Current Available Balance:** $77.26

### Transaction List

| Transaction Date | Institution | Transaction Type | Source Doc# | Receipt#/Check# | Amount | Account Balance |
|---|---|---|---|---|---|---|
| 09/01/2014 | PBSP | BEGINNING BALANCE | | | | $61.41 |
| 09/16/2014 | PBSP | INMATE DEPOSIT | 1177USPS | 9253 | $50.00 | $111.41 |
| 09/23/2014 | PBSP | SALES | 114 | | ($21.00) | $90.41 |
| 09/26/2014 | PBSP | LEGAL COPY | 9/15/14 | | ($0.60) | $89.81 |
| 10/20/2014 | PBSP | SALES | 73 | | ($23.85) | $65.96 |
| 11/07/2014 | PBSP | SALES | 67 | | ($25.55) | $40.41 |
| 11/19/2014 | PBSP | INMATE DEPOSIT | 7877USPS | 9389 | $50.00 | $90.41 |
| 12/11/2014 | PBSP | SALES | 21 | | ($21.90) | $68.51 |
| 12/11/2014 | PBSP | INMATE DEPOSIT | 5483USPS | 9443 | $50.00 | $118.51 |
| 01/20/2015 | PBSP | SALES | 25 | | ($25.05) | $93.46 |
| 02/13/2015 | PBSP | SALES | 54 | | ($13.50) | $79.96 |
| 02/20/2015 | PBSP | LEGAL COPY | 2/4/15 | | ($2.70) | $77.26 |

### Encumbrance List

| Encumbrance Type | Transaction Date | Amount |
|---|---|---|

**No information was found for the given criteria.**

### Obligation List

| Obligation Type | Court Case# | Original Owed Balance | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|

**No information was found for the given criteria.**

### Restitution List

| Restitution | Court Case# | Status | Original Owed Balance | Interest Accrued | Sum of Tx for Date Range for Oblg | Current Balance |
|---|---|---|---|---|---|---|
| RESTITUTION FINE | 114276 | Fulfilled | $500.00 | $0.00 | $0.00 | $0.00 |
| RESTITUTION FINE | PB015091 | Fulfilled | $200.00 | $0.00 | $0.00 | $0.00 |
| RESTITUTION FINE | PB045230 | Fulfilled | $200.00 | $0.00 | $0.00 | $0.00 |



THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.  
ATTEST: 3-18-15  
CALIFORNIA DEPARTMENT OF CORRECTIONS  
BY _P. Root_  
TRUST OFFICE

2

Earnest S. Harris H-63617
Pelican Bay Prison S.H.u.
P.O. Box 7500 C.9.121
Crescent City, Ca. 95531

Office of the Clerk, United States
District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, Ca. 94102

"Legal Mail confidential"