Lorenzo R. Cunningham

D#98935 (Unit:D4A/#126)

California Health Care Facility (CHCF)

7707 S. Austin Road

POB 32050

Stockton, California 95213

IN PRO SE:



FEDERAL DISTRICT COURT

(<u>NORTHERN</u>) CALIFORNIA

| | |
|---|---|
| LORENZO R. CUNNINGHAM ) | #CV-14-4814-HSG |
| Plaintiff ) | *SUPPLEMENTAL PROOF OF SERVICE ON DEFENDANTS |
| v. ) | |
| MEDTRONICS INC., et al., ) DR. STUART HUNT, MD., et al., ) | 28 USC 1746 & F.R.C.P. 4(i) |
| Defendants ) | |
| ) | |
| _____ ) | |
| _____ ) | |

TO THE HON. HAYWOOD S. GILLIAM, JR., (DISTRICT JUDGE) FOR THE UNITED STATES DISTRICT COURT (NORTHERN) CALIFORNIA:

{ooooooo{ooooooo}

(<u>I</u>) <u>SUPPLEMENTAL PROOF OF SERVICE</u>:

On 3/23/2015, plaintiff serviced the court with initial (<u>PROOF OF SERVICE</u>) pleading containing motion, (facts/laws), declaration/affidavit, and appendix of exhibits substantiating due diligence efforts of execution of the proof of service even including plaintiff's personal mail-service to defendants with Prison Mailroom/Legal Desk ("<u>exhibits</u>") showing defendant service!

-1-

Plaintiff (<u>Supplemental Proof of Service</u>)* is executed by a 3rd/Non-Party Prisoner (i.e. Else Block J#54504., California Health Care Facility., 7707 S. Austin Road., Stockton, California 95215) on 3/31/2015 pursuant to federal* rules of court, <u>Fed.R.Civ.Proc. 4(d)-(m)</u>, see <u>Whale v. United States</u>, 792 F2d 951, 953 (9th Cir,1986) and <u>Wei v. Hawaii</u>, 763 F2d 370, 371-372 (9th Cir,1985) but cf, <u>Wells Fargo & Co. v. Wells Fargo Express Co.</u>, 556 F2d 406 (9th Cir,1977):

> "The Federal Rules of Civil Procedure provide for personal service anywhere within the territorial limits of the state in which the district court is held, and when authorized by a statute of the United States or by these rules beyond the territorial limits of the state, <u>Fed.R.Civ.Proc. 4(f)</u>. Under <u>Rule (d)(3)</u> personal service upon a domestic or foreign corporation is effected by serving an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process..." (<u>Id</u>. at 414)

Plaintiff's previously serviced 3/23/2015 (<u>Proof of Service</u>)* contained evidentiary Appendix of Exhibits offering due diligence proof of service upon the defendants via various methods such as U.S. Marshals and Plaintiff's Declaration/Affidavit and Prison Legal/Mailroom Log exhibits offering proof of service. Judicial notice is requested per <u>Fed.R.Evid. 201</u>; <u>Barron v. Reich</u>, 13 F3d 1370, 1377 (9th Cir,1994)(e.g. court may judicial notice its records/files).

## CONCLUSION

Plaintiff move the court to deem the defendants (i.e. Medtronics Inc., and Dr. Shane Burch, MD/UCSF Spine Center) serviced for adjudication & prosecution of the suit via *(<u>Supplemental Proof of Service</u> & <u>Proof of Service</u>) serviced on 3/23/2015 and 3/31/2015 via due dilingence and in the Interest of Justice and to judicial notice the attachment ("<u>Exhibits</u>") of Proof of Service and the Prison/Legal Mailroom Log Records (CDCR#119) substantiating proof of service with: (<u>i</u>) Summons, (<u>ii</u>) Complaint, (<u>iii</u>) Appendix of Exhibits.

I DECLARE UNDER PENALTY OF PERJURY AND THE LAWS OF THE (USA) THE FOREGOING IS TRUE. THIS SERVICE WAS EXECUTED ON 4/16/2015 AT STOCKTON, CALIFORNIA.

LORENZO R. CUNNINGHAM

-2-



Civil Action No.

# PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* MEDTRONICS INC., _____, who is designated by law to accept service of process on behalf of *(name of organization)* MEDTRONICS INC., VIA U.S. MAIL STOCKTON, CALIF. 95215 on *(date)* 3/31/2015 ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Defendant (MEDTRONICS INC.), 710 Medtronic Parkway, Minneapolis, Minnesota 55432 serviced via U.S. Mail as 3rd-Party.

My fees are $ ¢ for travel and $ ¢ for services, for a total of $ ¢ .

I declare under penalty of perjury that this information is true.

Date: March 31, 2015

(Prisoner)* *[signature]*
Server's signature

Elze Block (J#54504) Unit: D4A/#124
Printed name and title

California Health Care Facility
7707 S. Austin Road (POB 32050)
Stockton, California 95213/95215
Server's address

Additional information regarding attempted service, etc:
(Fed.R.Civ.Proc. 4(a)-(d))...

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* SHANE BURCH, M.D., who is designated by law to accept service of process on behalf of *(name of organization)* DR. SHANE BURCH, MD., VIA U.S. MAIL STOCKTON, CALIF. 95215 on *(date)* 3/31/2015 ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Defendant (DR. SHANE BURCH, MD), UCSF Spine Center., 400 Parnassus Avenue/FL.8., San Francisco, Calif. 94143 US-Mail Service.

My fees are $ ¢ for travel and $ ¢ for services, for a total of $ ¢ .

I declare under penalty of perjury that this information is true.

Date: March 31, 2015

(Prisoner)* _____
Server's signature

Elro Block (J-54504) Unit: D4A/#124
*Printed name and title*

California Health Care Facility
7707 S. Austin Road (POB 32050)
Stockton, California 95213/95215
*Server's address*

Additional information regarding attempted service, etc:
(Fed.R.Civ.Proc. 4(a)-(d))

STATE OF CALIFORNIA  
**INMATE/PAROLEE REQUEST FOR INTERVIEW, ITEM OR SERVICE**  
CDCR 22 (10/09)

DEPARTMENT OF CORRECTIONS AND REHABILITATION

## SECTION A: INMATE/PAROLEE REQUEST

| NAME (Print): (LAST NAME) BLOCK | (FIRST NAME) ELZIE | CDC NUMBER: J#54504 | SIGNATURE: /s/ Elzie Block |
|---|---|---|---|
| HOUSING/BED NUMBER: FAC#D4-A (124) | ASSIGNMENT: MEDICAL U/A | HOURS FROM N/A to ___ | TOPIC (I.E. MAIL, CONDITION OF CONFINEMENT/PAROLE, ETC.): CDCR #119 LEGAL LOG |

CLEARLY STATE THE SERVICE OR ITEM REQUESTED OR REASON FOR INTERVIEW:

TO: MAILROOM/LEGAL DESK

REQUEST FOR (CDCR #119) LEGAL OUTGOING MAIL LOG FROM (1/1/2015 THRU 4/5/2015)

METHOD OF DELIVERY (CHECK APPROPRIATE BOX) **NO RECEIPT WILL BE PROVIDED IF REQUEST IS MAILED**

☒ SENT THROUGH MAIL: ADDRESSED TO: LEGAL DESK/MAILROOM   DATE MAILED: 3/31/2015
☐ DELIVERED TO STAFF (STAFF TO COMPLETE BOX BELOW AND GIVE GOLDENROD COPY TO INMATE/PAROLEE):

| RECEIVED BY: PRINT STAFF NAME: | DATE: | SIGNATURE: | FORWARDED TO ANOTHER STAFF? (CIRCLE ONE) YES NO |
|---|---|---|---|
| IF FORWARDED – TO WHOM: MAILROOM/LEGAL-DESK | DATE DELIVERED/MAILED: MARCH 31, 2015 | | METHOD OF DELIVERY: (CIRCLE ONE) IN PERSON **BY US MAIL** |

## SECTION B: STAFF RESPONSE

| RESPONDING STAFF NAME: A. Pestoria | DATE: 4-2-15 | SIGNATURE: /s/ | DATE RETURNED: 4-2-15 |
|---|---|---|---|

Hello Mr. Block, Attached are the copies you requested.

## SECTION C: REQUEST FOR SUPERVISOR REVIEW

PROVIDE REASON WHY YOU DISAGREE WITH STAFF RESPONSE AND FORWARD TO RESPONDENT'S SUPERVISOR IN PERSON OR BY US MAIL. KEEP FINAL CANARY COPY.

| SIGNATURE: | DATE SUBMITTED: |
|---|---|

## SECTION D: SUPERVISOR'S REVIEW

| RECEIVED BY SUPERVISOR (NAME): | DATE: | SIGNATURE: | DATE RETURNED: |
|---|---|---|---|

Distribution: Original - Return to Inmate/Parolee; Canary - Inmate/Parolee's 2nd Copy; Pink - Staff Members Copy; Goldenrod - Inmate/Parolee's 1st Copy.

# OUTGOING CONFIDENTIAL/SPECIAL PURPOSE MAIL LOG

| DATE SENT | INMATE NAME | CDCR # | SENT TO | CITY / STATE |
|---|---|---|---|---|
| 11/8/2013 | BLOCK | J54504 | CLERK OF THE COURT, CALIFORNIA COURT OF APPEALS (2ND DISTRICT) | LOS ANGELES, CA |
| 11/8/2013 | BLOCK | J54504 | CLERK OF THE COURT, TORRANCE SUPERIOR COURT, LA COUNTY | TORRANCE, CA |
| 11/22/2013 | BLOCK | J54504 | CLERK OF THE COURT, CRIMINAL JUSTICE CENTER | LOS ANGELES, CA |
| 11/22/2013 | BLOCK | J54504 | CLERKS OF THE COURT, CALIFORNIA APPEALS COURT (2ND DISTRTICT) | LOS ANGELES, CA |
| 12/27/2013 | BLOCK | J54504 | SECOND APPELLATE DISTRICT | LOS ANGELES, CA |
| 2/4/2014 | BLOCK | J54504 | CALIFORNIA APPEALATE PROJECT, ATTN: JILL ISHIDA, ATTORNEY AT LAW | LOS ANGELES, CA |
| 4/8/2014 | BLOCK | J54504 | CHIEF, INMATE APPEALS BRANCH, CDCR | SACRAMENTO, CA |
| 5/13/2014 | BLOCK | J54504 | CA SUPREME COURT | SAN FRANCISCO, CA |
| 5/13/2014 | BLOCK | J54504 | OFFICE OF THE ATTORNEY GENERAL | SACRAMENTO, CA |
| 6/2/2014 | BLOCK | J54504 | CA SUPREME COURT | SAN FRANCISCO, CA |
| 6/2/2014 | BLOCK | J54504 | OFFICE OF THE ATTORNEY GENERAL | SACRAMENTO, CA |
| 6/5/2014 | BLOCK | J54504 | COPY OF OUTGOING LOG ISSUED TO INMATE | |
| 7/22/2014 | BLOCK | J54504 | CHIEF, INMATE APPEALS BRANCH | SACRAMENTO, CA |
| 9/22/2014 | BLOCK | J54504 | CHIEF, INMATE APPEALS BRANCH | SACRAMENTO, CA |
| 10/24/2014 | BLOCK | J54504 | CHIEF OF INMATE APPEALS CDCR | SACRAMENTO, CA |
| 4/2/2015 | BLOCK | J54504 | OFFICE OF LEGAL COUNCIL | SAN FRANCISCO, CA |
| 4/2/2015 | BLOCK | J54504 | OFFICE OF LEGAL COUNCIL | MINNEAPOLIS, MN |
| 4/2/2015 | BLOCK | J54504 | COPY OF INCOMING AND OUTGOING LEGAL LOG ISSUED TO I/P | |

FRCP 4(e)-(u)
Deffendant
Service By Mail

S E R V I C E

```
CUNNINGHAM                    #CV-14-4814-HSG

        V.                    PROOF OF SERVICE

MEDTRONICS INC.,
_____/
```

I declare that I am over the age of (18) and party to action. I declare that I serviced the below parties by depositing copy of the document: (RE: PROOF OF SERVICE) in the U.S. Mail at California Health Care Facility in Stockton, California;

Clerk of the Court
Federal District Court
450 Golden Gate Avenue
San Francisco, California 94102

Medtronics Inc.,
710 Medtronic Parkway
Minneapolis, Minnesota 55432

Shane Burch
UCSF Spine Center
400 Parnassus Ave., Fl#3
San Francisco, California 94143

I DECLARE UNDER PENALTY OF PERJURY AND THE LAWS OF THE (US) THE FOREGOING IS TRUE, THIS SERVICE WAS EXECUTED ON 4/6/2015 AT STOCKTON, CA.

*/s/ Lorenzo R. Cunningham*
LORENZO R. CUNNINGHAM



