AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | District of | California |

Lorenzo Cunningham
    Plaintiff (s),
V.
Medtronic Inc., et al.
    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 14-CV-04814-HSG

Notice is hereby given that, subject to approval by the court, __MEDTRONIC, INC.__ substitutes
(Party (s) Name)

__Natassia Kwan__, State Bar No. __294322__ as counsel of record in
(Name of New Attorney)

place of __Stephen M. Ullmer__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Greenberg Traurig, LLP |
| Address: | 4 Embarcadero Center, Suite 3000, San Francisco, CA 94111 |
| Telephone: | (415) 655-1285     Facsimile (415) 707-2010 |
| E-Mail (Optional): | kwann@gtlaw.com |

I consent to the above substitution.
Date: 2/4/2016
    *Max Heerwan - Medtronic*
    (Signature of Party (s))

I consent to being substituted.
Date: 2/4/2016
    *Stephen M. Ullmer* with permission
    (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 2/4/2016
    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 2/11/2016
    *Haywood S. Gill Jr.*
    Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]