United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LORENZO R. CUNNINGHAM,

    Plaintiff,

  v.

MEDTRONIC INC., et al.,

    Defendants.

Case No. 14-cv-04814-HSG (PR)

**JUDGMENT**

Pursuant to the order of dismissal signed today, a judgment of dismissal without prejudice is entered against plaintiff and in favor of defendants.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 3/2/2016

HAYWOOD S. GILLIAM, JR.
United States District Judge