UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO R. CUNNINGHAM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DR. SHANE BURCH, et al.,<br><br>　　　　Defendants. | Case No. 14-cv-04814-HSG (PR)<br><br>**ORDER GRANTING LEAVE TO DEPOSE PLAINTIFF; DIRECTIONS TO CLERK**<br><br>Re: Dkt. No. 117 |

Good cause appearing, defendant Shane Burch's request for leave to depose plaintiff, pursuant to Federal Rule of Civil Procedure 30(a)(2)(B), is GRANTED. Plaintiff's deposition may be taken upon reasonable notice as provided by Rule 30(b). The California Health Care Facility ("CHCF"), where plaintiff is incarcerated, shall allow for the deposition of plaintiff at a date and time that is mutually convenient for defendant and the prison. The prison shall provide appropriate security personnel and a reasonable space for the deposition, allowing for the presence of defendant's counsel, defendant, if he chooses to be present, a stenographer or court reporter, plaintiff, and security personnel.

The Clerk is DIRECTED to serve a copy of this order on the CHCF Litigation Coordinator, P.O. Box 32050, Stockton, CA 95215.

This order terminates Docket No. 117.

**IT IS SO ORDERED.**

Dated: 3/16/2017

　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge