UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO R. CUNNINGHAM,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MEDTRONIC INC., et al.,<br><br>　　　　Defendants. | Case No. 14-cv-04814-HSG (PR)<br><br>**ORDER GRANTING MEDTRONIC'S MOTION TO PARTICIPATE IN PLAINTIFF'S DEPOSITION**<br><br>Re: Dkt. No. 119 |

　　Good cause appearing, defendant Medtronic's administrative motion to participate in plaintiff's deposition is GRANTED. The prison shall provide reasonable additional space to accommodate counsel for Medtronic. The Clerk is DIRECTED to serve a copy of this order on the California Health Care Facility Litigation Coordinator, P.O. Box 32050, Stockton, CA 95215.

　　This order terminates Docket No. 119.

　　**IT IS SO ORDERED.**

Dated:　3/31/2017

　　　　　　　　　　　　　　　　　　　　　　　　HAYWOOD S. GILLIAM, JR.
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge