UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO R. CUNNINGHAM, | Case No. 14-cv-04814-HSG (PR) |
| Plaintiff, | |
| v. | **ORDER GRANTING EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** |
| MEDTRONIC INC., et al., | Re: Dkt. No. 128 |
| Defendants. | |

Good cause appearing, defendant Dr. Shane Burch's motion for an extension of time to file a dispositive motion is GRANTED. The current deadline of May 23, 2017 is VACATED, and the Court will set a new deadline after ruling on plaintiff's motion for leave to file a supplemental complaint.

This order terminates Docket No. 128.

**IT IS SO ORDERED.**

Dated:  5/2/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge