# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO R. CUNNINGHAM,<br><br>Plaintiff,<br><br>v.<br><br>MEDTRONIC INC., et al.,<br><br>Defendants. | Case No. 14-cv-04814-HSG (PR)<br><br>**ORDER GRANTING DEFENDANT BURCH'S MOTION FOR EXTENSION OF TIME**<br><br>Re: Dkt. No. 139 |

Good cause appearing, defendant Burch's motion for an extension of time to file a motion for summary judgment is hereby GRANTED. The deadline for defendant Burch to file a motion for summary judgment is CONTINUED to **October 12, 2017**. Plaintiff shall file any opposition to defendant Burch's motion within **twenty-eight (28)** days of the date the motion is filed. Defendant Burch shall file a reply within **fourteen (14)** days of the date the opposition is filed.

The claims against defendant Medtronic remain stayed pending resolution of defendant Burch's motion for summary judgment.

This order terminates Docket No. 139.

**IT IS SO ORDERED.**

Dated: 8/11/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge