1
2
3
4　　　　　　　　　　　UNITED STATES DISTRICT COURT
5　　　　　　　　　　NORTHERN DISTRICT OF CALIFORNIA
6
7　LORENZO R. CUNNINGHAM,　　　　　Case No. 14-cv-04814-HSG (PR)
　　　　　　　Plaintiff,
8
　　　　　　　　　　　　　　　　　　　　**ORDER ADDRESSING PENDING**
9　　　　v.　　　　　　　　　　　　　　**MOTIONS**
10　MEDTRONIC INC., et al.,　　　　　Re: Dkt. Nos. 150, 151
　　　　　　　Defendants.
11
12
13　　　　Plaintiff, a California state prisoner incarcerated at the California Healthcare Facility, filed

14　this *pro se* action pursuant to 42 U.S.C. § 1983.  The action arises out of lumbar-thoracic spinal

15　fusion surgeries performed on plaintiff in April of 2012 and September of 2012.  On February 21,

16　2017, the Court screened plaintiff's second amended complaint ("SAC"), which sought to add

17　claims arising out of a third lumbar-thoracic spinal fusion surgery performed in February of 2016.

18　Plaintiff has named two defendants: (1) Dr. Burch, who performed the surgeries, and (2)

19　Medtronic Inc. ("Medtronic"), which manufactured the spinal rods used in the 2012 surgeries and

20　February 2016 surgery.  The Court found that, liberally construed, the SAC states: (1) a claim of

21　deliberate indifference to serious medical needs as against Dr. Burch; (2) supplemental state law

22　claims for negligence as against Dr. Burch; and (3) supplemental state law claims for strict

23　liability, negligence, and failure to warn as against Medtronic.  The Court also bifurcated summary

24　judgment proceedings and directed Dr. Burch to file a motion for summary judgment, while the

25　claims against Medtronic were stayed.  Dr. Burch filed his summary judgment motion on October

26　11, 2017.  Now before the Court are: (1) plaintiff's motion for substitution of counsel, and

27　(2) plaintiff's motion for an extension of time to oppose Dr. Burch's motion for summary

28　judgment.

The motion for substitution of counsel is DENIED as unnecessary. Justin D. Harris of the Harris Law Firm has filed a notice of appearance and is now counsel of record for plaintiff. Plaintiff's motion for an extension of time to oppose summary judgment is GRANTED. The Clerk shall set this matter for a case management conference within 90 days of this order. All proceedings in this action are stayed until that time to give counsel time to familiarize himself with the case. The parties shall file a joint case management statement no later than seven calendar days before the case management conference.

The Clerk is further directed to serve a copy of this order upon plaintiff and upon counsel for all parties.

This order terminates Docket Nos. 150 and 151.

**IT IS SO ORDERED.**

Dated: 11/30/2017

HAYWOOD S. GILLIAM, JR.
United States District Judge