HASSARD BONNINGTON LLP
B. Thomas French, Esq. (#65848) btf@hassard.com
275 Battery Street, 16th Floor
San Francisco, California 94111
Telephone: (415) 288-9800
Fax: (415) 288-9801

Attorneys for Defendant
SHANE BURCH, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO R. CUNNINGHAM,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>MEDTRONIC INC., et al.,<br><br>　　　　　　Defendants. | No. 4:14-cv-04814-HSG (PR)<br><br>**CASE MANAGEMENT ORDER** |

1. Having considered the parties' Stipulation to Proposed Case Management Schedule on file herein, the Court sets the following case management schedule:

| | |
|---|---|
| Last Day to Serve Initial Disclosures | 3/13/2018 |
| Last Day to File Certificate of Interested Parties | 3/13/2018 |
| Last Day to File Opposition to Burch MSJ | 4/30/2018 |
| Last Day to File Reply to Opposition to Burch MSJ | 5/14/2018 |
| Hearing on Burch MSJ | 6/14/2018 |
| Last Day to File Medtronic MSJ | 5/4/2018 |
| Last Day to File Opposition to Medtronic MSJ | 6/1/2018 |

| | |
|---|---|
| Last Day to File Reply to Opposition to Medtronic MSJ | 6/15/2018 |
| Hearing on Medtronic MSJ | 6/28/2018 |
| Fact Discovery Cutoff | 9/15/2018 |
| Expert Disclosure | 10/15/2018 |
| Expert Discovery Cutoff | 11/30/2019 |
| Pretrial Conference | 2/5/2019 |
| Trial | 3/4/2019 |

IT IS SO ORDERED.

Dated: March 16, 2018

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE