**Justin D. Harris, #199112**
**HARRIS LAW FIRM, PC**
**7110 N. Fresno St., Suite 400**
**Fresno, California 93720**
**Telephone (559) 272-5700**
**Facsimile (559) 554-9989**
**Email: jdh@harrislawfirm.net**

Attorney for Plaintiff, LORENZO R. CUNNINGHAM

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO R. CUNNINGHAM, an individual<br><br>Plaintiff,<br><br>vs.<br><br>MEDTRONIC INC., et al.<br><br>Defendants. | Case No.: 14-cv-04814-HSG (PR)<br><br>**ORDER GRANTING STIPULATION TO MODIFY CASE MANAGEMENT ORDER** |

Having considered the Parties' Stipulation to Modify Case Management Order on file herein, the Court makes the following order:

1. Plaintiff's current deadline of April 30, 2018 to respond to Defendant Burch's Motion for Summary Judgment is hereby vacated and Plaintiff's new deadline to respond to the Motion is May 7, 2018.

///

///

///

2. Defendant's current deadline of May 14, 2018 to reply to opposition to the Motion for Summary Judgment is hereby vacated and Defendant's new deadline to reply to opposition to the Motion is May 21, 2018.

**IT IS SO ORDERED.**

Dated: 4/24/2018



Honorable Haywood S. Gilliam, Jr.
United States District Court Judge

