**Justin D. Harris, #199112**
**HARRIS LAW FIRM, PC**
**7110 N. Fresno St., Suite 400**
**Fresno, California 93720**
**Telephone (559) 272-5700**
**Facsimile (559) 554-9989**
**Email: jdh@harrislawfirm.net**

Attorney for Plaintiff, LORENZO R. CUNNINGHAM

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO R. CUNNINGHAM, an individual<br><br>        Plaintiff,<br><br>vs.<br><br>MEDTRONIC INC., et al.<br><br>        Defendants. | Case No.: 14-cv-04814-HSG (PR)<br><br>**ORDER APPROVING JOINT STIPULATION FOR MODIFICATION OF CASE MANAGEMENT ORDER** |

Having considered the Declaration of Justin D. Harris and Joint Stipulation for Modification of Case Management Order on file herein, the Court makes the following order:

    1.    Plaintiff's current deadline of May 7, 2018 to respond to Defendant Burch's Motion for Summary Judgment is hereby vacated and Plaintiff's new deadline to respond to the Motion is June 1, 2018;

    2.    Defendant's current deadline of May 21, 2018 to reply to opposition to the Motion for Summary Judgment is hereby vacated and Defendant's new deadline to reply to the opposition to the Motion is June 15, 2018; and

3. The current hearing date for Burch's motion for summary judgment of June 14, 2018 is vacated and the new hearing date will be June 28, 2018, the same day Medtronic's motion for summary judgment will be heard.

**IT IS SO ORDERED.**

Dated: May 7, 2018

Honorable Haywood S. Gilliam, Jr.
United States District Court Judge