| | |
|---|---|
| 1 | GREENBERG TRAURIG, LLP |
| | GINGER PIGOTT (SBN 162908) |
| 2 | 1840 Century Park East, Suite 1900 |
| | Los Angeles, California 90067-2121 |
| 3 | Telephone: 310.586.7700 |
| | Facsimile: 310.586.7800 |
| 4 | pigottg@gtlaw.com |
| 5 | KATHARINE L. MALONE (SBN 290884) |
| | Four Embarcadero Center, Suite 3000 |
| 6 | San Francisco, California 94111 |
| | Telephone:    (415) 655-1300 |
| 7 | Facsimile:    (415) 586-7800 |
| | kwann@gtlaw.com |
| 8 | malonek@gtlaw.com |
| 9 | Attorneys for Defendant |
| | MEDTRONIC, INC. |

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORENZO CUNNINGHAM, | CASE NO. 4:14-cv-04814-HSG |
| Plaintiff, | **ORDER GRANTING MEDTRONIC, INC.'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT** |
| v. | |
| MEDTRONIC INC., et al., | |
| Defendants. | |

**ORDER**

Based on Medtronic, Inc.'s Motion to Remove Incorrectly Filed Documents dated May 22, 2018, and the Declaration of Katharine Malone in support thereof, IT IS HEREBY ORDERED that Medtronic's Motions to Remove Incorrectly Filed Document is GRANTED and ECF No. 168-1 is permanently deleted from the Court's docket.

Dated: May 23, 2018

_____
Honorable Judge Haywood S. Gilliam, Jr.
United States District Court Judge
Northern District of California

CASE NO. 4:14-cv-04814-HSG
Order Granting Medtronic's Motion to Remove Incorrectly Filed Document